UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SKYSONG INNOVATIONS, LLC, | § § | |
| *Plaintiff*, | § § | C.A. No. 2:25-cv-00098-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Extend Defendant's Time to Respond to Complaint, and for good cause shown,

IT IS HEREBY ORDERED, that the Motion is granted;

IT IS FURTHER ORDERED THAT:

The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to May 19, 2025.

SO ORDERED.

1