# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **SKYSONG INNOVATIONS, LLC,**<br><br>***Plaintiff,***<br><br>***v.***<br><br>**CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.,**<br><br>***Defendant,*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 7:25-CV-00040-DC-DTG** |

**FINAL CLAIM CONSTRUCTIONS**

Before the Court are the Parties' claim construction briefs: Defendants CrowdStrike, Inc. and Crowdstrike Holdings Inc.'s Opening Claim Construction Brief (Dkt. No. 80), Plaintiff Skysong Innovations, LLC's Responsive Claim Construction Brief (Dkt. No. 88), Defendants' Reply Claim Construction Brief (Dkt. No. 99), Plaintiff's Sur-Reply (Dkt. No. 104), and the Joint Claim Construction Statement (Dkt. No. 105). On March 10, 2026, the Court provided the parties with its Preliminary Claim Constructions, and on March 11, 2026 the Court held a claim construction hearing.

The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) does not begin to run until a more detailed order is entered on the docket.

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| **"a set of vulnerabilities"**<br><br>**'385 Patent**, Claims 1, 8, 15 | Plain and ordinary meaning. | "the specific vulnerabilities that are exploited by the set of exploits" | Plain and ordinary meaning |
| **"analyzing the application of the set of exploits on the computer system to detect a particular vulnerability of the computer system"**<br><br>**'385 Patent**, Claims 1, 15<br><br>**"analyzing an application associated with the set of exploits on the computer system to detect a particular vulnerability of the constraint set of vulnerabilities of the computer system"**<br><br>**'385 Patent**, Claim 8 | Plain and ordinary meaning. | "identifying a particular vulnerability of the overlap of vulnerabilities between the constraint set and the set of vulnerabilities" | Plain and ordinary meaning. |
| **"sensitive information presenting a security risk"**<br>**'721 Patent**, Claim 1<br>**"sensitive** | Not indefinite. Plain and ordinary meaning. | Indefinite. The patent provides insufficient guidance as to the objective boundaries of this claim language. | Not Indefinite. Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| **information"**<br><br>**'721 Patent**, Claim 16 | | | |
| **"Browser" / "Browser Instance"**<br><br>**'721 Patent**, Claims 1, 7, 12 | Plain and ordinary meaning. | "a web browser" / "an instance of a web browser" | "a web browser" / "an instance of a web browser" |
| **"machine classifier"**<br><br>**'900 Patent**, Claims 1, 12 | Plain and ordinary meaning. | "a classifier that uses machine learning" | Plain and ordinary meaning. |
| **"first set of most significant bits (MSBs)"**<br><br>**'831 Patent**, Claim 1 | Plain and ordinary meaning. | "first set of bits containing at least the two highest-order contiguous bits, but less than all the bits, in a data set" | "a first set of bits containing two or more high order bits, but less than all the bits, in a data set" |
| **"second set of MSBs"**<br><br>**'831 Patent**, Claim 2 | Plain and ordinary meaning. | "second set of bits containing at least one more highest-order contiguous bit than the first set of most significant bits (MSBs) in a data set" | Plain and ordinary meaning. |
| **"performing a full precision computation of the value for a data set"**<br><br>**'831 Patent**, Claim 1<br><br>**"performing . . . the full precision computation of the value for a data set"**<br><br>**'831 Patent**, Claim | Plain and ordinary meaning. | "performing a full convolution for a data set identified using the value calculated from a [first/second] set of most significant bits for a data set" | Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| 3 | | | |
| **"social connections" '897 Patent**, Claim 1 | Plain and ordinary meaning, where plain and ordinary meaning means connections of a user to other users in a graph representing a social network<br><br>Alternatively:<br><br>Plain and ordinary meaning, where plain and ordinary meaning means connections of a user to other users in a social network [1] | Plain and ordinary meaning. | Plain and ordinary meaning. |
| **"before disclosure"**<br><br>**'897 Patent**, Claims 1, 14, 18 | Plain and ordinary meaning. | "prior to availability on a public data source" | "prior to disclosure to a public database" |

**SIGNED** this 12th day of March, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

[1] These proposed constructions have been withdrawn.