# Exhibit D

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**BEFORE THE PATENT TRIAL AND APPEAL BOARD**

CROWDSTRIKE, INC.,
Petitioner,

v.

SKYSONG INNOVATIONS, LLC,
Patent Owner.

*Inter Partes* Review Case No. IPR2025-01399
U.S. Patent No. 11,775,831 B2

**DECLARATION OF NENAD MEDVIDOVIC, PH. D., IN SUPPORT OF PATENT OWNER'S PRELIMINARY RESPONSE**

I, Dr. Nenad Medvidovic, under the penalty of perjury under the laws of the United States, declare that the following is true and correct based on the best of my ability.

Date: 31 December 2025 Signed: ______________________
Nenad Medvidovic, Ph.D.

## TABLE OF CONTENTS


I. QUALIFICATIONS ........ 1

II. BASES OF OPINIONS ........ 16

III. A PERSON OF ORDINARY SKILL IN THE ART ........ 17

IV. LEGAL FRAMEWORK ........ 18

A. Claim Construction ........ 18

B. Validity ........ 19

1. Anticipation ........ 20

2. Obviousness ........ 21

V. THE ’831 PATENT (EX1001) ........ 29

A. Technical Background ........ 29

B. Challenged Claims ........ 32

1. Claim 1 ........ 32

2. Claim 2 ........ 33

3. Claim 3 ........ 33

4. Claim 4 ........ 33

5. Claim 5 ........ 33

6. Claim 6 ........ 33

7. Claim 7 ........ 34

8. Claim 8 ........ 34

9. Claim 9 ........ 34

10. Claim 10 ....................................................................................34

11. Claim 11 ....................................................................................34

C. Priority Dates ....................................................................................34

D. Prosecution History ....................................................................................35

VI. THE ASSERTED PRIOR ART ....................................................................................36

A. Ujiie (EX1004) ....................................................................................37

B. Moons (EX1005) ....................................................................................39

C. Kaul (EX1006) ....................................................................................40

D. Ishii (EX1007) ....................................................................................41

E. Ravindran (EX1008) ....................................................................................42

VII. CLAIM CONSTRUCTIONS ....................................................................................44

VIII. VALIDITY ANALYSIS ....................................................................................44

A. Ground 1: Obviousness in Light of Ujiie and Moons ....................................44

1. Claim 1 ....................................................................................44

2. Claim 10 ....................................................................................55

3. Claim 11 ....................................................................................55

4. Motivation To Combine ....................................................................................56

B. Ground 2: Obviousness in Light of Ujiie, Moons, and Kaul ....................................60

1. Claim 2 ....................................................................................60

2. Claim 3 ....................................................................................62

3. Claim 4 ....................................................................................63

4. Claim 5 ....................................................................................64

5. Claim 6 ....................................................................................64

6. Claim 8 ....................................................................................64

7. Claim 9 ....................................................................................65

8. Motivation To Combine.............................................................65

C. Ground 3: Obviousness in Light of Ujiie, Moons, Kaul, and Ishii ..........67

1. Claim 2 ....................................................................................68

2. Claim 3 ....................................................................................69

3. Motivation To Combine.............................................................70

D. Ground 4: Obviousness in Light of Ujiie, Moons, Kaul, and Ravindran 71

1. Claim 7 ....................................................................................71

2. Motivation To Combine.............................................................71

E. Ground 5: Obviousness in Light of Ujiie, Moons, Kaul, Ishii, and Ravindran...........................................................................................72

1. Claim 7 ....................................................................................72

2. Motivation To Combine.............................................................73

IX. CONCLUSION....................................................................................73

1. I have been retained by Key Kesan Dallmann PLLC, as an independent technical expert in the *Inter Partes* Review between CrowdStrike, Inc. ("CrowdStrike") and Skysong Innovations, LLC ("Skysong") PTAB Case No. IPR2025-01399 involving U.S. Patent No. 11,775,831 ("'831 patent").

2. I am being compensated for my work as a technical expert at my customary rate. My compensation does not in any way depend on the outcome of this review, and I have no personal interest in the outcome of this review. My declaration is a technical analysis of the subject patent and the art cited by Petitioner. Nothing in my declaration is intended to offer any legal conclusion.

## I. QUALIFICATIONS

3. My qualifications as an expert are detailed in my curriculum vitae, which is attached as **Appendix A** to this report. Appendix A includes a list of all publications authored or co-authored by me in the previous 10 years.

4. A list of all other cases in which, during the previous four years, I testified as an expert at trial or by deposition, is provided as **Appendix B** to this report.

5. I received a Bachelor of Science degree in Computer Science, summa cum laude, from Arizona State University's Computer Science and Engineering department.

6. I received a Master of Science degree in Information and Computer Science from the University of California at Irvine's Information and Computer Science department.

7. I received a Doctor of Philosophy degree from the University of California at Irvine's Information and Computer Science department. My dissertation was entitled "Architecture-Based Specification-Time Software Evolution."

8. For over thirty years, my research has focused on software systems; their design, development, maintenance, and evolution; their individual building blocks and overall architectures; mechanisms for their implementation and deployment; and their critical properties, including security, trust, robustness, reliability, maintainability, etc.

9. My Ph. D. dissertation yielded a new design style for the development and evolution of highly distributed software systems built out of independent components that exchange different types of data encoded in messages to accomplish specific goals. This research focused on the design principles behind those systems, the appropriate support for modeling the systems (both at the level of individual modules as well as their integrations into subsystems and entire systems), and the infrastructure for their implementation, deployment, optimization, and long-term evolution. The techniques I developed relied on the novel notion of software connectors as loci of interaction in a system. Connectors are first-class architectural

building blocks, equivalent to functional components, and manage all aspects of interaction, spanning communication, data compression, encryption, integrity, coordination, distribution, etc. This architectural style and the tools I developed to support it were applied across a wide range of domains, from traditional distributed systems, to mobile devices and applications, to embedded systems and autonomous robots.

10. My work has been funded by US government agencies (e.g., the National Science Foundation, National Institutes of Health, Defense Advanced Research Projects Agency, NASA, and Department of Homeland Security) and industrial organizations (e.g., Boeing, IBM, Northrop Grumman, Xerox, Google, and Bosch).

11. I am employed by the University of Southern California ("USC") as a faculty member in the Computer Science Department and have been since January 1999. I am a tenured professor. Since July 2022, I have served as my Department's Chair. Between January 2009 and January 2013, I served as the Director of USC's Center for Systems and Software Engineering (USC-CSSE), a large research center that involved the work of a number of USC faculty, students, and staff as well as several dozen industry partners. Under my direction, USC-CSSE was involved in a range of cutting-edge projects for our industry partners, ranging from the Aerospace Corporation to Xerox. Between July 2011 and July 2015, I served as my Department's Associate Chair for Ph.D. Affairs. Between July 2021 and June 2022,

I served as my Department's Vice Chair for Tenure Affairs. In July 2025, I was named TRW Professor in Engineering and granted an endowed chair for my contributions to my university and the academic community.

12. In the mid-2000s, I worked with colleagues from NASA's Jet Propulsion Laboratory on designing the architecture of their OODT data grid system that was intended to provide the massive amounts of NASA's available planetary science data efficiently and securely to arbitrary numbers of users around the country. This work was jointly published at the 2006 International Conference on Software Engineering. Subsequently, I spearheaded a project at my university that extended OODT to make the data grid accessible to mobile devices.

13. Based on my experience and expertise in the area of software system architectures, and the success of the above project, in 2007 I was offered the position of Chief Software Engineer of the Transformational Satellite Communications System (TSAT) program. This was a $4 billion U.S. Department of Defense (DOD) program, sponsored by the U.S. Air Force. The program's charge was to build the satellite grid of the future. With my university's agreement, I was prepared to go on a multi-year leave-of-absence assignment until the TSAT project was operational. Unfortunately, the program's funding was cut before my involvement could begin.

14. I have created and/or taught undergraduate-, Master's-, and PhD-level courses in software engineering, software requirements, software architecture, and

embedded systems for many years. As part of these courses, I have developed and taught modules, and created and guided projects that exposed students to the interplay between software and traditional computing devices on one hand, and a wide range of physical equipment on the other hand, including sensors, RFID systems and their integration into item tagging applications, cameras, mobile robots, and wearable computing devices.

15. I co-authored "*Software Architecture: Foundations, Theory, and Practice*," a widely used textbook on software systems architecture initially published in 2009. The issues of security and trust are discussed throughout the book as guiding principles behind the design of modern software systems. Additionally, an entire chapter of the book is explicitly dedicated to this topic.

16. A critical aspect of all systems I have researched over the past three decades is system security. I have taught existing and developed new techniques for ensuring system security in distributed, mobile, and embedded settings. These techniques have spanned static program code analysis; dynamic monitoring, logging, simulation, emulation, and testing; and statistical analysis and algorithmic prediction based on historical data gathered both at the architectural/design and implementation levels.

17. In the early 2000s, I secured a grant from Intel Corp. which I used to equip a teaching laboratory with a variety of embeddable computing equipment. These are

non-traditional computing platforms, such as those listed above, that can be a part of devices used in everyday activities (e.g., "smart" cards, cameras, phones, clothing accessories, etc.). This laboratory was used as the foundation of a graduate-level course, Software Engineering for Embedded Systems, that I introduced soon thereafter and taught a number of times. This course covered a range of topics relevant to embedded systems, including efficient, reliable, and secure communication in networks of varying sizes and the challenges inherent therein. Every semester, my students had to complete a course project they selected from a range of real-world scenarios. These projects included real-time image tracking and recognition; incremental automated scene discovery and rendering; efficient and secure off-board data compression, storage, and access; and so on. Several of these projects grew into peer-reviewed publications and doctoral dissertations. Subsequent extensions of the projects from this course have been used externally, at NASA's Jet Propulsion Laboratory and Bosch Research and Technology Center.

18. In 2007, I published a technique that was subsequently patented, in which I showed how software computation can be accomplished in a highly distributed manner on a public network such that mathematically provable guarantees are provided that no compromised nodes can discover the involved algorithm or the data (beyond the jumble of the binary bits involved).

19. Some of my earliest work relating to artificial intelligence (AI) pertained to determining the optimal deployment of a software-intensive system on a set of hardware devices. This project took started around 2000, was initially published in 2002, and culminated in two highly cited publications in the IEEE Transactions on Software Engineering journal, in 2005 and 2011. Initial attempts at solving the problem by taking into account large numbers of competing system requirements and device capabilities involved traditional (e.g., greedy) and linear programming algorithms. Those proved adequate, but had limitations. My students and I quickly turned to AI and adopted a genetic algorithm, which we further tailored in a number of innovative ways to outperform state-of-the-art techniques in this area.

20. In the context of this work, my students and I explored a range of possible game-theoretic approaches for solving a version of the deployment problem where *decentralized* agents need to coordinate and cooperate on updating a system's deployment across a network of distributed hosts as network conditions change, but without the availability of a single entity that is aware of the entire network. To this end, we considered a range of game-theoretic strategies, including voting, market-based, and auctioning algorithms. For the purpose of our specific problem, we developed a novel auctioning algorithm that outperformed its competitors. This work was initially published in the International Working Conference on Component Deployment in 2005. We made several subsequent improvements to the algorithm,

including in a system described in a paper co-authored with an engineering team from Bosch Research and Technology Centers in the International Conference on Software Engineering in 2007. The culmination of this work was the comprehensive treatment of deployment optimization in the above mentioned 2011 publication in the IEEE Transactions on Software Engineering journal.

21. In the mid 2010s, my research further explored the emerging AI and machine learning (ML) algorithms as vehicles for predicting various aspects of a software system. Initially, my lab developed algorithms that were applied to the predicting appropriate architectural design decisions that can resolve the implementation problems reported about a system. Subsequently, my students and I developed a pair of techniques, published in 2017 and 2018 and patented soon thereafter, where we analyze communications on a mobile device, identify potentially vulnerable interactions, and use a combination of static code analysis, dynamic/runtime analysis, and AI/ML algorithms to predict likely upcoming user interactions with their device as a way of anticipating and blocking those interactions that may compromise the device's security.

22. My most recent work has focused on building a framework for evaluating and improving AI/ML techniques—especially those relying on deep neural networks (DNNs). I will highlight two different aspects of this work, of which the second one

is especially relevant to the ’831 patent and its reliance on convolutional neural networks (CNNs).

23. The first body of work targets DNNs that purport to pinpoint the sources of security vulnerabilities in software systems. My team’s most recent publication on this topic, at the 2025 International Conference on Software Engineering, presents a framework called VIPer, which identified key shortcomings in existing DNN-based vulnerability detectors by showing how they learn from spurious system features and can be “fooled” by amplifying such features in their training datasets. VIPer provides an alternative neural network-based solution that significantly outperforms the current state-of-the-art in detecting vulnerabilities in previously unseen software systems.

24. I conducted a research project that resulted in the ARC (“Architectural Recovery via Concerns”) technique that emerged in the early 2010s. A significant aspect of my work for nearly two decades has been deriving information inherent in routinely available artifacts to derive architectural knowledge about a complex software system. This task was traditionally approached from the perspective of structural software analysis. One of my Ph.D. students and I postulated that deriving information from raw textual artifacts present in a software system (e.g., keywords and variable names in the code, comments, documentation, software requirements,

testing artifacts, issue repositories, etc.) is an unexplored, particularly rich information source.

25. To this end, we developed an information retrieval-based approach that represents a software system as a set of documents. A document can have different topics, which are the concerns in ARC. A topic *z* is a multinomial probability distribution over words *w*. A document *d* is represented as a multinomial probability distribution over topics *z* (called the document-topic distribution). Each implementation-level entity is treated as a document where its document-topic distribution is its feature *vector*. Hierarchical clustering is performed by computing similarities between entities using the Jensen-Shannon divergence ($D_{js}$), which allows computing similarities between document-topic distributions and applying a machine classifier to predict a list of tags for grouping the terms extracted from the system into relevant architectural topics. Subsequent studies indicated that ARC performs at least on par with state-of-the-art architecture recovery techniques and can be used as a basis for deriving existing and predicting important future architectural design decisions for a software system.

26. The second relevant body of work aims to improve both the performance and accuracy of DNNs, and especially CNNs, by (1) improving their modularity and (2) enabling them to better handle out-of-distribution inputs. DNNs tend to accrue technical debt and suffer from significant retraining costs when adapting to evolving

requirements. Modularizing DNNs offers the promise of improving their reusability. Previous work has proposed techniques to decompose DNN—and specifically CNN—models into modules both during and after training. However, these strategies yield several shortcomings, including significant weight overlaps and accuracy losses across modules, restricted focus on convolutional layers only, and added complexity and training time by introducing auxiliary masks to control modularity. As part of my lab's research, we developed MODA, an activation-driven modular training approach. MODA promotes inherent modularity within a DNN model by directly regulating the activation outputs of its layers based on three modular objectives: intra-class affinity, inter-class dispersion, and compactness. Unlike existing work, MODA applies to both convolutional and fully-connected layers that are common in a CNN. MODA is evaluated using three well-known DNN models and five datasets with varying sizes. This evaluation indicates that, compared to the existing state-of-the-art, using MODA yields several advantages: (1) MODA accomplishes modularization with 22% less training time; (2) the resultant modules generated by MODA comprise up to 24x fewer weights and 37x less weight overlap while (3) preserving the original model's accuracy without additional fine-tuning; in module replacement scenarios, (4) MODA improves the accuracy of a target class by 12% on average while ensuring minimal impact on the accuracy of other classes.

27. A related effort has dealt with out-of-distribution (OOD) inputs. Detecting OOD inputs is a critical safeguard for deploying CNN models in the real world. However, most post-hoc detection methods operate on penultimate feature representations derived from global average pooling (GAP) – a lossy operation that discards valuable distributional statistics from activation maps prior to global average pooling. Our guiding hypothesis was that these overlooked statistics, particularly channel-wise variance and dominant (maximum) activations, are highly discriminative for OOD detection. To this end, we introduced DAVIS, a simple and broadly applicable post-hoc technique that enriches feature vectors by incorporating these crucial statistics, directly addressing the information loss from GAP. Extensive evaluations have shown that DAVIS sets a new benchmark across diverse architectures, including ResNet, DenseNet, and EfficientNet. DAVIS achieves significant reductions in the false positive rate (FPR95), with improvements of 48.26% on CIFAR-10 using ResNet-18, 38.13% on CIFAR-100 using ResNet-34, and 26.83% on ImageNet-1k benchmarks using MobileNet-v2. Our subsequent analysis has revealed the underlying mechanism for this improvement, providing a principled basis for moving beyond the mean in OOD detection.

28. A significant portion of my professional activity centers on conducting research through advising Ph.D. students. I have graduated 21 Ph.D. students to date, and I advise seven students currently pursuing their Ph.D. My students have

gone on to successful careers in top software companies (e.g., Google, NVIDIA, Intel, Snap), research institutes (e.g., NASA's Jet Propulsion Laboratory, Information Sciences Institute, Quandary Peak Research), and universities (e.g., University of Massachusetts, University of California, University of Edinburgh in the UK).

29. I served as Program Co-Chair for the flagship conference in my field—International Conference on Software Engineering ("ICSE")—held in May 2011. I have served as Chair or Co-Chair for various other conferences in the Software Engineering field, including: the Fifth Working Institute of Electrical and Electronics Engineers ("IEEE")/IFIP Conference on Software Architecture, the Third IEEE International Conference on Self-Adaptive and Self-Organizing Systems, the Fifteenth International Association for Computing Machinery's ("ACM") Special Interest Group on Software Engineering ("SIGSOFT") Symposium on Component Based Software Engineering, the IEEE/CSSE/ISE Workshop on Software Architecture Challenges for the 21st Century, and the Doctoral Symposia at the Sixteenth ACM SIGSOFT International Symposium on the Foundations of Software Engineering and at the 44th International Conference on Software Engineering.

30. I have served as an editor of several peer-reviewed journals, including IEEE Transactions on Software Engineering, ACM Transactions on Software

Engineering and Methodology, Journal of Software Engineering for Robotics, Elsevier Information and Software Technology Journal, Journal of Systems and Software, Journal of Software Engineering Research and Development, and Springer Computing Journal. I have also served as a guest editor of several special issues for other journals. Between January 2018 and December 2022, I served as Editor-in-Chief of IEEE Transactions on Software Engineering ("TSE"), the flagship software engineering research journal.

31. Between September 2013 and September 2015, I served as Chair of the ICSE Steering Committee. Both before that (2008-2013) and subsequent to that (2015-present) I have been a member of the ICSE Steering committee. I am currently a member of the Steering Committee of the joint European Conference on Software Engineering and the Symposium on the Foundations of Software Engineering ("ESEC/FSE"). From July 2015 to September 2017, I chaired the Steering Committee of FSE, while it was a standalone symposium. I have served as a member of the Steering Committees of the Working IEEE/IFIP Conference on Software Architecture on two separate occasions, including presently.

32. Between July 2015 and June 2018, I served as Chair of the ACM SIGSOFT, the largest professional organization in my field. During the past year, I have chaired the committee in charge of ACM's Software System Award, one of the most important technical awards in my field.

33. I have served as editor of various books in the Software Engineering field, including Proceedings of the 3rd International Conference on Self-Adaptive and Self-Organizing Systems, Proceedings of the Warm-Up Workshop for the 32nd International Conference on Software Engineering, Proceedings of the 5th Working IEEE/IFIP Conference on Software Architecture, and 40 Editions of ICSE—the Ruby Anniversary Celebration.

34. I have authored or co-authored nearly 300 papers in the Software Engineering field. My work has been cited over 21,000 times. My most cited paper alone has been cited nearly 3,200 times; that paper recently received a Most Influential Paper Award from IEEE TSE. A paper I co-authored in the 1998 ICSE, my field's flagship conference, was given ten years later, in 2008, that conference's Most Influential Paper Award. Another of my publications received a Most Influential Paper Award in 2020. Several of my other publications have received "best paper" or "most cited" awards.

35. My research frequently results in the development of software tools that accompany and demonstrate the published ideas. The above-mentioned paper describing a security-vulnerability detection and remediation tool for mobile (e.g., Android phone) devices built in my lab, won the Best Tool Paper award at the 2017 Automated Software Engineering Conference. That idea was subsequently awarded

a US patent. I am a co-inventor on two additional issued patents in distributed systems design, implementation, deployment, and computer security.

36. I have been named a Fellow of the ACM, a distinction bestowed upon the top 1% of ACM's membership. I have also been elected a Fellow of the IEEE. Fellow of the IEEE is IEEE's highest grade; less than 0.1% of its membership earns this grade each year.

## II. BASES OF OPINIONS

37. The basis and reasoning of my opinions include my education, training, and experience as an engineer, including my decades of experience in computer science. In conducting my analysis and forming my opinions, I have considered the materials listed below:

a. U.S. Patent No. 11,775,831 to Jae-sun Seo and Minkyu Kim, filed January 13, 2023, and issued on Oct 3, 2023 (EX1001), its provisional application No. 62/399,753, filed on Sep. 26, 2016, and its file history (EX1002);

b. CrowdStrike's petition (Paper 1, "Pet.") and any materials referenced therein relevant to my analysis; specifically including the declaration of Dr. Eli Saber (EX1003);

c. Takayuki Ujiie *et al.*, *Approximated Prediction Strategy for Reducing Power Consumption of Convolutional Neural Network Processor,* 2016

IEEE Conference on Computer Vision and Pattern Recognition Workshops (2016) (EX1004, "*Ujiie*");

d. Bert Moons *et al*., *Energy-Efficient ConvNets Through Approximate Computing,* IEEE Winter Conference on Applications of Computer Vision (2016) (EX1005, "*Moons*");

e. Himanshu Kaul *et al*., *A 21.5M-Query-Vectors/s 3.37nJ/Vector Reconfigurable k-Nearest-Neighbor Accelerator with Adaptive Precision in 14nm Tri-Gate CMOS*, 2016 IEEE International Solid-State Circuits Conference (2016) (EX1006, "*Kaul*");

f. U.S. Patent Application Publication No. 2016/0259995 A1 to Ishii *et al*. (EX1007, "*Ishii*");

g. U.S. Patent Application Publication No. 2016/0259994 A1 to Ravindran *et al*. (EX1008, "*Ravindran*");

h. and any other materials referenced herein.

## III. A PERSON OF ORDINARY SKILL IN THE ART

38. My opinions in this declaration are based on the understanding of a Person of Ordinary Skill in the Art ("POSITA") at the time of the invention of the claims in the '831 patent.

39. In assessing the level of skill of a POSITA, I have considered the type of problems encountered in the art, the prior solutions to those problems found in the

prior art references, the rapidity with which innovations are made, the sophistication of the technology, the level of education of active workers in the field, and my own experience working with those of skill in the art at the time of the invention.

40. In my opinion, a person of ordinary skill in the art at the time of the filing of the '831 patent would have at least a Bachelor's degree in computer science (CS) or computer engineering (CE), and 2–4 years of experience working in the field of software development, distributed systems, or artificial intelligence (AI). A graduate degree in CS, CE, data science, AI, or software engineering may be substituted wholly or in part for work experience.

41. I am very familiar with this level of skill. Over my decades of experience, I have supervised and worked with engineers in this field having at least the level of skill identified above.

## IV. LEGAL FRAMEWORK

### *A. Claim Construction*

42. I understand that the words of a claim are generally given their ordinary and customary meaning, that is, the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention.

43. I understand that a claim term that does not use the word "means" is presumed not to be a means-plus-function term. I understand that a term that does not use the word "means" would be construed as a means-plus-function term if it

does not describe structure to a POSITA. Conversely, I understand that if a term describes structure to a POSITA, it is not a means-plus-function term.

44. I understand that a patent has several components, including an abstract, drawings, a written description detailing different embodiments of the invention (*i.e.*, the specification), and numbered claims at the end of the patent. It is the numbered claims that define metes and bounds of the properties that the patentee has the right to exclude others from infringing.

***B. Validity***

45. I understand that a patent, once issued or granted, is entitled to a presumption of validity. However, this presumption can be overcome by clear and convincing evidence to the contrary. Validity is routinely challenged post-issuance, and courts often invalidate the patent, on the ground that the patent fails to meet one or more statutory requirements, *e.g.*, by claiming a non-patentable subject matter, such as an abstract idea, in violation of 35 U.S.C. § 101; by being not novel and anticipated by prior art under § 102; by being obvious in view of prior art under § 103; and/or lacking sufficient disclosures or being indefinite, in violation of § 112.

46. I understand that the presumption of validity does not apply before the PTAB.

### 1. Anticipation

47. I understand that section 102 first defines "prior art" that would anticipate and, thus, invalidate the patent. The term "prior art" is a patent term of art for the technology that was known or used before the priority date of the patent, which is the filing date of the patent application. However, I understand that, to the extent a provisional patent application properly discloses and supports the claimed subject matter, the priority date of the claims is the filing date of the provisional application, which is considered the invention date. Thus, if the subject matter of the invention was already patented or described in a printed publication anywhere in the world before the invention claimed in the patent, such prior art would invalidate the patent.

48. Anticipation is a technical defense. A patent claim is anticipated and therefore invalid under 35 U.S.C. §102, only if: a single prior art reference discloses, either expressly or inherently, each and every element of the claimed invention arranged exactly as they are arranged in the claim. If even a single element or step recited by the claim is not disclosed in exactly the same way, arranged as in the claim, there is no anticipation. In addition, the reference must enable one of skill in the art to practice an embodiment of the claimed invention without undue experimentation.

49. For an element to be present in a reference through inherency, the evidence must be clear and convincing that the missing element is necessarily present in the

thing described in the reference, and that it would be so recognized by persons of ordinary skill. That means that inherency cannot be established by probabilities or possibilities. The mere fact that a certain thing may result from a given set of circumstances is not sufficient. If, however, the disclosure is sufficient to show that the natural result flowing from the operation as taught would result in the performance of the questioned function, that disclosure could be inherent.

50. I understand that CrowdStrike does not argue that any prior art anticipates the '831 patent.

**2. Obviousness**

51. I understand that § 103 is broader than § 102 in a sense that § 103 forbids issuance of a patent even if the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

52. I understand that to measure obviousness under § 103, a court determines the scope and content of the prior art, ascertains differences between the prior art and the claims at issue, and resolves the level of ordinary skill in the pertinent art. I understand that secondary considerations such as commercial success, long felt but

unsolved needs, failure of others might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented.

53. It is my understanding that the information that is used to evaluate whether an invention is new and not obvious is generally referred to as "prior art." Prior art generally includes U.S. and foreign patents and U.S. and foreign printed publications (*e.g.*, published patent applications (before issued as a patent), books, journal publications, presentation files, posters, articles on websites, product manuals, etc.) that existed before the earliest filing date (the "effective filing date") of the claims in the patent. A patent will be prior art if it was filed before the effective filing date of the claimed invention, while a printed publication will be prior art if it was publicly available before that date.

54. I understand that, in addition to the patents and printed publications, a product used in public or on sale in the U.S. more than one year prior to the effective filing date of a patent can be prior art to that patent. I understand that a product is considered "on sale" when (i) the product embodying the invention is offered for commercial sale, and (ii) the invention was ready for patenting. An invention is shown to be "ready for patenting" when there is proof of a reduction to practice or proof that prior to the critical date the inventor had prepared drawings or other descriptions of the invention that were sufficiently specific to enable a person skilled

in the art to practice the invention. I understand that CrowdStrike does not assert a product as prior art.

55. It is my understanding that a claimed invention is not patentable if it would have been obvious to a person of ordinary skill in the field of the invention at the time the invention was made, and that the burden of establishing obviousness rests with the challenger and must be supported by clear and convincing evidence.

56. It is my understanding that the following standards govern the determination of whether a claim in a patent is obvious. I have applied these standards in my evaluation, recognizing that obviousness determinations must be based on a careful evidence-based analysis rather than general assertions or hindsight reasoning.

57. It is my understanding that, to find a claim in a patent obvious, one must make certain findings regarding the claimed invention and the prior art. Specifically, the obviousness question requires consideration of four factors (although not necessarily in order):

a. the scope and content of the prior art;

b. the differences between the prior art and the claims at issue;

c. the knowledge of a person of ordinary skill in the pertinent art; and

d. objective factors that may indicate non-obviousness, which must be given meaningful weight rather than treated as secondary or optional considerations.

58. It is my understanding that the obviousness inquiry should not be done in hindsight, but must be done using the perspective of a person of ordinary skill in the relevant art as of the effective filing date of the patent claim. This includes avoiding reconstruction of the invention with knowledge of the patent in hand, and avoiding attributing to the prior art recognition of the very problem solved by the invention.

59. It is my understanding that the obviousness inquiry may also consider certain objective indicia of non-obviousness, which serve as a critical safeguard against hindsight. Such objective factors indicating non-obviousness may include: commercial success of products covered by the patent claims; a long-felt need for the invention; failed attempts by others to make the invention; copying of the invention by others in the field; unexpected results achieved by the invention; praise of the invention by the infringer or others in the field; the taking of licenses under the patent by others; expressions of surprise by experts and those skilled in the art at the making of the invention; and the patentee proceeded contrary to the accepted wisdom of the prior art. These considerations are not merely supplemental, but can be dispositive.

60. It is my understanding that the fact finder must determine whether potential evidence of such objective considerations is relevant. With respect to evidence offered for each objective consideration, the fact finders must ascertain whether there is a nexus between the claimed invention and the evidence establishing the objective consideration and determine its probative value. Where such a nexus is present, the evidence must be given substantial weight in favor of non-obviousness.

61. I understand that the obviousness analysis requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis. The analysis may not rely on broad generalizations or assumptions about what a person of ordinary skill might have done. Only if a person of ordinary skill in the art can implement the claimed invention as a predictable variation of a known invention without undue experimentation and with a clear motivation grounded in the prior art may a claim be considered obvious. Also, "hindsight" reconstruction cannot be used to combine references together to reach a conclusion of obviousness.

62. It is my understanding that exemplary rationales that may support a conclusion of obviousness include:

a. combining prior art elements according to known methods to yield predictable results;

b. simple substitution of one known element for another to obtain predictable results;

c. use of known techniques to improve similar devices (methods or products) in the same way;

d. applying a known technique to a known device (method or product) ready for improvement to yield predictable results;

e. "obvious to try," *i.e.*, choosing from a finite number of identified, predictable solutions but only where there is a demonstrable and reasonable expectation of success at the time;

f. known work in one field may prompt variations for use in another field only where such variations would have been reasonably predictable and supported by the record; and

g. some teaching, suggestion, or motivation in the prior art that is contemporaneous and specific rather than assumed through hindsight.

63. Thus, I understand that a reference may be relied upon for all that it teaches, including uses beyond its primary purpose. However, where a reference teaches away, i.e., discourages or criticizes the path taken by the invention, such teachings must be given meaningful weight. The mere disclosure of alternative designs does not teach away, but explicit indications that a path would be undesirable, inferior, or impractical strongly weigh against obviousness.

64. I understand that a claim might be obvious over a single reference; however, such an argument requires that the reference clearly and fully provide the

missing teachings or that such teachings would have been immediately apparent to a person of ordinary skill without inventive insight, not based on generalized knowledge or hindsight interpretation.

65. An obviousness evaluation can also be based on a combination of multiple prior art references. However, a specific and articulated rationale must exist to justify such a combination, and the motivation must be grounded in the prior art itself, not reconstructed from the claim. I further understand that, although market demand may influence innovation, it cannot substitute for a teaching, suggestion, or motivation in the prior art.

66. I understand that a proper obviousness analysis must recognize that innovation often results from insight that was neither expected nor recognizable from merely assembling known pieces in the prior art. A person of ordinary skill in the art must be considered without the benefit of hindsight, and thus cannot be assumed to have known the solution or outcome in advance. Therefore, any alleged combination of prior art must be shown to have been clearly supported and reasonably suggested by the prior art itself at the relevant time, and not inferred only after knowledge of the invention's success.

67. I understand that the concept of "obvious to try" applies only in rare circumstances, and only where the possible options were finite, predictable, and accompanied by a reasonable expectation of success. If experimentation, insight, or

creativity were required to arrive at the claimed invention, the invention is not obvious.

68. It is my understanding that combining familiar elements using known methods does not render a claim obvious where the result yields new, unexpected, or improved properties or solves a previously unrecognized problem. Obviousness requires predictability, and the absence of such predictability strongly indicates non-obviousness.

69. I understand that when a patent arranges known elements, the question is whether the arrangement yields more than predictable results and reflects inventive judgment. The analysis focuses on what was known or knowable to a person of ordinary skill at the time, and whether the problem addressed was recognized and appreciated in the prior art, not merely whether solutions appear straightforward after the fact.

70. In sum, it is my understanding that prior art teachings may be combined only where the record demonstrates that a person of ordinary skill, without hindsight and based on contemporaneous knowledge, would have been motivated to do so with a reasonable expectation of success. Where such evidence is lacking, or where hindsight reconstruction is required, obviousness may not be found.

## V. THE ’831 PATENT (EX1001)

71. The ’831 Patent is part of a broader ASU-originated cybersecurity portfolio managed by Skysong. The portfolio addresses complementary aspects of cybersecurity and security analytics, including secure browsing, threat mitigation, dark web intelligence labeling, vulnerability exploitation prediction, and efficient machine learning techniques used in modern security systems. *See* EX2001, ¶¶22–44. It was developed by Arizona State University researchers as part of a broader research program addressing cybersecurity problems from multiple angles, including threat mitigation, secure browsing isolation, dark-web intelligence gathering and labeling, vulnerability exploitation prediction, and related machine-learning and computational techniques used in modern security systems.

### *A. Technical Background*

72. My below discussion pertains to the state of the art at the time of the invention of the ’831 patent unless specifically indicated otherwise.

73. The ’831 patent, titled “*Cascaded Computing For Convolutional Neural Networks*,” is a continuation of U.S. Patent Application No. 16/335,775, which in turn claims priority through PCT/US2017/052736 to U.S. Provisional Patent Application No. 62/399,753, filed September 26, 2016. EX1001 at 1:7–18. The patent addresses the high computational cost of conventional convolutional neural networks (“CNNs”) by reducing total computation without sacrificing classification

accuracy. *Id.* at 1:21–31. In general terms, the claims recite performing iterative, MSB-based approximate computations across multiple data sets, identifying a maximum value, then performing a full-precision computation only for the data set exhibiting that maximum and propagating that full-precision result forward in the network. *Id.* at 1:32–2:40.

74. The ’831 patent teaches techniques “for efficiently reducing the amount of total computation in convolutional neural networks (CNNs) without affecting the output result or classification accuracy. Computation redundancy in CNNs is reduced by exploiting the computing nature of the convolution and subsequent pooling ….” *Id.* at abstract.

75. The prior art suffered from complex problems. For example, CNNs “have gained popularity in many computer vision applications (image, video, speech, etc.), because of their ability to train and classify with high accuracy. Due to multiple layers of convolution and pooling operations that are compute-/memory-intensive, it is difficult to perform real-time classification with low power consumption on today's computing systems.” *Id*. at 1:22–29.

76. To address these shortcomings of the prior art, the ’831 patent discloses a “technique for efficiently reducing the amount of total computation in CNNs without affecting the output result or classification accuracy.” *Id*. at 1:34–36.

77. One embodiment of the ’831 patent teaches “in one or more layers of a convolutional neural network (CNN), performing a first iteration that includes computing a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets; examining a first set of values computed for the plurality of data sets in the first iteration to determine whether a maximum value is present among the first set of values; responsive to identifying the maximum value, performing a full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value; and propagating the full precision computation of the value to a subsequent layer of the CNN.” *Id*. at 1:39–50.

78. Independent claim 1, for example, utilizes “one or more non-transitory computer-readable storage media storing instructions.” *Id*., claim 1. When executed, at least one processor performs operations in one or more layers of a CNN comprising:

- performing a first iteration that includes computing a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets;
- examining a first set of values computed for the plurality of data sets in the first iteration to determine whether a maximum value is present among the first set of values;
- responsive to identifying the maximum value, performing a full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value; and
- propagating the full precision computation of the value to a subsequent layer of the CNN.

*Id*., claim 1.

79. In summary, the ’831 patent teaches that a highly innovative “MSB-driven convolution may produce similar results given that the lower precision bits in the data set would not have altered the maximum determination computation even if they had been included in the original computation. Accordingly, implementations initially perform a minimal amount of computation to determine and compare maximums among the data sets, and avoid the initial full convolution performed by conventional CNNs.” *Id*. at 5:24–32.

### *B. Challenged Claims*

80. CrowdStrike’s Petition challenges all claims (1–11) of the ’831 patent. Of these, only claim 1 is independent.

#### 1. Claim 1

> **Claim 1.** One or more non-transitory computer-readable storage media storing instructions which, when executed by at least one processor, cause the at least one processor to perform operations comprising:
>
> **a.** in one or more layers of a convolutional neural network (CNN), performing a first iteration that includes computing a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets;
>
> **b.** examining a first set of values computed for the plurality of data sets in the first iteration to determine whether a maximum value is present among the first set of values;
>
> **c.** responsive to identifying the maximum value, performing a full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value; and
>
> **d.** propagating the full precision computation of the value to a subsequent layer of the CNN.

### 2. Claim 2

**Claim 2**. The one or more non-transitory computer-readable storage media of claim 1, further comprising: responsive to determining that the first set of values are the same, performing, by the at least one processor, a second iteration that includes computing the value based on a second set of MSBs for each of the plurality of data sets, the second set of MSBs being larger than the first set of MSBs.

### 3. Claim 3

**Claim 3**. The one or more non-transitory computer-readable storage media of claim 2, further storing instructions, which, when executed by the at least one processor, cause the at least one processor to perform operations comprising:

**a.** examining a second set of values computed for the plurality of data sets in the second iteration to determine whether the maximum value is present among the second set of values; and

**b.** responsive to identifying the maximum value among the second set of values, performing, by the at least one processor, the full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value in the second iteration.

### 4. Claim 4

**Claim 4**. The one or more non-transitory computer-readable storage media of claim 2, wherein the computing in each of the first iteration and the second iteration employs a convolution and a pooling.

### 5. Claim 5

**Claim 5**. The one or more non-transitory computer-readable storage media of claim 4, wherein the convolution is a N×N convolution, where N is any integer.

### 6. Claim 6

**Claim 6**. The one or more non-transitory computer-readable storage media of claim 4, wherein the pooling is a N×N pooling, where N is any integer.

#### 7. Claim 7

**Claim 7**. The one or more non-transitory computer-readable storage media of claim 4, wherein the convolution is a 3×3 convolution, and the pooling is a 2×2 pooling.

#### 8. Claim 8

**Claim 8**. The one or more non-transitory computer-readable storage media of claim 2, wherein at least one of the first iteration and the second iteration is performed with a precision less than that of the full precision computation.

#### 9. Claim 9

**Claim 9**. The one or more non-transitory computer-readable storage media of claim 8, wherein the precision is 8-bit precision.

#### 10. Claim 10

**Claim 10**. The one or more non-transitory computer-readable storage media of claim 1, wherein the CNN is employed to analyze an image.

#### 11. Claim 11

**Claim 11**. The one or more non-transitory computer-readable storage media of claim 1, wherein:

**a.** the first iteration computes a value that approximates the full precision computation of the value; and

**b.** the full precision computation is performed on the data set that includes less data than the plurality of data sets.

### *C. Priority Dates*

81. The '831 patent derives priority from provisional application No. 62/399,753, filed on September 26, 2016. I have specifically reviewed the provisional application to confirm that the subject matter claimed in the '831 patent is disclosed therein. Although it is my opinion that the claimed subject matter is in

fact disclosed in the original provisional patent applications, I understand that Petitioner alleges the following priority dates for the asserted prior art, which predate the provisional application:

a. *Ujiie* (EX1004): August 5, 2016 (Pet. at 7)

b. *Moons* (EX1005): February 17, 2016 (Pet. at 9)

c. *Kaul* (EX1006): February 17, 2016 (Pet. at 10)

d. *Ishii* (EX1007): February 22, 2016 (Pet. at 11)

e. *Ravindran* (EX1008): March 4, 2015 (Pet. at 12)

82. For my analysis in this declaration only, and without forming an opinion as to their accuracy, I have accepted these priority dates. My technical analysis therefore relies on citations to the specification of the ’831 patent. However, I reserve the right to update my analysis with citations to the relevant provisional application in the event that I am informed later that the priority dates asserted by Petitioner are not accurate and in fact post-date the provisional patent application.

### ***D. Prosecution History***

83. The ’831 patent was filed on January 13, 2023, and the provisional application from which it derives priority was filed on September 26, 2016.

84. On March 30, 2023, a preliminary amendment was submitted. EX1002 at 71.

85. On April 5, 2023, a second preliminary amendment was submitted. *Id*. at 86.

86. On April 17, 2023, a third preliminary amendment was submitted. *Id*. at 92.

87. On July 17, 2023, an interview with the examiner was held. *Id*. at 105.

88. On July 24, 2023, a notice of allowance issued. *Id*. at 136. The examiner specifically noted that the prior art does not disclose "in one or more layers of a convolutional neural network (CNN), performing a first iteration that includes computing a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets; examining a first set of values computed for the plurality of data sets in the first iteration to determine whether a maximum value is present among the first set of values; responsive to identifying the maximum value, performing a full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value; and propagating the full precision computation of the value to a subsequent layer of the CNN." *Id*. at 146.

## VI. THE ASSERTED PRIOR ART

89. Petitioner asserts the following five prior art references in five grounds, and supplements this proffer with the *Declaration Of Dr. Eli Saber, Ph.D.* (EX1003).

### *A. Ujiie (EX1004)*

90. *Ujiie* refers to Takayuki Ujiie *et al*., *Approximated Prediction Strategy for Reducing Power Consumption of Convolutional Neural Network Processor,* 2016 IEEE Conference on Computer Vision and Pattern Recognition Workshops (2016).

91. *Ujiie* replaces conventional CNN architecture requiring exact convolutions against all the feature windows with an architecture that uses an approximate convolution to predict a relevant feature window on which the only relevant full precision convolution will be performed. *Ujiie* describes a method, LazyConvPool (LCP), designed to make CNNs more energy-efficient by avoiding unnecessary computations. Instead of performing full convolutions on every pixel in a pooling window, LCP first uses a lightweight, approximate convolution called AppConv to predict which feature will be selected by the max pooling operation. Only the predicted maximum feature is then processed with a full-precision convolution. To make AppConv efficient, a Sign Connect unit is used, which replaces multiplications with simple sign-based operations, reducing hardware complexity and power consumption.

92. This is demonstrated in Figs. 2(a) and (b). Fig. 2(a) shows a conventional CNN architecture in which a full convolution is executed on all feature windows and the relevant feature window is then identified and used for the pooling operation:




(a) Conventional

*Ujiie* Fig. 2(a). The red indicated square if the feature window that is identified as the relevant one to forward to the pooling operation. Fig. 2(b) shows the operation of *Ujiie's* modified system, in which approximate convolutions (without multiplication overhead) are used to identify the relevant feature window to forward to the pooling layer:




(b) LCP

93. *Ujiie* Fig. 2(a). The blue indicated square is identified as the relevant feature map for pooling. This predicted feature map is used for the full precision convolution to determine the final full-precision output, indicated as the red square.

94. LCP, as described in *Ujiie*, predicts which feature in the pooling window matters using a very lightweight approximation and computes full convolution only for that feature. It focuses on skipping entire unnecessary convolutions rather than gradually refining precision.

95. *Ujiie* does not teach, indeed teaches away from the teachings of the ’831 patent, in which its MSB-based method performs iterative convolutions starting from the most significant bits, gradually increasing precision until the maximum is found. Unlike *Ujiie*, the ’831 patent focuses on bit-level approximation and progressive refinement.

***B. Moons (EX1005)***

96. *Moons* refers to Bert Moons *et al*., *Energy-Efficient ConvNets Through Approximate Computing,* IEEE Winter Conference on Applications of Computer Vision (2016).

97. *Moons* discloses quantization, i.e., precision scaling and computational skipping, as techniques to reduce energy consumption in CNN computations for small wearable devices. High-precision representations, like 32-bit floating point or 16-bit fixed point, are often unnecessary for accurate classification, so weights and inputs can be quantized to lower bit widths. Per-layer quantization of each layer’s weights and inputs to fewer bits, sometimes as low as 4–10 bits, allows each layer to use a minimal number of bits, optimizing the energy-accuracy trade-off. The

process typically involves a greedy search to determine the optimal bit width for each layer, with out-of-range values clipped as necessary. Lower bit-width computations reduce switching activity in digital circuits, leading to significant energy savings. To maintain precision, sign bits must remain correctly positioned, and intermediate results are truncated or rescaled between layers using arithmetic shifts.

98. Unlike the teachings of the '831 patent, *Moons* discloses precision scaling and quantization that predefine the number of bits for each layer and rescale inputs and weights accordingly, aiming for fixed, low-precision computation from the start rather than iterative approximation.

99. *Moons* differs significantly from the '831 patent. It aims to maximize power savings at the expense of accuracy because it seeks to improve small wearable devices, it requires specific hardware adaptations, and it uses scaling and quantization, both of which independently modify the MSBs of the input data set.

### *C. Kaul (EX1006)*

100. *Kaul* refers to Himanshu Kaul *et al.*, *A 21.5M-Query-Vectors/s 3.37nJ/Vector Reconfigurable k-Nearest-Neighbor Accelerator with Adaptive Precision in 14nm Tri-Gate CMOS*, 2016 IEEE International Solid-State Circuits Conference (2016).

101. *Kaul* discloses an energy-efficient kNN hardware accelerator that saves power by starting distance calculations with coarse MSB-level approximations and refining them only when needed. Each iteration allows some vectors to be discarded quickly, so full-precision computation is done only for a smaller set of likely nearest neighbors. The hardware design uses compact arithmetic units, narrow data paths, partial-squaring, and low-voltage-friendly circuits to further reduce area and energy. A search-control system keeps track of which vectors remain in contention, enabling fast nearest and next-nearest neighbor detection. Overall, the accelerator achieves very high energy efficiency, high throughput, and reliable operation even at low supply voltages.

102. *Kaul* differs from the '831 patent by using a sliding two bit wide window to incrementally compare vectors. Notably, *Kaul* is a nearest-neighbor algorithm, meaning it looks for the minimum distance, instead of the maximum value as the '831 patent. Unlike the '831 patent, *Kaul* does not use one set of MSBs in an initial iteration, and a larger set of MSBs in a second iteration. Instead, *Kaul* always uses only two bits in each iteration.

### ***D. Ishii (EX1007)***

103. *Ishii* refers to U.S. Patent Application Publication No. 2016/0259995 A1 to Ishii *et al*.

104. *Ishii* discloses an image-recognition CNN that uses standard, parallel convolutions using multiple filters of differing scale/resolution (or color parameters) on the same image. For each pixel, the system selects one feature (e.g., the maximum response) from among all filter outputs. After performing all convolutions at their full resolution, the system simply applies max-pooling to pick the largest activation value, and in case of a tie, it arbitrarily selects one of the equal values. This differs from the '831 patent, which teaches that, in case of a tie, additional MSBs are used to determine the true maximum.

105. *Ishii* does not teach iterative approximation. Instead, it discloses computing all convolutions at full precision and performing max-pooling directly on those results.

106. *Ishii* does not use any feedback from the pooling stage to influence which computations to perform next, which is unlike the '831 patent that loops back the pooling outcome to selectively trigger full-precision convolution only for the candidate that appears to hold the maximum.

### *E. Ravindran (EX1008)*

107. *Ravindran* refers to U.S. Patent Application Publication No. 2016/0259994 A1 to Ravindran *et al*.

108. *Ravindran* describes a conventional deep-learning image-processing system that employs standard convolutional neural network layers built from full-

precision convolutions and pooling operations. It builds multiple candidate CNNs (varying architecture, hyperparameters, preprocessing), trains and validates them on task-specific image data, and selects those meeting performance thresholds. The top-performing CNNs are then combined into an ensemble model whose aggregated predictions classify new images. This framework adapts automatically to different input types and use-cases, reducing development time and improving generalization by leveraging ensemble learning rather than a single fixed CNN. In one example, the system uses multiple convolutional layers with different kernel sizes including 3×3 filters in some layers and 2×2 max-pooling to explore and select optimal CNN architectures.

109. *Ravindran* does not teach MSB-Only approximation or iterative refinement. Instead, *Ravindran* performs full-precision 3×3 convolution and 2×2 pooling in the normal CNN pipeline. It does not teach using only the most significant bits to generate approximate convolution results, nor does it iteratively add more bits until a maximum is found—core requirements of the ’831 patent’s cascading convolution architecture.

110. *Ravindran* has no feedback loop and no mechanism where pooling decisions determine which convolution is refined. Instead, it computes all convolutions fully and independently.

## VII. CLAIM CONSTRUCTIONS

111. I understand that Petitioner purports to rely on the plain and ordinary meaning of all claim terms. Pet. at 6. In my analysis, I have applied the plain and ordinary meaning of the terms as a POSITA would have understood them at the time of the invention.

## VIII. VALIDITY ANALYSIS

112. I understand that CrowdStrike argues the following obviousness grounds:

| Ground | Allegation of Invalidity | Claims |
| --- | --- | --- |
| 1 | Obviousness in light of *Ujiie* and *Moons* | 1, 10, and 11 |
| 2 | Obviousness in light of *Ujiie*, *Moons*, and *Kaul* | 2–6, 8, and 9 |
| 3 | Obviousness in light of *Ujiie*, *Moons*, *Kaul*, and *Ishii* | 2–6, 8, and 9 |
| 4 | Obviousness in light of *Ujiie*, *Moons*, *Kaul*, and *Ravindran* | 7 |
| 5 | Obviousness in light of *Ujiie*, *Moons*, *Kaul*, *Ishii*, and *Ravindran* | 7 |

113. Below is my analysis of the asserted prior art references and my opinion as to what they do and do not disclose relative to the challenged claims.

### *A. Ground 1: Obviousness in Light of Ujiie and Moons*

114. Petitioner asserts that claims 1, 10, and 11 are obvious in light of *Ujiie* and *Moons*.

#### 1. Claim 1

**Claim 1.** One or more non-transitory computer-readable storage media storing instructions which, when executed by at least one processor, cause the at least one processor to perform operations comprising:

***a) Claim 1.a: in one or more layers of a convolutional neural network (CNN), performing a first iteration that includes computing a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets;***

115. Petitioner admits that "*Ujiie* does not expressly discuss approximating convolutions by lowering precision 'based on a first set of most significant bits.'" Pet. at 16. Instead, Petitioner identifies *Moons'* "precision scaling" as "approximating convolutions" "which lowers the bit count of both the kernel weights and the original data inputs." *Id.* However, *Moons'* precision scaling quantization differs significantly from the invention of the '831 patent as explained below.

116. **First**, the '831 patent explicitly improves CNNs by "efficiently reducing the amount of total computation in convolutional neural networks (CNNs) *without affecting the output result or classification accuracy*.") '831 patent at abstract; *see also id.* ("the total number of bits used to perform the convolution is reduced *without affecting the output features or the final classification accuracy*."); *id.* at 1:24–36; *id.* at 3:8–10. The '831 patent achieves this by identifying and not performing "redundant operations for which the results may not be employed subsequently in the analysis, and which therefore may not affect the overall outcome of the analysis," while still performing all key operations at full precision. *Id.* at 3:14–18 (redundant operations are skipped); 1:45–50 (relevant operations are performed at full

precision); *see also* 2:8–10 (same); 4:1–9 (same). This is a key insight of the '831 patent.

117. *Moons*, on the other hand, has a different goal. *Moons* specifically notes that it seeks to maximize power savings at the expense of accuracy, because it aims at improving small wearable electronic devices: "While high energy consumption is no big concern during the network's training phase—which typically takes place on a computer cluster—it poses a problem when the network needs to be evaluated on mobile hardware like smartphones, smart glasses and other wearable devices." *Moons* at 1. Therefore, *Moons* investigates "how energy consumption can be reduced through principles of *approximate computing*." *Moons* at 1. Ultimately, *Moons* is willing to compromise accuracy because "in order to be able to embed ConvNet-based classification into wearable platforms and embedded systems such as smartphones or ubiquitous electronics for the internet-of-things, their *energy consumption should be reduced drastically*." *Id*. (emphasis added).

118. Unlike the '831 patent, *Moons* uses quantization, which is a lossy compression technique. In other words, *Moons* cannot guarantee that its techniques will not affect the overall outcome of the analysis. Indeed, *Moons* explicitly notes that because it aims to "reduce the energy consumption of the ConvNet's computations, our main strategy is to quantize its weights and the inputs to its

layers." *Moons* at 1. "Such quantization leads to a network that is only an approximation of the original network." *Id.*

119. At best, *Moons* tries to minimize the inherent impact of its techniques on the ultimate accuracy of the CNN. *See*, *e.g.*, *Moons* at 5 ("Precision scaling is an *approximate* computing technique allowing major energy savings in digital circuits.") (emphasis added). Petitioner admits that "*Moons'* goal is to save energy while *minimizing accuracy loss*." Pet. at 17 (emphasis added). Although *Moons* teaches that some energy gains could be made without losing accuracy, significantly better gains are achieved by sacrificing some classification accuracy: "We can gain energy…up to 30x without losing classification accuracy" but "more than 100x at 99% classification accuracy." *Moons* at 1; *see also id.* ("Our analysis shows that it is possible to quantize existing networks and drastically reduce the number of bits that encode the weights and inputs of each layer, *with only a minimal loss in accuracy*.") (emphasis added). Especially given that *Moons* explicitly teaches "approximate computing to reduce energy consumption in state-of-the-art ConvNet accelerators" and that "energy consumption [for small wearable devices] should be reduced drastically," a POSITA would understand that *Moons* was sacrificing some accuracy for drastic power consumption reduction. *Moons* at 1.

120. **Second**, *Moons* requires an updated hardware architecture. *Moons* at 1 ("We show how this approximate computing / precision scaling can lead to reduced

energy consumption in ConvNet accelerators. This is achieved through a combination of algorithmical and circuit-level techniques."); *see also Moons* at 1 ("With an appropriate hardware architecture this knowledge can be used to reduce energy consumption in many neural network applications and even dynamically scale energy consumption depending on the current application."); *see also Moons* at Abstract ("By combining techniques both at the system- and circuit level, we can gain energy in the systems arithmetic."). *Moons* thus teaches using an updated hardware architecture.

121. *Moons* teaches two techniques to achieve its energy savings objective, precision scaling and computational skipping. *Moons* at 5–6. Precision scaling increases the number of zeros in the dataset. *Moons* at 6 ("the number of zeroed values is significantly larger under precision scaling"). Therefore, *Moons* teaches the additional method of computational skipping, which skips "0" inputs because they do not affect the calculations. In figure 5, *Moons* shows the "relative energy reduction compared to the case without computation skipping." *Moons*, Fig. 5(b).




(b)

*Id*. *Moons* thus teaches that both precision scaling and computation skipping should be used to achieve maximal energy savings.

122. *Moons* further teaches that this requires hardware modifications:

> It is very difficult to achieve such computation skipping in a software solution, since checking for zero-valued inputs in a scalar core consumes time. Using techniques for sparse matrix multiplication is not possible either, because the used convolutional kernels are typically very small on the order of 11 × 11, 5 × 5 or 3 × 3. However, *computation skipping can be achieved in a hardware accelerator with dedicated hardware support*. Flags can indicate if upcoming data is zero and prevent circuitry from switching if this is the case. As ConvNet-weights are fixed, these flags can be computed beforehand.

*Moons* at 6. *Moons* thus specifically discourages software based approaches in favor of a hardware accelerator.

123. The same is true for *Ujiie*. *Ujiie* at abstract (*Ujiie* proposes "an efficient computing method, LazyConvPool (LCP), *and its hardware architecture* to reduce power consumption of CNN-based image recognition.") (emphasis added). *Ujiie* requires a specific hardware architecture. *Id.*, *see also id*. at 4–5 ("Hardware architecture").

124. The '831 patent, on the other hand, does not teach or require any hardware modifications. '831 patent at 3:56–59 (the same hardware engine may be reused ..., thus reducing the hardware footprint) and 8:40–44 (same); *id.* at 4:16–17 (the invention is useful in "devices that have limited hardware capabilities"); 4:46–49 ("Implementations may be especially useful in environments with limited hardware resources, given that implementations enable the hardware footprint and/or processing power to be substantially reduced.") This is a critical difference.

125. **Third**, *Moons* "precision scaling" does not "comput[e] a value based on a first set of most significant bits (MSBs) for each of a plurality of data sets." '831 patent, claim 1. *Moons* describes its precise implementation or precision scaling as *quantization*. *Moons* at 2–6 (chapter 3 "Analysis and experiments"). Specifically, *Moons* "examines the performance- and energy-related effects of quantization on three different [CNN] architectures for image classification." *Moons* at 2. "To

reduce the energy consumption of the ConvNet's computations, our main strategy is to quantize its weights and the inputs to its layers." *Moons* at 3.

126. Quantization does not preserve the MSBs of the plurality of data sets that are quantized. A POSITA would have been familiar with quantization generally at the time of the '831 patent and *Moons*. Quantization is used to minimize the number of bits used to represent a data set. All values in the data set are mapped from a higher precision / higher bit representation into a lower precision / lower bit representation. For example:




M. Grootendorst, *A Visual Guide to Quantization*, available at https://www.maartengrootendorst.com/blog/quantization (EX2013) at 7. Notably, although this visual guide was created later in time than *Moons* or the '831 patent, it accurately reflects the concepts of quantization as a POSITA would have understood it at the relevant time. In some instances, adjacent (but different)

values in the original data set are mapped to the same value in the lower granularity data set. Examples are indicated in the annotated version of the same figure below:




*Id.* (annotated). As shown, quantization used to downscale the values may change the MSBs significantly.

127. As a simplistic but conceptually accurate example, the values 63 and 65 may both be downscaled to 64. For the value 63, that means each of the MSBs is inverted:

| Decimal | Binary | | | | | | |
|---|---|---|---|---|---|---|---|
| | $2^6$ (64) | $2^5$ (32) | $2^4$ (16) | $2^3$ (8) | $2^2$ (4) | $2^1$ (2) | $2^0$ (1) |
| 63 | **0** | **1** | **1** | 1 | 1 | 1 | 1 |
| 64 | **1** | **0** | **0** | 0 | 0 | 0 | 0 |
| 65 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

As is readily apparent, in the example of quantizing the number 63 to 64, the MSBs change from **011** to **100**. Extrapolating this simple example to the number

of parameters of the CNNs discussed in *Moons* (LeNet-5 with 60,000 parameters, CifarQuick with 36.7 million parameters, and AlexNet with ~61 million parameters (*Moons* at 2–3), a POSITA would know that it is effectively impossible that *Moons'* quantization preserves the MSBs of the input data in all cases.

128. Below is a visual example (from 2008) of the effect of quantization on a sinusoidal input:




Figure 1.3: a) Quantized cosine signal. b) Cosine signal reconstructed from quantized points.

Cameron Nicklaus Christou, *Optimal Dither and Noise Shaping in Image Processing*, Master's thesis presented to the University of Waterloo, Waterloo, Ontario, Canada, (2008) (EX2014). The shape of the reconstructed signal is noticeably different from the original. And while this can be improved by increasing the number of bits used for quantization, it does not result in the precise

original signal. Further, increasing quantization bits comes at a heavy cost of increasing the computational complexity of *Moons'* CNN.

129. Realistically, quantization in the context of the CNNs disclosed in *Moons* changes the MSBs even more drastically, because *Moons* scales the input data set even before quantization. *Moons* at 3 ("Before quantizing the weights and inputs, it is important to rescale them properly according to the distribution of their values. If there is a mismatch between the interval in which these values lie and the interval over which we quantize, the accuracy will drop even at very low quantization settings."). Therefore, *Moons* will "rescale all layer inputs and weights in the network with a single value that corresponds to the maximal input or weight value (rounded to the next factor of two) observed during a complete run over the data." *Moons* at 3. This rescaling is accomplished "multiplying the results with a factor of 2, or shifting data in a fixed point number representation." *Id.* This operation changes the MSBs in nearly every instance. Only numbers for which all MSBs and the next most significant bit are "0" would not experience a change in MSB, which would be a very small fraction of the total value range. For example, the 8 bit unsigned integer range shown in Fig. 1B of the '831 patent allows representation of the numbers 0–255. With 2 MSBs (as indicated in Fig. 2B), *Moons* scaling would change the 2 MSB's for numbers 32–255. Only the range 0–31 would be an exception because all <u>three</u> MSBs are "0," which would keep the two MSBs static

at "0" even after scaling. In other words, a POSITA would understand that *Moons'* scaling does not nearly preserve the MSBs for the whole data sets as claimed in the '831 patent.

##### *b) Claim 1.c: responsive to identifying the maximum value, performing a full precision computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value; and*

130. *Ujiie* explicitly notes that it experiences "performance degradation due to the prediction inaccuracy." *Ujiie* at 6. While this is a lesser problem for *Ujiie's* LCP with Sign Connect than the preexisting Ternary Connect, it still falls short of the conventional full-precision CNN. Thus, *Ujiie* does not always identify the correct maximum value performing a full precision computation.

#### 2. Claim 10

> **Claim 10**. The one or more non-transitory computer-readable storage media of claim 1, wherein the CNN is employed to analyze an image.

131. Claim 10 depends on claim 1 and is not disclosed or suggested for the reasons set forth regarding claim 1.

#### 3. Claim 11

> **Claim 11**. The one or more non-transitory computer-readable storage media of claim 1, wherein:

132. Claim 11 depends on claim 1 and is not disclosed or suggested for the reasons set forth regarding claim 1.

#### 4. Motivation To Combine

133. A POSITA would not be motivated to combine *Ujiie* and *Moons*. *Ujiie* seeks to operate at full precision, while *Moons* can only offer an approximation, due to its use of scaling and quantization. *Moons* at 3. Indeed, in the MNIST architecture, *Ujiie* reports a higher accuracy than the conventional CNN. *Ujiie* at 5 and Table 3. Unlike *Ujiie*, this is acceptable for *Moons* because it aims at small wearable devices that require drastic power reduction to function, and are therefore willing to accept the corresponding accuracy tradeoff. *Moons* at 1.

134. The combination of *Ujiie* and *Moons* teaches away from the '831 patent, because they both require changes to the hardware architecture, which is not a requirement of the '831 patent. *See Moons* at 1 and *Ujiie* at abstract (referencing hardware requirements).

135. Petitioner argues that "a POSITA would have been motivated to replace *Ujiie's* Sign Connect approximations (i.e., using a single signed bit for kernel data and full bit-resolution for image data) with *Moons'* precision scaling quantization techniques (i.e., reduced bit-resolution for both kernel data and image data) to increase system accuracy." Pet. at 19. This is false. To the contrary, *Ujiie* operates at full precision. Specifically, *Ujiie* avoids the degradation of recognition performance by using "the approximation only to predict the region to be selected in the max pooling." *Ujiie* at 3. Once the predicted region has been identified, a

full-precision convolution followed by full-precision max pooling is performed on that region. *Id*. Thus, *Ujiie* teaches away from using an approximation that would degrade accuracy such as taught in *Moons*. *Moons* at 1 (*Moons* investigates "how energy consumption can be reduced through principles of *approximate computing*."); *Id.* (*Moons* is willing to compromise accuracy because "in order to be able to embed ConvNet-based classification into wearable platforms and embedded systems such as smartphones or ubiquitous electronics for the internet-of-things, their *energy consumption should be reduced drastically*." (emphasis added)).

136. Petitioner cites the declaration of Dr. Saber in support. Pet. at 19 (citing EX1003 at ¶¶ 80, 81). Petitioner and Dr. Saber significantly mischaracterize *Ujiie's* disclosure. *Id*. Their citation that "*Ujiie* describes how binarization techniques 'show[] the performance degradation due to the prediction inaccuracy...for the complex data such as color images'" (*id*.) is taken out of context and omits a key point emphasized in the full citation shown below:

> The difference shows the performance degradation due to the prediction inaccuracy *using Ternary Connect* for the complex data such as color images.

*Ujiie* at 6. The prediction inaccuracy reference refers to the old Ternary Connect method, not to *Ujiie's* new Sign Connect method. To the contrary,

*Ujiie* explicitly states that "for LCP with Sign Connect, the accuracy is almost equal to the conventional result in MNIST data set."

137. This is corroborated by Table 3:

| Method | MNIST | CIFAR-10 |
|---|---|---|
| (a) Conventional | 0.986 | 0.860 |
| (b) LCP | 0.986 | 0.860 |
| (c) LCP + TC | 0.984 | 0.825 |
| (d) LCP + SC | 0.988 | 0.849 |

Table 3: Classification accuracy on datasets.

*Ujiie*, Table 3 (showing four types of CNN: (a) the conventional CNN, (b) CNN with LCP that computes AppConv by the exact convolution, (c) AppConv by Ternary Connect, and (d) AppConv by Sign Connect) (emphasis added). For the CIFAR-10 CNN, *Ujiie's* LCP + SC algorithm offers much better accuracy (0.849) then the alternative LCP + TC (0.825). Further, for the MNIST CNN, *Ujiie* even improves performance (0.988) over the conventional CNN at (0.986). Thus, a POSITA would have had absolutely no motivation to modify *Ujiie's* LCP + SC algorithm with *Moons* approximation with admittedly reduced accuracy. There is no support that *Moons* would have done any better than *Ujiie* in the CIFAR-10 architecture, and it is impossible for *Moons* to have exceeded *Ujiie's* performance in the MNIST architecture, because *Moons* scaling and quantization necessarily decreases accuracy due to the downscaling of the data as explained above regarding claim element 1(a).

138. Further, Petitioner admits that "modifying *Ujiie* to perform multiplications of low bit-width may lead to an increase in energy consumption." This is correct. *Ujiie* intentionally seeks to avoid multiplication, and thus teaches away from *Moons*. *Ujiie* at abstract (proposing "Sign Connect, which is a low computational-cost approximated prediction *without any multiplications*.") (emphasis added); *Id.* at 1 (*Ujiie's* Sign Connect "gives a significantly lightweight approximation of the convolution with no multiplication operation, while keeping prediction accuracy."); *Ujiie* at 4 ("With Sign Connect, multiplication could be drastically simplified, and the total performance becomes deterministic."); *Id.* at 6 ("a new approach to reduce the number of multiplications in CNN based on an approximated prediction is proposed."). Thus, *Ujiie* teaches reducing the number of multiplications, and a POSITA would be motivated to avoid increasing the number of multiplications by the implementation of *Moons*.

139. Finally, Petitioner's statement that a POSITA would have recognized that "the tradeoff for computational energy would be a desirable tradeoff for the enhanced accuracy *Moons's* [sic] process realizes" is completely unsupported. Pet. at 21. To the contrary, *Moons* stresses the importance of drastically reducing energy consumption of its small wearable devices, even at the expense of slight accuracy loss. *Moons* at 1 ("In order to be able to embed ConvNet-based classification into wearable platforms and embedded systems such as smartphones or ubiquitous

electronics for the internet-of-things, *their energy consumption should be reduced drastically*.") (emphasis added); *see also id.* (*Moons* explicitly teaches "*approximate computing to reduce energy consumption*")(emphasis added). Thus, contrary to Petitioner's argument, *Moons* teaches that it is desirable to reduce power consumption at the expense of decreased accuracy.

### *B. Ground 2: Obviousness in Light of Ujiie, Moons, and Kaul*

140. Petitioner asserts that claims 2–6, 8, and 9 are obvious in light of *Ujiie*, *Moons*, and *Kaul*.

#### 1. Claim 2

> **Claim 2**. The one or more non-transitory computer-readable storage media of claim 1, further comprising: responsive to determining that the first set of values are the same, performing, by the at least one processor, a second iteration that includes computing the value based on a second set of MSBs for each of the plurality of data sets, the second set of MSBs being larger than the first set of MSBs.

141. Claim 2 depends on claim 1 and is not disclosed or suggested for the reasons set forth regarding claim 1.

142. Petitioner admits that "*Ujiie-Moons* does not discuss what happens when max pooling does not identify a maximum." Pet. at 34. The method disclosed in *Kaul* does not supplement this missing disclosure to teach or suggest this claim.

143. Unlike the '831 patent, *Kaul* performs a k-nearest-neighbor search which does not rely on finding a maximum value. *Kaul* at 1 ("the sort network finds the minimum within current accuracy bounds, eliminating vectors outside these bounds

for up to 6×compute reduction;" "the precise signals indicate whether all other psums exceed the minimum by more than 1, signifying that the same minimum has been found as with full-precision calculations;" and "the compare psum circuit uses the global minimum to determine vector elimination and nearest neighbor selection."). Notably, Petitioner argues that "*Ujiie's* native prediction strategy requires identifying a maximum." Pet. at 39. These two are not equivalent, and therefore, *Kaul* does not meet *Ujiie's* requirement.

144. Further, Petitioner's argument that "*Kaul* teaches iteratively increasing bit width in neural network computations when a first iteration does not provide an answer" is not supported by the reference. Instead of increasing the bit width of the snippet of the original data to be analyzed, *Kaul* only ever analyzes a 2-bit window. *Kaul* at 1 ("Iterative refinement of accumulated distance is interleaved as needed with successive sort operations on 2b windows from MSB to LSB."). Every iteration only uses the next set of two bits. *Id.* ("The partial distance compute circuits refine the remaining distances, ***with a successive 2b of the accumulated distance available for further sorting in each iteration***.") (emphasis added). Thus, *Kaul* does not perform "a second iteration that includes computing the value based on a second set of MSBs for each of the plurality of data sets, the second set of MSBs being larger than the first set of MSBs." To the contrary, every calculation in *Kaul* is only on a two bit (2b) set.

145. *Kaul's* sliding 2b (two bit) window paradigm is illustrated in Fig. 14.4.1.




*Kaul*, Fig. 14.4.1 (emphasis added). As shown, each iteration only reviews a 2 bit window. During each iteration, the smallest vectors are discarded, and the next two bits are reviewed. This differs significantly from performing convolutions of increasing accuracy based on larger and larger sets of MSBs, in part, because *Kaul's* teaching requires a hardware solution to efficiently implement the sliding two bit window. *Kaul* at 1 (disclosing a "special-purpose on-die kNN accelerator"). A POSITA would understand that *Kaul's* solution could not efficiently be implemented in software without undue experimentation. *Kaul* does not provide any detail how to implement its technology in a software-only implementation. In my opinion, a POSITA would have to perform significant experimentation to implement *Kaul* as proposed by Petitioner, and the speed and power gains of *Kaul's* specialized hardware implementation may actually be lost.

146. Further, *Kaul* does not teach computing a convolution. Instead, *Kaul* only teaches sorting vectors using its two bit sliding window. *Kaul* at 1.

**2. Claim 3**

> **Claim 3**. The one or more non-transitory computer-readable storage media of claim 2, further storing instructions, which, when executed by the at least

> one processor, cause the at least one processor to perform operations comprising:

147. Claim 3 depends on claim 2 and is not disclosed or suggested for the reasons set forth regarding claim 2.

### 3. Claim 4

> **Claim 4**. The one or more non-transitory computer-readable storage media of claim 2, wherein the computing in each of the first iteration and the second iteration employs a convolution and a pooling.

148. Claim 4 depends on claim 2 and is not disclosed or suggested for the reasons set forth regarding claim 2.

149. Petitioner argues only that *Ujiie* teaches performing convolution and pooling. Pet. at 46. However, that is only true for a single iteration shown in *Ujiie*. Petitioner's hypothetical combination of *Ujiie*, *Moons*, and *Kaul* does not rely on a convolution to determine the maximum value on which to perform the full-precision convolution. Instead, the combination relies on *Kaul's* two-bit sliding window hardware accelerator to identify the relevant value for pooling. That does not meet this claim's requirement of "each of the first iteration and the second iteration employs a convolution and a pooling." First, *Kaul* would locate the relevant value, and then that value would be used for a single full-precision convolution and a single pooling operation.

#### 4. Claim 5

> **Claim 5**. The one or more non-transitory computer-readable storage media of claim 4, wherein the convolution is a N×N convolution, where N is any integer.

150. Claim 5 depends on claim 4 and is not disclosed or suggested for the reasons set forth regarding claim 4.

#### 5. Claim 6

> **Claim 6**. The one or more non-transitory computer-readable storage media of claim 4, wherein the pooling is a N×N pooling, where N is any integer.

151. Claim 6 depends on claim 4 and is not disclosed or suggested for the reasons set forth regarding claim 4.

#### 6. Claim 8

> **Claim 8**. The one or more non-transitory computer-readable storage media of claim 2, wherein at least one of the first iteration and the second iteration is performed with a precision less than that of the full precision computation.

152. Claim 8 depends on claim 2 and is not disclosed or suggested for the reasons set forth regarding claim 2.

153. Petitioner argues only that *Ujiie* performs "an approximate convolution 'AppConv' followed by an exact full precision convolution." Pet. at 48. However, that is only true for a single iteration shown in *Ujiie*. Petitioner's hypothetical combination of *Ujiie*, *Moons*, and *Kaul* does not rely on a convolution to determine the maximum value on which to perform the full-precision convolution. Instead, the combination relies on *Kaul's* two-bit sliding window hardware accelerator to

identify the relevant value for pooling. That does not meet this claim's requirement of an iteration of convolution / pooling using less than all bits. First, *Kaul* would locate the relevant value, and then that value would be used for a *full-precision* convolution and pooling operation.

### 7. Claim 9

> **Claim 9**. The one or more non-transitory computer-readable storage media of claim 8, wherein the precision is 8-bit precision.

154. Claim 9 depends on claim 8 and is not disclosed or suggested for the reasons set forth regarding claim 8.

### 8. Motivation To Combine

155. A POSITA would not have been motivated to further combine *Ujiie* and *Moons* with *Kaul*.

156. The combination of *Ujiie* and *Moons* with *Kaul* teaches away from the '831 patent, because they all require changes to the hardware architecture, which is not a requirement of the '831 patent. *See Moons* at 1, *Ujiie* at abstract (referencing hardware requirements), and *Kaul* (disclosing a reconfigurable k-nearest-neighbor accelerator).

157. Further, a POSITA would not have been motivated to combine *Ujiie* and *Moons* with *Kaul* because *Kaul* does not address finding the maximum value needed for the convolution. Instead, *Kaul* performs a k-nearest-neighbor search which does not rely on finding a maximum value. *Kaul* at 1 ("the sort network finds the

minimum within current accuracy bounds, eliminating vectors outside these bounds for up to 6×compute reduction;" "the precise signals indicate whether all other psums exceed the minimum by more than 1, signifying that the same minimum has been found as with full-precision calculations;" and "the compare psum circuit uses the global minimum to determine vector elimination and nearest neighbor selection."). *Kaul* makes no reference to finding a maximum and is thus inapplicable.

158. Further, Petitioner argues that *Ujiie* and *Moons* could be modified by inserting *Kaul's* hardware accelerator as shown in an annotated version of *Ujiie's* figure 4:




Figure 4: The proposed architecture for LCP-based CNN processor.

Pet. at 38 (citing *Ujiie*, Fig. 4, and indicating addition of *Kaul's* hardware accelerator in red).

159. The hypothetical addition of *Kaul's* hardware accelerator is unrealistic and anything but straightforward. Significant hardware changes would be required,

because the specialized hardware taught by *Ujiie* and *Moons* would have to be modified to not simply use *Kaul's* accelerator. Instead, the three hardware systems would have to be merged, because Petitioner argues that a number of steps occur *between iterations* in *Kaul's* 2-bit sliding window. There is a stark difference between simply plugging in a hardware accelerator to accomplish the task it was designed for (determine the minimum distance neighbor) and modifying the hardware architecture to accomplish several additional steps within each iteration. A POSITA would not have been motivated to undertake this non-trivial process.

160. Finally, a POSITA would not be motivated to combine *Ujiie* with both *Moons* and *Kaul*, because they aim at the same purpose. *Moons* seeks to identify the most relevant value (the maximum) for a full-precision convolution by using approximate convolutions on a scaled and quantized dataset. *Moons* at 3. Similarly, *Kaul* aims at identifying the most relevant value (the minimum) for further processing. A POSITA would not be motivated to implement both methods to accomplish the same goal.

### *C. Ground 3: Obviousness in Light of Ujiie, Moons, Kaul, and Ishii*

161. Petitioner asserts that claims 2–6, 8, and 9 are obvious in light of *Ujiie*, *Moons*, *Kaul*, and *Ishii*. However, Petitioner only references *Ishii* regarding claims 2 and 3. No argument relying on *Ishii* is provided regarding claims 4–6, 8, and 9. I therefore rely on my analysis provided in ground 2 regarding these claims.

#### 1. Claim 2

> **Claim 2**. The one or more non-transitory computer-readable storage media of claim 1, further comprising: responsive to determining that the first set of values are the same, performing, by the at least one processor, a second iteration that includes computing the value based on a second set of MSBs for each of the plurality of data sets, the second set of MSBs being larger than the first set of MSBs.

162. Claim 2 depends on claim 1 and is not disclosed or suggested for the reasons set forth regarding claim 1 in ground 1 above, and regarding claim 2 in ground 2 above.

163. Petitioner admits that "*Ujiie* does not expressly describe checking if the output of its max pooling process identifies a tie." Pet. at 40. Petitioner then notes that "*Ishii* demonstrates a scenario in which the results of max-pooling include a tie between two values." Pet. at 40. However, in the event of such a tie, Petitioner further admits that *Ishii* simply *<u>arbitrarily</u>* selects one of the identified tied values. Pet at 42 ("in a case where there are two or more maximum values, the output selecting unit 124 *<u>need just select any one of the two or more maximum values</u>* of the processing results."). *Ishii* does not teach using more MSBs of each of the tied values—or in *Ishii's* case, a higher resolution version of the image—to identify the true maximum of the two or more tied values. *See also* Pet. at 11 ("in the event of max-pooling, if two or more values are the same, the system will proceed with one of those values.").




Pet. at 41 (citing *Ishii*, Fig. 5, annotated in red) (further annotated in yellow)).

Petitioner indicates the subject 2x2 feature map in red, which shows that the maximum value "8" appears twice. *Ishii* then simply uses the value "8" (indicated in yellow) to proceed, without another iteration using more MSBs or a higher resolution to determine which of the two values is the true maximum. A POSITA would have known that *Ishii's* arbitrary selection risks losing accuracy, in the event that the value chosen is not the true maximum. In the above two-value-tie, there is a 50% chance that the wrong value is chosen and accuracy is lost.

### 2. Claim 3

> **Claim 3**. The one or more non-transitory computer-readable storage media of claim 2, further storing instructions, which, when executed by the at least one processor, cause the at least one processor to perform operations comprising:

164. Claim 3 depends on claim 2 and is not disclosed or suggested for the reasons set forth regarding claim 2.

> **b.** responsive to identifying the maximum value among the second set of values, performing, by the at least one processor, the full precision

computation of the value for a data set, of the plurality of data sets, that exhibited the maximum value in the second iteration.

165. Petitioner argues that "*Ujiie-Moons-Kaul-Ishii* teaches performing a full precision computation on the dataset that exhibited the maximum value." Pet. at 45. However, as explained regarding claim 2, *Ishii* does not disclose determining the true maximum. Instead, in case of a tie, it simply chooses an arbitrary value. *See also* subsection 3 below (Motivation To Combine).

### 3. Motivation To Combine

166. A POSITA would not have been motivated to further combine *Ujiie*, *Moons*, and *Kaul* with *Ishii*, because *Ishii* does not determine the true maximum value as explained regarding claim 2. Instead, *Ishii* arbitrarily chooses one of the identified maximum values in a tie. As Petitioner notes, "*Ujiie's* native prediction strategy requires identifying a maximum." Pet. at 39. However, as Petitioner admits, *Ishii* simply *arbitrarily* selects one of the identified tied values. Pet at 42 ("in a case where there are two or more maximum values, the output selecting unit 124 *need just select any one of the two or more maximum values* of the processing results."). Thus, a POSITA would not have been motivated to use *Ishii* to meet *Ujiie's* true maximum requirement.

### *D. Ground 4: Obviousness in Light of Ujiie, Moons, Kaul, and Ravindran*

167. Petitioner asserts that claim 7 is obvious in light of *Ujiie*, *Moons*, *Kaul*, and *Ravindran*.

#### 1. Claim 7

> **Claim 7**. The one or more non-transitory computer-readable storage media of claim 4, wherein the convolution is a 3×3 convolution, and the pooling is a 2×2 pooling.

168. Claim 7 depends on claim 4 and is not disclosed or suggested for the reasons set forth regarding claim 4.

#### 2. Motivation To Combine

169. A POSITA would not have been motivated to further combine *Ujiie*, *Moons*, and *Kaul* with *Ravindran* because *Ravindran* teaches using an ensemble of CNNs to generate predictions, which are then "aggregated to accurately classify the objects in the digital image." Unlike *Ujiie*, *Moons*, and *Kaul*, *Ravindran* is not concerned with power reduction. Indeed, *Ravindran* makes no reference to power consumption or energy requirements. Instead, *Ravindran* aims to use "ensemble of deep learning models, such as convolutional neural networks (CNNs), to accurately and automatically perform image processing to detect particular attributes of objects in a digital image, and to classify the objects according to the detected attributes ." *Ravindran* at ¶[0010] (disclosing "a method for building and fine tuning CNNs proven to output an accurate classification of an image."). To the contrary,

*Ravindran's* teaching of using multiple CNNs will increase power consumption in order to gain accuracy. Indeed, *Ravindran* explicitly aims to generate "an ensemble of the most accurate intermediate CNNs" which may be "the top 5 most accurate intermediary CNNs." *Ravindran* at ¶[0010]; *see also* [0012] (*Ravindran* aims to "exhibit[] superior classification accuracy."). This is the opposite goal of *Ujiie*, *Moons*, and *Kaul*. A POSITA would not be motivated to lose the energy savings of *Ujiie*, *Moons*, and *Kaul* by using *Ravindran's* "ensemble of CNNs." *Id*. at abstract.

### *E. Ground 5: Obviousness in Light of Ujiie, Moons, Kaul, Ishii, and Ravindran*

170. Petitioner asserts that claim 7 is obvious in light of *Ujiie*, *Moons*, *Kaul*, *Ishii*, and *Ravindran*. However, Petitioner does not reference *Ishii* regarding claim 7. I therefore rely on my analysis provided in ground 4 regarding claim 7.

#### 1. Claim 7

> **Claim 7**. The one or more non-transitory computer-readable storage media of claim 4, wherein the convolution is a 3×3 convolution, and the pooling is a 2×2 pooling.

171. Claim 7 depends on claim 4 and is not disclosed or suggested for the reasons set forth regarding claim 4.

172. Claim 7 is not taught or suggested by the combination of *Ujiie*, *Moons*, *Kaul*, and *Ravindran*. Petitioner makes no argument that *Ishii* overcomes this shortcoming.

### 2. Motivation To Combine

173. A POSITA would not have been motivated to further combine *Ujiie*, *Moons*, *Kaul*, and *Ishii* with *Ravindran* for the reasons set forth in ground 4 above. *Ravindran* teaches away from the combination because it identifies accuracy as a paramount concern over power consumption. Careful analysis of the five asserted references confirms that Petitioner is simply backfilling concepts to plug holes in its arguments *purely* due to hindsight based on the '831 patent.

## IX. CONCLUSION

174. My opinions are subject to change or revision. I may acquire additional opinions regarding arguments Petitioner, or its expert, may present, information I may receive in the future, or additional work I may perform. Based on the analysis I have conducted and for the reasons set forth herein, I have preliminarily reached the conclusions and opinions in this declaration.

175. In the event of a hearing or trial in this matter, I may create and/or use various exhibits for the purposes of demonstrating my testimony as discussed in this declaration. I have not yet created, directed the creation of, or selected any demonstrative exhibits for this purpose.

176. For at least the reasons stated herein, it is my expert opinion that Petitioner's references do not disclose or suggest all elements of any claim of the '831 patent. Thus, I understand that Defendant's expert witness fails to establish a

*prima facie* case of obviousness. My review of the references, the combinations of references, and the materials I have considered leave me with the opinion that the patent claims are valid over the prior art. In reaching my opinions, and in stating the basis of my opinions, I have provided representative reasons why the asserted claims are not disclosed by the cited references. I may not have provided every reason why the asserted claims are not invalid over the references (including combinations) as many are self-evidently trivial and make-weight. I therefore reserve the right to supplement my opinion and provide additional bases for my opinions, as necessary, particularly if Petitioner raises new arguments or interpretations, or if any other new information becomes available to me during this proceeding.

# APPENDIX A

Nenad Medvidović
*TRW Professor in Engineering*
*Professor and Chair*, Thomas Lord Department of Computer Science
School of Advanced Computing and Viterbi School of Engineering
1031 Downey Way
University of Southern California
Los Angeles, CA 90089-0262 U.S.A.

+1-310-702-3309 (cell)
neno@usc.edu (email)
http://softarch.usc.edu/~neno/ (www)

## Table of Contents

| | |
|---|---|
| Education | 2 |
| Employment and Major Organization Leadership | 2 |
| Honors, Awards, Fellowships | 3 |
| Selected Statistics | 4 |
| Graduated Doctoral Students | 4 |
| Publications | 5 |
| Research Support | 32 |
| Patents | 39 |
| Teaching | 39 |
| Supervised Students | 42 |
| Formal Presentations | 45 |
| Professional Service | 57 |
| University Service | 70 |
| Professional Associations | 73 |
| Consulting | 73 |

## 1 Education

**Doctor of Philosophy** (3/99, Cumulative GPA: 4.00)
University of California, Irvine — Department of Information and Computer Science
Dissertation: *Architecture-Based Specification-Time Software Evolution*

**Master of Science** (6/95, Cumulative GPA: 4.00)
University of California, Irvine — Department of Information and Computer Science

**Bachelor of Science**, *Summa Cum Laude* (8/92, Cumulative GPA: 4.00) Arizona State University — Computer Science and Engineering Department

## 2 Employment and Major Organization Leadership

| | |
|---|---|
| 7/25 - present | TRW Chair in Engineering<br>University of Southern California, Los Angeles |
| 7/22 - present | Chair, Thomas Lord Department of Computer Science<br>University of Southern California, Los Angeles |
| 2/11 - present | Professor, Thomas Lord Department of Computer Science<br>University of Southern California, Los Angeles<br>3/05 - 2/11 Associate Professor with Tenure, USC<br>1/99 - 3/05 Assistant Professor, USC |
| 7/21 - 6/22 | Vice-Chair for Tenure Affairs, Department of Computer Science<br>University of Southern California, Los Angeles |
| 1/18 - 12/22 | Editor-in-Chief<br>IEEE Transactions on Software Engineering |
| 7/15 - 6/18 | Chair, Special Interest Group on Software Engineering (SIGSOFT)<br>Association for Computing Machinery (ACM) |
| 7/15 - 9/17 | Chair, Steering Committee<br>ACM SIGSOFT Symposium on the Foundations of Software Engineering |
| 11/13 - 10/15 | Chair, Steering Committee<br>International Conference on Software Engineering |
| 7/11 - 6/15 | Associate Chair for Ph.D. Affairs, Department of Computer Science<br>University of Southern California, Los Angeles |
| 1/09 - 1/13 | Director, Center for Systems and Software Engineering<br>Viterbi School of Engineering, University of Southern California, Los Angeles |
| 9/94 - 12/98 | Graduate Student Researcher<br>University of California, Irvine |
| 9/93 - 8/94 | Teaching Assistant<br>University of California, Irvine |
| 6/93 - 8/93 | Software Engineering Intern<br>Rupp Technology, Phoenix, AZ |
| 8/92 - 8/93 | Teaching Assistant<br>Arizona State University, Tempe |

# 3 Honors, Awards, Fellowships

| | |
|---|---|
| 2025 | Most Influential Paper Award, IEEE Transactions on Software Engineering |
| 2023 | Alumni Hall of Fame, School of Information and Computer Sciences, University of California, Irvine |
| 2023 | IEEE Computer Society Golden Core Member |
| 2022 | Elected Member of IFIP Working Group 2.4 – Software Implementation Technologies |
| 2020 | ACM SIGSOFT Distinguished Service Award |
| 2020 | Most Influential Paper Award, International Symposium on Software Engineering for Adaptive and Self-Managing Systems |
| 2018 | Distinguished Engineering Merit Award, Orange County Engineering Council |
| 2018 | Best Paper Award, International Conference on Software Architecture |
| 2017 | Best Tool-Paper Award, International Conference on Automated Software Engineering |
| 2017 | Best Paper Award, International Conference on Software Architecture |
| 2016 | Fellow, IEEE |
| 2015 | Distinguished Scientist, ACM |
| 2010 | USC Mellon Mentoring Award |
| 2009 | Best Poster Award, International Conference on Program Comprehension |
| 2008 | Most Influential Paper Award, International Conference on Software Engineering |
| 2005, 2009 | Finalist, Most Influential Paper Award, International Conference on Software Engineering |
| 2007 | IBM Real-Time Innovation Faculty Award |
| 2007 | Most cited software engineering paper published in a scientific journal in 2000 |
| 2005 | Okawa Foundation Research Grant |
| 2000-2005 | National Science Foundation (NSF) CAREER Award |
| 1999, 2000 | USC, School of Engineering Teaching Honor Roll |
| 1993-94 | UC Irvine, Department of Information and Computer Science Fellowship |
| 1992 | Arizona State University, Moeur Award (top student in the graduating class) |
| 1991-93 | UPE National Honor Society for the Computing Sciences |
| 1990-93 | Golden Key National Honor Society |
| 1990-92 | Arizona Regents International Student Scholarship |
| 1989-92 | Dean's Honor List, Arizona State University |

## 4 Selected Statistics

| | |
|---|---|
| • *Total number of citations* (scholar.google.com) | 21,702 |
| • *h-index* (scholar.google.com) | 65 |
| • *Most Influential Scholars in Software Engineering* (aminer.org) | 6th all-time |
| • *Most cited publication* (scholar.google.com) | 3,202 citations [J27] |
| • *Most cited papers, IEEE Trans. on Software Engr.* (academic.microsoft.com) | 7th [J27] |
| • *Most cited papers, ACM Trans. on Software Engr. & Methodology* (academic.microsoft.com) | 10th [J25] |

## 5 Graduated Doctoral Students

**PhD1** Marija Mikic, July 2004
currently VP of AI Foundations at Cruise
previously Senior Engineering Director at Google Labs

**PhD2** Nikunj R. Mehta, September 2004
currently a Founder and CEO at Falkonry
formerly Consulting Member of Technical Staff at Oracle

**PhD3** Roshanak Roshandel, December 2006
currently Project Manager at Amazon
previously *Associate Professor* and *Department Chair* at Seattle University

**PhD4** Sam Malek, May 2007
currently *Professor* at UC Irvine

**PhD5** Chris Mattmann, August 2007
currently Chief Data and AI Officer at UCLA
Previously CTIO at Jet Propulsion Laboratory and *Adjunct Professor* at USC

**PhD6** Yuriy Brun, March 2008
currently *Professor* at University of Massachusetts
formerly *Computing Innovation (CI) Post-Doctoral Fellow* at U. of Washington

**PhD7** Chiyoung Seo, May 2008
currently Senior Engineer at AirBnB
formerly a Software Architect at Couchbase

**PhD8** George Edwards, July 2010
currently founder of Quandary Peak Research

**PhD9** David Woollard, January 2011
currently VP of Engineering at MoveWith

**PhD10** Daniel Popescu, November 2011
currently Staff Software Engineer at Google

**PhD11** Ivo Krka, January 2014
currently Co-Founder and Chief Software Engineer at Sportening

**PhD12** Hossein Tajalli, May 2014
currently Machine Learning Performance Architect at Intel
previously Senior Software Architect at NVIDIA

**PhD13** Joshua Garcia, May 2014
currently Associate Professor at UC Irvine

**PhD14** Jae young Bang, March 2015
currently CEO at Cyberonix
previously Software Litigation Consultant at Quandary Peak Research

**PhD15** Gholamreza Safi, July 2016
currently Software Engineer at Cloudera

**PhD16** Youn Kyu Lee, October 2017
currently Assistant Professor at Hongik University, Seoul, South Korea

**PhD17** Arman Shahbazian, May 2018
currently Software Engineer at Google

**PhD18** Duc Minh Le, August 2018
currently Software Engineer at Bloomberg

**PhD19** Yixue Zhao, December 2020
currently Researcher, Information Sciences Institute
formerly Computing Innovation (CI) Post-Doctoral Fellow at U. of Massachusetts

**PhD20** Adriana Sejfia, December 2023
currently Assistant Professor (Lecturer) at University of Edinburgh

**PhD21** Saghar Talebipour, August 2024
currently Software Engineer at Snap

# 6 Publications

## Authored Books

**AB1** Richard N. Taylor, **Nenad Medvidović**, and Eric M. Dashofy. Software Architecture: Foundations, Theory, and Practice. *John Wiley & Sons*, January 2009, 736 pages. ISBN-10: 0470167742. ISBN-13: 978-0470167748.

## Edited Books and Journals

**EB2** Hakan Erdogmus, **Nenad Medvidović**, and Frances Paulisch, eds. IEEE Software – Special Issue on 50 Years of Software Engineering. *IEEE Computer Society*, vol. 35, no. 5, September/October 2018.

Winner of the 2019 APEX Award for Publication Excellence.

**EB3** Domenico Bianculli, **Nenad Medvidović**, and David Rosenblum, eds. 40 Editions of ICSE – The Ruby Anniversary Celebration. International Conference on Software Engineering, May 2018.

**EB4** **Nenad Medvidović** and Santonu Sarkar, eds. Proceedings of the 2017 Innovations in Software Engineering Conference, ACM, February 2017.

**EB5** Barbora Buhnova, Jorge Cuellar, Magnus Larsson, Javier López, **Nenad Medvidović**, Antonio Vallecillo, eds. Special Issue on Component-Based Software Engineering and Software Architecture, *Science of Computer Programming*, September 2014.

**EB6** Magnus Larsson and **Nenad Medvidović**, eds. Proceedings of the The 15th International ACM SIGSOFT Symposium on Component Based Software Engineering (CBSE-2012). ACM, June 2012.

**EB7** Harald Gall and **Nenad Medvidović**, eds. Proceedings of the 33rd International Conference on Software Engineering (ICSE 2011). ACM, May 2011.

**EB8** Fabrice Saffre, **Nenad Medvidović**, and Alberto Montresor, eds. Proceedings of the 3rd International Conference on Self-Adaptive and Self-Organizing Systems. IEEE Computer Society, September 2009.

**EB9** **Nenad Medvidović** and Tetsuo Tamai, eds. Proceedings of the Warm Up Workshop for the 32nd International Conference on Software Engineering. ACM, April 2009.

**EB10** Robert Nord, **Nenad Medvidović**, Rene Krikhaar, Judith Stafford, Jan Bosch, eds. Proceedings of the 5th Working IEEE/IFIP Conference on Software Architecture. *IEEE Computer Society*, March 2006.

## Refereed Journal Articles

**J1** Benyamin Beyzaei, Saghar Talebipour, Ghazal Rafiei, **Nenad Medvidović**, and Sam Malek. Automated Test Transfer across Android Apps using Large Language Models. Proceedings of the ACM on Software Engineering, vol. 2, no. ISSTA, article ISSTA098 (July 2025).

**J2** Jae young Bang, Yuriy Brun, and **Nenad Medvidović**. Collaborative Design Conflicts: Costs and Solutions. *IEEE Software*, vol. 35, no. 6 (November/December 2018).

**J3** Thibaud Lutellier, Devin Chollak, Joshua Garcia, Lin Tan, Derek Rayside, **Nenad Medvidović**, and Robert Kroeger. Measuring the Impact of Code Dependencies on Software Architecture Recovery Techniques. *IEEE Transactions on Software Engineering*, vol. 44, no. 2 (February 2017).

**J4** Pooyan Behnamghader, Duc Minh Le, Joshua Garcia, Daniel Link, Arman Shahbazian, and **Nenad Medvidović**. A Large-Scale Study of Architectural Evolution in Open-Source Software Systems. *Journal of Empirical Software Engineering*, vol. 22, no. 3 (June 2017).

**J5** Hamid Bagheri, Joshua Garcia, Alireza Sadeghi, Sam Malek, and **Nenad Medvidović**. Software Architectural Principles in Contemporary Mobile Software: from Conception to Practice. *Journal of Systems and Software*, vol. 119 (September 2016).

**J6** Yuriy Brun, Jae young Bang, George Edwards, and **Nenad Medvidović**. Self-Adapting Reliability in Distributed Systems. *IEEE Transactions on Software Engineering*, vol. 41, no. 8 (August 2015).

**J7** Chris Mattmann, Joshua Garcia, Ivo Krka, Daniel Popescu, and **Nenad Medvidović**. Revisiting the Anatomy and Physiology of the Grid. *Journal of Grid Computing*, vol. 13, no. 1 (March 2015).

**J8** Yuriy Brun and **Nenad Medvidović**. Entrusting Private Computation and Data to Untrusted Networks. *IEEE Transactions on Dependable and Secure Computing*, vol. 10, no. 4 (July/ August 2013).

**J9** Hossein Tajalli and **Nenad Medvidović**. iDARE — A Reference Architecture for Integrated Software Environments. *Journal of Software: Practice and Experience*, vol. 44, no. 3 (March 2014).

**J10** Chris A. Mattmann, **Nenad Medvidović**, Sam Malek, George Edwards, and Somo Banerjee. A Middleware Platform for Providing Mobile and Embedded Computing Instruction to Software Engineering Students. *IEEE Transactions on Education*, vol. 55, no. 3 (August 2012).

**J11** Sam Malek, **Nenad Medvidović**, and Marija Mikic-Rakic. An Extensible Framework for Improving a Distributed Software System's Deployment Architecture. *IEEE Transactions on Software Engineering*, vol. 38, no. 1 (January/February 2012).

**J12** **Nenad Medvidović**, Hossein Tajalli, Joshua Garcia, Yuriy Brun, Ivo Krka, and George Edwards. Engineering Heterogeneous Robotics Systems: A Software Architecture-Based Approach. *IEEE Computer*, vol. 44, no. 5 (May 2011).

**J13** Sam Malek, George Edwards, Yuriy Brun, Hossein Tajalli, Joshua Garcia, Ivo Krka, **Nenad Medvidović**, Marija Mikic-Rakic, and Gaurav Sukhatme. An Architecture-Driven Software Mobility Framework. *Journal of Systems and Software*, special issue on Software Architecture and Mobility, vol. 83, no. 6 (June 2010).

**J14** **Nenad Medvidović** and George Edwards. Software Architecture and Mobility: A Roadmap. *Journal of Systems and Software*, special issue on Software Architecture and Mobility, vol. 83, no. 6 (June 2010).

**J15** David Woollard, **Nenad Medvidović**, Yolanda Gil, and Chris A. Mattmann. Scientific Software as Workflows: From Discovery to Distribution. *IEEE Software*, special issue on Developing Scientific Software, vol. 25, no. 4 (July/August, 2008).

**J16** George Edwards, Chiyoung Seo, and **Nenad Medvidović**. Model Interpreter Frameworks: A Foundation for the Analysis of Domain-Specific Software Architectures. *Journal of Universal Computer Science*, special issue on Software Components, Architectures, and Reuse, volume 14, number 8 (2008).

**J17** **Nenad Medvidović**, Eric M. Dashofy, and Richard N. Taylor. Moving Architectural Description from Under the Technology Lamppost. *Journal of Information and Software Technology*, vol. 49, no. 1 (January 2007).

**J18** **Nenad Medvidović**, Rene Krikhaar, Robert Nord, and Judith Stafford. Understanding the Past, Improving the Present, and Mapping out the Future of Software Architecture. *Journal of Systems and Software*, vol. 79, no. 12 (December 2006).

**J19** **Nenad Medvidović** and Vladimir Jakobac. Using Software Evolution to Focus Architectural Recovery. *Journal of Automated Software Engineering*, vol. 13, no. 2 (April 2006).

**J20** Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidović**. A Style-Aware Architectural Middleware for Resource-Constrained, Distributed Systems. *IEEE Transactions on Software Engineering*, vol. 31, no. 3 (March 2005).

**J21** Roshanak Roshandel, Andre van der Hoek, Marija Mikic-Rakic, and **Nenad Medvidović**. Mae - A System Model and Environment for Managing Architectural Evolution. *ACM Transactions on Software Engineering and Methodology*, vol. 11, no. 2 (April 2004).

**J22** Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidović**. Reconciling Software Requirements and Architectures with Intermediate Models. *Springer Journal of Software and System Modeling*, vol. 3, no. 3, pages 235-253 (August 2004).

**J23** **Nenad Medvidović**, Paul Gruenbacher, Alexander Egyed, and Barry W. Boehm. Bridging Models across the Software Lifecycle. *Journal of Systems and Software*, vol. 68, no. 3 (December 2003).

**J24** **Nenad Medvidović**, Marija Mikic-Rakic, Nikunj Mehta, and Sam Malek. Software Architectural Support for Handheld Computing. *IEEE Computer*, special issue on Handheld Computing, vol. 36, no. 9 (September 2003).

**J25** **Nenad Medvidović**, Eric M. Dashofy, and Richard N. Taylor. The Role of Middleware in Architecture-Based Software Development. *International Journal of Software Engineering and Knowledge Engineering*, vol. 13, no. 4 (August 2003).

**J26** **Nenad Medvidović**, David S. Rosenblum, David F. Redmiles, and Jason E. Robbins. Modeling Software Architectures in the Unified Modeling Language. *ACM Transactions on Software Engineering and Methodology*, vol. 11, no. 1 (January 2002).

**J27** Alexander Egyed, **Nenad Medvidović**, and Cristina Gacek. A Component-Based Perspective on Software Mismatch Detection and Resolution. *IEE Proceedings - Software Engineering*, vol. 147, no. 6 (December 2000).

**J28** **Nenad Medvidović** and Richard N. Taylor. A Classification and Comparison Framework for Software Architecture Description Languages. *IEEE Transactions on Software Engineering*, vol. 26, no. 1 (January 2000).

Reprinted in *Rational Developer Network: Seminal Papers on Software Architecture*, Rational Software Corp. (July 2001). Named most widely cited software engineering paper published in 2000 by the *Journal of Information and Software Technology* (January 2007). Selected Most Influential Paper of IEEE TSE's 3rd decade (March 2025).

**J29** Peyman Oreizy, Michael M. Gorlick, Richard N. Taylor, Dennis Heimbigner, Gregory Johnson, **Nenad Medvidović**, Alex Quilici, David S. Rosenblum, and Alexander L. Wolf. An Architecture-Based Approach to Self-Adaptive Software. *IEEE Intelligent Systems and Their Applications*, vol. 14, no. 3 (May/June 1999).

**J30** **Nenad Medvidović** and Richard N. Taylor. Exploiting Architectural Style to Develop a Family of Applications. *IEE Proceedings - Software Engineering*, vol. 144, no. 5-6 (October-December 1997).

**J31** Richard N. Taylor, **Nenad Medvidović**, Kenneth M. Anderson, E. James Whitehead, Jr., Jason E. Robbins, Kari A. Nies, Peyman Oreizy, and Deborah L. Dubrow. A Component- and Message-Based Architectural Style for GUI Software. *IEEE Transactions on Software Engineering*, vol. 22, no. 6 (June 1996).

## Refereed Conference Publications

**C1** Tuan Ngo, Abid Hassan, Saad Shafiq, and **Nenad Medvidović**. DNN Modularization via Activation-Driven Training. In Proceedings of the 48th IEEE/ACM International Conference on Software Engineering (ICSE 2026), Rio de Janeiro, April 2026. Accepted – to appear.

**C2** Satyaki Das, Syeda Tasnim Fabiha, Saad Shafiq, and **Nenad Medvidović**. Are We Learning the Right Features? A Framework for Evaluating DL-Based Software Vulnerability Detection Solutions. In Proceedings of the 47th IEEE/ACM International Conference on Software Engineering (ICSE 2025), Ottawa, Canada, April-May 2025.

**C3** Sadra Sabouri, Philipp Eibl, Xinyi Zhou, Morteza Ziyadi, **Nenad Medvidović**, Lars Lindemann, and Souti Chattopadhyay. Trust Dynamics in AI-Assisted Development: Definitions, Factors, and Implications. In Proceedings of the 47th IEEE/ACM International Conference on Software Engineering (ICSE 2025), Ottawa, Canada, April-May 2025.

**C4** Adriana Sejfia, Satyaki Das, Saad Shafiq, and **Nenad Medvidović**. Toward Improved Deep Learning-based Vulnerability Detection. In Proceedings of the 46th IEEE/ACM International Conference on Software Engineering (ICSE 2024), Lisbon, Portugal, April 2024.

**C5** Yutian Yan, Yunhui Zheng, Xinyue Liu, **Nenad Medvidović**, and Weihang Wang. AdHere: Automated Detection and Repair of Intrusive Ads. In Proceedings of the 45th IEEE/ACM International Conference on Software Engineering (ICSE 2023), Melbourne, Australia, May 2023.

**C6** Saghar Talebipour, Hyojae Park, Kesina Baral, Leon Yee, Safwat Ali, Kevin Moran, Yuriy Brun, **Nenad Medvidović**, and Yixue Zhao. AVGUST: A tool for Generating Usage-Based Tests from Videos of App Executions. In Proceedings of the 45th IEEE/ACM International Conference on Software Engineering (ICSE 2023), Demonstrations Track, Melbourne, Australia, May 2023.

**C7** Yixue Zhao, Saghar Talebipour, Kesina Baral, Hyojae Park, Leon Yee, Safwat Ali Khan, Yuriy Brun, **Nenad Medvidović**, and Kevin Moran. AVGUST: Automating Usage-Based Test Generation from Videos of App Executions. In Proceedings of the 30th ACM Joint Meeting on European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2022), Singapore, November 2022.

**C8** Saghar Talebipour, Yixue Zhao, Luka Dojcilovic, Chenggang Li, and **Nenad Medvidović**. UI Test Migration Across Mobile Platforms. In Proceedings of the 36th IEEE/ACM International Conference on Automated Software Engineering (ASE 2021), November 2021.

**C9** Adriana Sejfia, Yixue Zhao, and **Nenad Medvidović**. Identifying Casualty Changes in Software Patches. In Proceedings of the 29th ACM Joint Meeting on European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2021), September 2021.

**C10** Yixue Zhao, Siwei Yin, Adriana Sejfia, Marcelo Schmitt Laser, Haoyu Wang, and **Nenad Medvidović**. Assessing the Feasibility of Web-Request Prediction Models on Mobile Platforms. In Proceedings of the 8th International Conference on Mobile Software Engineering and Systems (MobileSoft 2021), May 2021.

**C11** Marcelo Schmitt Laser, Duc Minh Le, Joshua Garcia and **Nenad Medvidović**. Architectural Archipelagos: Technical Debt in Long-Lived Software Research Platforms. In Proceedings of the 4th International Conference on Technical Debt (TechDebt 2021), May 2021.

**C12** Joshua Garcia, Mehdi Mirakhorli, Lu Xiao, Yutong Zhao, Ibrahim Mujhid, Khoi Pham, Ahmet Okutan, Sam Malek, Rick Kazman, Yuanfang Cai, and **Nenad Medvidović**. Constructing a Shared Infrastructure for Software Architecture Analysis and Maintenance. In Proceedings of the IEEE 18th International Conference on Software Architecture (ICSA 2021), March 2021.

**C13** Duc Minh Le, Suhrid Karthik, Marcelo Schmitt Laser, and **Nenad Medvidović**. Architectural Decay as Predictor of Issue-and Change-Proneness. In Proceedings of the IEEE 18th International Conference on Software Architecture (ICSA 2021), March 2021.

**C14** Arman Shahbazian, Suhrid Karthik, Yuriy Brun, and **Nenad Medvidović**. eQual: Informing Early Design Decisions. In Proceedings of the ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2020), Sacramento, CA, November 2020.

**C15** Yixue Zhao, Justin Chen, Adriana Sejfia, Marcelo Schmitt Laser, Jie Zhang, Federica Sarro, Mark Harman, and **Nenad Medvidović**. FrUITeR - A Framework for Evaluating UI Test Reuse. In Proceedings of the ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2020), Sacramento, CA, November 2020.

**C16** Gvozden Marinkovic, Nikola Lukic, and **Nenad Medvidović**. Online Sports Betting Through the Prism of Software Engineering. In Proceedings of the ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2020), Industrial Track, Sacramento, CA, November 2020.

**C17** Marcelo Schmitt Laser, Duc Minh Le, Joshua Garcia, and **Nenad Medvidović**. ARCADE: An Extensible Workbench for Architecture Recovery, Change, and Decay Evaluation. In Proceedings of the ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2020), Tool Demonstrations Track, Sacramento, CA, November 2020.

**C18** Nikola Lukic, Saghar Talebipour, and **Nenad Medvidović**. Remote Control of iOS Devices via Accessibility Features. In Proceedings of the Workshop on Forming an Ecosystem Around Software Transformation (FEAST 2020), November 2020.

**C19** Nikola Lukic, Saghar Talebipour, and **Nenad Medvidović**. AirMochi - A Tool for Remotely Controlling iOS Devices. In Proceedings of the 35th International Conference on Automated Software Engineering (ASE 2020), Melbourne, Australia, September 2020.

**C20** Adriana Sejfia and **Nenad Medvidović**. Strategies for Pattern-Based Detection of Architecturally-Relevant Software Vulnerabilities (Don't Try This at Home - It Doesn't Work). In Proceedings of the 4th IEEE International Conference on Software Architecture (ICSA 2020), Salvador, Brazil, March 2020.

**C21** Yixue Zhao and **Nenad Medvidović**. A Microservice Architecture for Online Mobile App Optimization. In Proceedings of the 6th International Conference on Mobile Software Engineering and Systems (MOBILESoft 2019), Montreal, Canada, 2019.

**C22** Suhrid Karthik and **Nenad Medvidović**. Automatic Detection of Latent Component Relationships from Online Q&A Sites. In Proceedings of the 7th International Workshop on Realizing Artificial Intelligence Synergies in Software Engineering (RAISE 2019), Montreal, Canada, May 2019.

**C23** Yixue Zhao, Paul Wat, Marcelo Laser, and **Nenad Medvidović**. Empirically Assessing Opportunities for Prefetching and Caching in Mobile Apps. In Proceedings of the 33rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2018), Montpelier, France, September 2018.

**C24** Daye Nam, Youn Kyu Lee, and **Nenad Medvidović**. EVA: A Tool for Visualizing Software Architectural Evolution. In Proceedings of the 40th International Conference on Software Engineering (ICSE 2018), Tool Demonstrations Track, Gothenburg, Sweden, May 2018.

**C25** Yixue Zhao, Marcelo Laser, Yingjun Lyu, and **Nenad Medvidović**. Leveraging Program Analysis to Reduce User-Perceived Latency in Mobile Applications. In Proceedings of the 40th International Conference on Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018.

**C26** Arman Shahbazian, Daye Nam, and **Nenad Medvidović**. Toward Predicting Architectural Significance of Implementation Issues. In Proceedings of the 15th IEEE/ACM International Conference on Mining Software Repositories (MSR 2018), Gothenburg, Sweden, May 2018.

**C27** Duc Minh Le, Daniel Link, Arman Shahbazian, and **Nenad Medvidović**. An Empirical Study of Architectural Decay in Open-Source Software. In Proceedings of the 15th IEEE International Conference on Software Architecture (ICSA 2018), Seattle, WA, April 2018.

Winner of the ICSA 2018 Best Paper Award

**C28** Arman Shahbazian, Youn Kyu Lee, and **Nenad Medvidović**. Recovering Architectural Design Decisions. In Proceedings of the 15th IEEE International Conference on Software Architecture (ICSA 2018), Seattle, WA, April/May 2018.

**C29** Youn Kyu Lee, Peera Yoodee, Arman Shahbazian, Daye Nam, and **Nenad Medvidović**. SEALANT: A Detection and Visualization Tool for Inter-app Security Vulnerabilities in Android. In Proceedings of the 32nd IEEE/ACM International Conference on Automated Software Engineering (ASE 2017), Urbana-Champaign, USA, November 2017.

Winner of the ASE 2017 Best Tool-Paper Award

**C30** Youn Kyu Lee, Jae Young Bang, Gholamreza Safi, Arman Shahbazian, Yixue Zhao, and **Nenad Medvidović**. A SEALANT for Inter-App Security Holes in Android. In Proceedings of the 39th International Conference on Software Engineering (ICSE 2017), Buenos Aires, Argentina, May 2017.

**C31** Jae young Bang, Yuriy Brun, and **Nenad Medvidović**. Continuous Analysis of Collaborative Design. In Proceedings of the 14th IEEE International Conference on Software Architecture (ICSA 2017), Gothenburg, Sweden, April 2017.

Winner of the ICSA 2017 Best Paper Award

**C32** Martin Robillard and **Nenad Medvidović**. Disseminating Architectural Knowledge on Open-Source Projects. In Proceedings of the 38th International Conference on Software Engineering (ICSE 2016), Austin, TX, May 2016.

**C33** Arman Shahbazian, George Edwards, and **Nenad Medvidović**. An End-to-End Domain-Specific Modeling and Analysis Platform. In Proceedings of the 8th International Workshop on Modeling in Software Engineering (MISE 2016), Austin, TX, May 2016.

**C34** Michael Langhammer, Arman Shahbazian, **Nenad Medvidović**, and Ralf Reussner. Automated Extraction of Rich Software Models from Limited System Information. In Proceedings of the 13th Working IEEE/IFIP Conference on Software Architecture (WICSA 2016), Venice, Italy, April 2016.

**C35** Duc Minh Le, Carlos Carrillo, Rafael Capilla, and **Nenad Medvidović**. Relating Architectural Decay and Sustainability of Software Systems. In Proceedings of the 13th Working IEEE/IFIP Conference on Software Architecture (WICSA 2016), Venice, Italy, April 2016.

**C36** Gholamreza Safi, Arman Shahbazian, William G.J. Halfond, and **Nenad Medvidović**. Detecting Event Anomalies in Event-Based Systems. In Proceedings of the 10th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2015), Bergamo, Italy, September 2015.

**C37** Duc Minh Le, Pooyan Behnamghader, Joshua Garcia, Daniel Link, Arman Shahbazian, and **Nenad Medvidović**. An Empirical Study of Architectural Change in Open-Source Software Systems. In Proceedings of the 12th Working Conference on Mining Software Repositories (MSR 2015), Florence, Italy, May 2015.

Fast-tracked for journal publication as one of the best papers of the conference.

**C38** Thibaud Lutellier, Devin Chollak, Joshua Garcia, Lin Tan, Derek Rayside, **Nenad Medvidović**, and Robert Kroeger. Comparing Software Architecture Recovery Techniques Using Accurate Dependencies. In Proceedings of the 37th International Conference on Software Engineering (ICSE 2015), Software Engineering in Practice Track, Florence, Italy, May 2015.

**C39** Jae young Bang and **Nenad Medvidović**. Proactive Detection of Higher-Order Software Design Conflicts. In Proceedings of the 12th Working IEEE/IFIP Conference on Software Architecture (WICSA 2015), Montreal, Canada, May 2015.

**C40** Ivo Krka, Yuriy Brun, and **Nenad Medvidović**. Automatic Mining of Specifications from Invocation Traces and Method Invariants. In Proceedings of the 22nd ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2014), Hong Kong, November 2014.

**C41** Youn Kyu Lee, Jae young Bang, Joshua Garcia, and **Nenad Medvidović**. ViVA: A Visualization and Analysis Tool for Distributed Event-Based Systems. In Proceedings of the 36th International Conference on Software Engineering (ICSE 2014), Formal Demonstration Track, Hyderabad, India, June 2014.

**C42** Ivo Krka, Nicolas D'Ippolito, **Nenad Medvidović**, and Sebastian Uchitel. Revisiting Compatibility of Input-Output Modal Transition Systems. In Proceedings of the 19th International Symposium on Formal Methods (FM 2014), Singapore, May 2014.

**C43** Ivo Krka and **Nenad Medvidović**. Component-Aware Triggered Scenarios. In Proceedings of the 11th Working IEEE/IFIP Conference on Software Architecture (WICSA 2014), Sydney, Australia, April 2014.

**C44** Joshua Garcia, Igor Ivkovic, and **Nenad Medvidović**. A Comparative Analysis of Software Architecture Recovery Techniques. In Proceedings of the 28th IEEE/ACM International Conference on Automated Software Engineering (ASE 2013), Palo Alto, CA, November 2013.

**C45** Joshua Garcia, Daniel Popescu, Gholamreza Safi, William G.J. Halfond, and **Nenad Medvidović**. Identifying Message Flow in Distributed Event-Based Systems. In Proceedings of the 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013), St. Petersburg, Russia, August 2013.

**C46** Ivo Krka and **Nenad Medvidović**. Distributing Refinements of a System-Level Partial Behavior Model. In Proceedings of the 21st International Conference on Requirements Engineering, Rio de Janeiro, Brazil, July 2013.

**C47** Joshua Garcia, Ivo Krka, Chris Mattmann, and **Nenad Medvidović**. Obtaining Ground-Truth Software Architectures. In Proceedings of the 35th International Conference on Software Engineering (ICSE 2013), Software Engineering in Practice Track, San Francisco, CA, May 2013.

**C48** Jae young Bang, Ivo Krka, **Nenad Medvidović**, Naveen Kulkarni, and Srinivas Padmanabhuni. How Software Architects Collaborate: Insights from Collaborative Software Design in Practice. In Proceedings of the 6th International Workshop on Cooperative and Human Aspects of Software Engineering (CHASE 2013), San Francisco, CA, May 2013.

**C49** Ran Mo, Joshua Garcia, Yuanfang Cai, and **Nenad Medvidović**. Mapping Architectural Smells into Dependency Models. In Proceedings of the 4th International Workshop on Managing Technical Debt (MTD 2013), San Francisco, CA, May 2013.

**C50** Christoph Dorn, George Edwards, and **Nenad Medvidović**. Analyzing Design Tradeoffs in Large-scale Socio-Technical Systems through Simulation of Dynamic Collaboration Patterns. In Proceedings of the 20th International Conference on Cooperative Information Systems (CoopIS 2012), Rome, Italy, September 2012.

**C51** Joshua Garcia, Ivo Krka, **Nenad Medvidović**, and Chris Douglas. A Framework for Obtaining the Ground-Truth in Architectural Recovery. In Proceedings of the Joint Working IEEE/IFIP Conference on Software Architecture and European Conference on Software Architecture (WICSA/ECSA 2012), Helsinki, Finland, August 2012.

**C52** George Edwards, Yuriy Brun, and **Nenad Medvidović**. Automated Analysis and Code Generation for Domain-Specific Models. In Proceedings of the Joint Working IEEE/IFIP Conference on Software Architecture and European Conference on Software Architecture (WICSA/ECSA 2012), Helsinki, Finland, August 2012.

**C53** Daniel Popescu, Joshua Garcia, Kevin Bierhoff, and **Nenad Medvidović**. Impact Analysis for Distributed Event-Based Systems. In Proceedings of the 6th ACM International Conference on Distributed Event-Based Systems (DEBS 2012), Berlin, Germany, July 2012.

**C54** Ivo Krka and **Nenad Medvidović**. Revisiting Modal Interface Automata. In Proceedings of the Workshop on Formal Methods in Software Engineering: Rigorous and Agile Approaches (FormSERA), Zurich, Switzerland, June 2012.

**C55** Hossein Tajalli and **Nenad Medvidović**. A Reference Architecture for Integrated Development and Run-Time Environments. In Proceedings of the 2nd Workshop on Developing Tools as Plug-ins (TOPI), San Francisco, CA, June 2012.

**C56** Yuriy Brun and **Nenad Medvidović**. Keeping Data Private while Computing in the Cloud. In Proceedings of the 5th International Conference on Cloud Computing (IEEE CLOUD 2012), Honolulu, HI, June 2012.

**C57** Leslie Cheung, Ivo Krka, Leana Golubchik, and **Nenad Medvidović**. Architecture-Level Reliability Prediction for Concurrent Systems. In Proceedings of the 3rd International Conference on Performance Engineering (ICPE 2012), Boston, MA, April 2012.

**C58** Isela Macia Bertrán, Joshua Garcia, Daniel Popescu, Alessandro Garcia, **Nenad Medvidović**, and Arndt Von Staa. Are Automatically-Detected Code Anomalies Relevant to Architectural Modularity? An Exploratory Analysis of Evolving Systems. In Proceedings of the 11th International Conference on Aspect-Oriented Software Development, Potsdam, Germany, March 2012.

**C59** Jae young Bang, Daniel Popescu, and **Nenad Medvidović**. Enabling Workspace Awareness for Collaborative Software Modeling. In Proceedings of the Future of Collaborative Software Development Workshop, Seattle, WA, February 2012.

**C60** George Edwards, Yuriy Brun, and **Nenad Medvidović**. Isomorphism in Model Tools and Editors. In Proceedings of the 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011), Lawrence, KS, November 2011.

**C61** Joshua Garcia, Daniel Popescu, Chris A. Mattmann, **Nenad Medvidović**, and Yuanfang Cai. Enhancing Architectural Recovery Using Concerns. In Proceedings of the 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011), Lawrence, KS, November 2011.

**C62** Isela Macia Bertrán, Alessandro Garcia, Arndt von Staa, Joshua Garcia, and **Nenad Medvidović**. On the Impact of Aspect-Oriented Code Smells on Architecture Modularity: An Exploratory Study. In Proceedings of the 5th Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2011), Sao Paulo, Brazil, September 2011.

**C63** Yuriy Brun, George Edwards, Jae young Bang, and **Nenad Medvidović**. Smart Redundancy for Distributed Computation. In Proceedings of the 31st International Conference on Distributed Computing Systems (ICDCS), Minneapolis, MN, June 2011.

**C64** Hossein Tajalli, Joshua Garcia, George Edwards, and **Nenad Medvidović**. PLASMA: A Plan-based Layered Architecture for Software Model-driven Adaptation. In Proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010), Antwerp, Belgium, September 2010.

**C65** David Woollard, Chris A. Mattmann, Daniel Popescu, and **Nenad Medvidović**. KADRE: Domain-Specific Architectural Recovery for Scientific Software Systems. In Proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010), Antwerp, Belgium, September 2010.

**C66** Jae young Bang, Daniel Popescu, George Edwards, **Nenad Medvidović**, Naveen Kulkarni, Girish M. Rama, and Srinivas Padmanabhuni. CoDesign - A Highly Extensible Collaborative Software Modeling Framework. In Proceedings of the 32nd International Conference on Software Engineering (ICSE 2010), Formal Demonstration Track, Cape Town, South Africa, May 2010.

**C67** Ivo Krka, Yuriy Brun, Daniel Popescu, Joshua Garcia, and **Nenad Medvidović**. Using Dynamic Execution Traces and Program Invariants to Enhance Behavioral Model Inference. In Proceedings of the 32nd International Conference on Software Engineering (ICSE 2010), New Ideas and Emerging Results, Cape Town, South Africa, May 2010.

**C68** Ivo Krka, Leana Golubchik, and **Nenad Medvidović**. Probabilistic Automata for Architecture-Based Reliability Assessment. In Proceedings of the Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS), Cape Town, South Africa, May 2010.

**C69** Leslie Cheung, Leana Golubchik, and **Nenad Medvidović**. SHARP: A Scalable Approach to Architecture-Level Reliability Prediction of Concurrent Systems. In Proceedings of the Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS), Cape Town, South Africa, May 2010.

**C70** T. S. Mohan, **Nenad Medvidović**, and Chris A. Mattmann. Leveraging Domain-Specific Software Architectures for Classifying Cloud Service Abstractions. In Proceedings of the Cloud Futures 2010 Workshop, Redmond, WA, April 2010.

**C71** Susan Ferreira, Ricardo Valerdi, **Nenad Medvidović**, John Hess, Indira Deonandan, Tsoline Mikaelian, Tom Tenorio, Filiberto Macias, and Gayle Shull. Unmanned and Autonomous Systems of Systems Test and Evaluation: Challenges and Opportunities. In Proceedings of the 2010 IEEE International Systems Conference (SysCon), San Diego, CA, April 2010.

**C72** Chris Mattmann, Joshua Garcia, Ivo Krka, Daniel Popescu, and **Nenad Medvidović**. The Anatomy and Physiology of the Grid Revisited. In Proceedings of the Joint 8th Working IEEE/IFIP Conference on Software Architecture (WICSA-8) and the 3rd European Conference on Software Architecture (ECSA-3), Cambridge, UK, September 2009.

Richard N. Taylor, **Nenad Medvidović**, and Peyman Oreizy. Architectural Styles for Runtime Software Adaptation In Proceedings of the Joint 8th Working IEEE/IFIP Conference on Software Architecture (WICSA-8) and the 3rd European Conference on Software Architecture (ECSA-3), Cambridge, UK, September 2009.

**C73** Ivo Krka, Yuriy Brun, George Edwards, and **Nenad Medvidović**. Synthesizing Partial Component-Level Behavior Models from System Specifications. In Proceedings of the 7th Joint Meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE09), Amsterdam, the Netherlands, August 2009.

**C74** Chiyoung Seo, George Edwards, Daniel Popescu, Sam Malek, and **Nenad Medvidović**. A Framework for Estimating the Energy Consumption Induced by a Distributed System's Architectural Style. In Proceedings of the 8th Workshop on Specification and Verification of Component-Based Systems (SAVCBS), Amsterdam, the Netherlands, August 2009.

**C75** Joshua Garcia, Daniel Popescu, George Edwards, and **Nenad Medvidović**. Toward a Catalogue of Architectural Bad Smells. In Proceedings of the 5th International Conference on the Quality of Software Architectures (QoSA), East Stroudsburg, PA, June 2009.

**C76** Donna Spruijt-Metz, Ming Li, Gautam Thatte, Gaurav Sukhatme, Murali Annavaram, Sabyasachi Ghosh, Viktor Rozgic, Urbashi Mitra, **Nenad Medvidović**, Britni Belcher, and Shrikanth Narayanan. Differentiating Physical Activity Modalities in Youth Using Heartbeat Waveform Shape and Differences between Adjacent Waveforms. In Proceedings of the 7th International Conference on Diet and Activity Methods (ICDAM 7), Washington, DC, June 2009.

**C77** Yuriy Brun and **Nenad Medvidović**. Crystal-Growth-Inspired Algorithms for Computational Grids. In Proceedings of the Workshop on Bio-Inspired Algorithms for Distributed Systems (BADS09), Barcelona, Spain, June 2009.

**C78** Ivo Krka, George Edwards, Yuriy Brun, and **Nenad Medvidović**. From System Specifications to Component Behavioral Models. In Proceedings of the 31st International Conference on Software Engineering (ICSE 2009), New Ideas and Emerging Results Track, Vancouver, Canada, May 2009.

**C79** Daniel Popescu, Joshua Garcia, and **Nenad Medvidović**. Enabling More Precise Dependency Analysis in Event-Based Systems. In Proceedings of the 17th International Conference on Program Comprehension (ICPC 2009), Vancouver, Canada, May 2009.

Winner of the ICPC 2009 Best Poster Award

**C80** George Edwards, Joshua Garcia, Hossein Tajalli, Daniel Popescu, **Nenad Medvidović**, Gaurav Sukhatme, and Brad Petrus. Architecture-Driven Self-Adaptation and Self-Management in Robotics Systems. In Proceedings of the 2009 ACM/IEEE International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Vancouver, Canada, May 2009.

**C81** David Woollard, Chris Mattmann, and **Nenad Medvidović**. Injecting Software Architectural Constraints into Legacy Scientific Applications. In Proceedings of the ICSE 2009 Workshop on Software Engineering for Computational Science and Engineering, Vancouver, Canada, May 23, 2009.

**C82** Joshua Garcia, Daniel Popescu, George Edwards and **Nenad Medvidović**. Identifying Architectural Bad Smells. In Proceedings of the 13th European Conference on Software Maintenance and Reengineering (CSMR 2009), Kaiserslautern, Germany, March 2009.

**C83** Murali Annavaram, **Nenad Medvidović**, Urbashi Mitra, Shrikanth Narayanan, Donna Spruijt-Metz, Gaurav Sukhatme, Zhaoshi Meng, Shi Qiu, Rohit Kumar, and Gautam Thatte. Multimodal Sensing for Pediatric Obesity Applications. In Proceedings of the International Workshop on Urban, Community, and Social Applications of Networked Sensing Systems (UrbanSense08), Raleigh, NC, November 4, 2008.

**C84** Chiyoung Seo, Sam Malek, and **Nenad Medvidović**. Component-Level Energy Consumption Estimation for Distributed Java-Based Software Systems. In Proceedings of the 11th International Symposium on Component Based Software Engineering (CBSE 2008), Karlsruhe, Germany, October 2008.

**C85** George Edwards and **Nenad Medvidović**. A Methodology and Framework for Creating Domain-Specific Development Infrastructures. In Proceedings of the 23rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2008), L'Aquila, Italy, September 2008.

**C86** Daniel Popescu and **Nenad Medvidović**. Ensuring Architectural Conformance in Message- Based Systems. In Proceedings of the DSN 2008 Workshop on Architecting Dependable Systems (WADS 2008), Anchorage, AK, USA, June 2008.

**C87** Ivo Krka, Leslie Cheung, George Edwards, Leana Golubchik, and **Nenad Medvidović**. Architecture-Based Software Reliability Estimation: Problem Space, Challenges, and Strategies. In Proceedings of the DSN 2008 Workshop on Architecting Dependable Systems (WADS 2008), Anchorage, AK, USA, June 2008.

**C88** Leslie Cheung, Roshanak Roshandel, **Nenad Medvidović**, and Leana Golubchik. Early Prediction of Software Component Reliability. In Proceedings of the 30th International Conference on Software Engineering (ICSE 2008), Leipzig, Germany, May 2008.

**C89** Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidović**. Architecture-Driven Software Mobility in Support of QoS Requirements. In Proceedings of the International Workshop on Software Architectures and Mobility (SAM 2008), Leipzig, Germany, May 2008.

**C90** Chris Mattmann, David Woollard, and **Nenad Medvidović**. Exploiting Connector Knowledge To Efficiently Disseminate Highly Voluminous Data Sets. In Proceedings of the 3rdWorkshop on SHAring and Reusing architectural Knowledge (SHARK 2008), Leipzig, Germany, May 2008.

**C91** Chiyoung Seo, Sam Malek, and **Nenad Medvidović**. Estimating the Energy Consumption in Pervasive Java-Based Systems. In Proceedings of the 6th IEEE International Conference on Pervasive Computing and Communications, Hong Kong, March 2008.

**C92** Chiyoung Seo, George Edwards, Sam Malek, and **Nenad Medvidović**. A Framework for Estimating the Impact of a Distributed Software System's Architectural Style on its Energy Consumption. In Proceedings of the 7th Working IEEE/IFIP Conference on Software Architecture (WICSA 2008), Vancouver, BC, Canada, February 2008.

**C93** George Edwards, Chiyoung Seo, Daniel Popescu, Sam Malek, and **Nenad Medvidović**. Self-* Software Architectures and Component Middleware in Pervasive Environments. In Proceedings of the 5th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2007), Newport Beach, CA, November 2007.

**C94** Chiyoung Seo, Sam Malek, and **Nenad Medvidović**. An Energy Consumption Framework for Distributed Java-Based Systems. In Proceedings of the 22nd International Conference on Automated Software Engineering (ASE 2007), Atlanta, GA, November 2007.

**C95** Daniel Popescu, Spencer Rugaber, **Nenad Medvidović**, and Daniel M. Berry. Improving the Quality of Requirements Specifications via Automatically Created Object-Oriented Models. In Proceeding of the 14th Monterey Workshop on Requirements Analysis, Monterey, CA, September 2007.

**C96** Yuriy Brun and **Nenad Medvidović**. Fault and Adversary Tolerance as an Emergent Property of Distributed Systems' Software Architectures. In Proceedings of the 2nd International Workshop on Engineering Fault Tolerant Systems (EFTS 2007), Dubrovnik, Croatia, September 2007.

**C97** **Nenad Medvidović** and Sam Malek. Software Deployment Architecture and Quality-of-Service in Pervasive Environments. In Proceedings of the International Workshop on the Engineering of Software Services for Pervasive Environments (ESSPE 2007), Dubrovnik, Croatia, September 2007.

**C98** George Edwards, Chiyoung Seo, and **Nenad Medvidović**. Construction of Analytic Frameworks for Component-Based Architectures. In Proceedings of the Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**C99** Vito Perrone, Chris A. Mattmann, Sean Kelly, Daniel J. Crichton, Anthony Finkelstein, and **Nenad Medvidović**. A Reference Framework for Requirements and Architecture in Biomedical Grid Systems. In Proceedings of the IEEE International Conference on Information Reuse and Integration (IEEE IRI-2007), Las Vegas, NV, August 2007.

**C100** Roshanak Roshandel, **Nenad Medvidović**, and Leana Golubchik. A Bayesian Model for Predicting Reliability of Software Systems at the Architectural Level. In Proceedings of the 3rd International Conference on Quality of Software Architectures (QoSA 2007), Boston, MA, July 2007.

**C101** Roshanak Roshandel and **Nenad Medvidović**. A Classification of Architectural Reliability Models. In Proceedings of the International Workshop on Software Architecture Research and Practice, Silicon Valley, CA, July 2007.

**C102** Yuriy Brun and **Nenad Medvidović**. An Architectural Style for Solving Computationally Intensive Problems on Large Networks. In Proceedings of the 2nd Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2007), Minneapolis, MN, May 2007.

Winner of the SEAMS 2007 Most Influential Paper Award, awarded at SEAMS 2020

**C103** Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and **Nenad Medvidović**. Reconceptualizing a Family of Heterogeneous Embedded Systems via Explicit Architectural Support. In Proceedings of the 29th International Conference on Software Engineering (ICSE 2007), Minneapolis, MN, May 2007.

**C104** Chiyoung Seo, Sam Malek, George Edwards, Daniel Popescu, **Nenad Medvidović**, Brad Petrus, and Sharmila Ravula. Exploring the Role of Software Architecture in Dynamic and Fault-Tolerant Pervasive Systems. In Proceedings of the Workshop on Software Engineering of Pervasive Computing Applications, Systems, and Environments (SEPCASE 2007), Minneapolis, MN, May 2007.

**C105** Chris A. Mattmann, David Woollard, **Nenad Medvidović**, and Reza Mahjourian. Software Connector Classification and Selection for Data-intensive Systems. In Proceedings of the 2nd Workshop on Incorporating COTS Software into Software Systems: Tools and Techniques (IWICSS 2007), Minneapolis, MN, May 2007.

**C106** George Edwards, Sam Malek, and **Nenad Medvidović**. Scenario-Driven Dynamic Analysis of Distributed Architecture. In Proceedings of the 10th International Conference on Fundamental Approaches to Software Engineering (FASE 2007), Braga, Portugal, March- April 2007.

**C107** Chris A. Mattmann and **Nenad Medvidović**. The GridLite DREAM: Bringing the Grid to Your Pocket. In Proceedings of the 12th Monterey Workshop, LNCS 4322, Springer Verlag, February 2007.

**C108** Jesal Bhuta, Chris A. Mattmann, **Nenad Medvidović**, and Barry Boehm. A Framework for the Assessment and Selection of Software Components and Connectors in COTS-based Architectures. In Proceedings of the 2007 IEEE/IFIP Working Conference on Software Architecture (WICSA-6), Mumbai, India, January 2007.

**C109** Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and **Nenad Medvidović**. Providing Middleware-Level Facilities to Support Architecture-Based Development of Software Systems in Pervasive Environments. In Proceedings of the 4th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2006), Melbourne, Australia, November 27 - December 2006.

**C110** Sam Malek, Chiyoung Seo, and **Nenad Medvidović**. Tailoring an Architectural Middleware Platform to a Heterogeneous Embedded Environment. In Proceedings of the 6th International Workshop on Software Engineering and Middleware (SEM 2006), Portland, Oregon, November 2006.

**C111** Marija Mikic-Rakic and **Nenad Medvidović**. A Classification of Disconnected Operation Techniques. In Proceedings of the 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06), Dubrovnik, Croatia, August 29 - September 2006.

**C112** Chris A. Mattmann, Daniel J. Crichton, **Nenad Medvidović**, and Steven Hughes. A Software Architecture-Based Framework for Highly Distributed and Data Intensive Scientific Applications. In Proceedings of the 28th International Conference on Software Engineering (ICSE 2006), Shanghai, China, May 2006.

**C113** Roshanak Roshandel, Somo Banerjee, Leslie Cheung, **Nenad Medvidović**, and Leana Golubchik. Estimating Software Component Reliability by Leveraging Architectural Models. In Proceedings of the 28th International Conference on Software Engineering (ICSE 2006), Shanghai, China, May 2006.

**C114** David Woollard and **Nenad Medvidović**. An Architectural Style for High-Performance Asymmetrical Parallel Computations. In Proceedings of the 28th International Conference on Software Engineering (ICSE 2006), Shanghai, China, May 2006.

**C115** Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidović**. A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems. In Proceedings of the 3rd International Working Conference on Component Deployment (CD 2005), Grenoble, France, November 2005.

**C116** Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidović**. Improving Availability in Large, Distributed Component-Based Systems via Redeployment. In Proceedings of the 3rd International Working Conference on Component Deployment (CD 2005), Grenoble, France, November 2005.

**C117** Somo Banerjee, Chris A. Mattmann, **Nenad Medvidović**, and Leana Golubchik. Leveraging Architectural Models to Inject Trust into Software Systems. In Proceedings of the ICSE 2005 Workshop on Software Engineering for Secure Systems - Building Trustworthy Applications (SESS'05), St. Louis, MO, May 2005.

**C118** Omer Erdem Demir, Prem Devanbu, **Nenad Medvidović**, and Eric Wohlstadter. DISCOA: Architectural Adaptations for Security and QoS. In Proceedings of the ICSE 2005 Workshop on Software Engineering for Secure Systems - Building Trustworthy Applications (SESS'05), St. Louis, MO, May 2005.

**C119** Vladimir Jakobac, **Nenad Medvidović**, and Alexander Egyed. Separating Architectural Concerns to Ease Program Understanding. In Proceedings of the ICSE 2005 Workshop on the Modeling and Analysis of Concerns in Software (MACS), St. Louis, MO, May 2005.

**C120** Chris A. Mattmann, **Nenad Medvidović**, Paul M. Ramirez, and Vladimir Jakobac. Unlocking the Grid. In Proceedings of the 8th International Symposium on Component Based Software Engineering (CBSE-8), St. Louis, MO, May 2005.

**C121** David Woollard, **Nenad Medvidović**, Walter Yamada, and Theodore Berger. ADaPT: An Event-Passing Protocol for Reducing Delivery Costs in Scatter-Gather Parallel Processes. In Proceedings of the Workshop for Patterns in High Performance Computing, Urbana, IL, May 2005.

**C122** Vladimir Jakobac, Alexander Egyed, and **Nenad Medvidović**. Improving System Understanding via Interactive, Tailorable, Source Code Analysis. In Proceedings of the 2005 Conference on Fundamental Approaches to Software Engineering (FASE 2005), Edinburgh, UK, April 2005.

**C123** Chris A. Mattmann, Sam Malek, Nels Beckman, Marija Mikic-Rakic, **Nenad Medvidović**, and Daniel J. Crichton. GLIDE: A Grid-based Light-weight Infrastructure for Data-intensive Environments. In Proceedings of the 2005 European Grid Conference (EGC 2005), Amsterdam, the Netherlands, February 2005.

**C124** Sam Malek, Marija Mikic-Rakic, **Nenad Medvidović**. An Extensible Framework for Autonomic Analysis and Improvement of Distributed Deployment Architectures. In Proceedings of the ACM SIGSOFT Workshop on Self-Managed Systems (WOSS 2004), Newport Beach, CA, October 31 - November 2004.

**C125** Nikunj Mehta, **Nenad Medvidović**, Marjan Sirjani, and Farhad Arbab. Modeling Behavior in Compositions of Software Architectural Primitives. In Proceedings of the 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004.

**C126** Barry Boehm, Jesal Bhuta, David Garlan, Eric Gradman, LiGuo Huang, Alexander Lam, Ray Madachy, **Nenad Medvidović**, Kenneth Meyer, Steven Meyers, Gustavo Perez, Kirk Reinholtz, Roshanak Roshandel, and Nicolas Rouquette. Using Testbeds to Accelerate Technology Maturity and Transition: The SCRover Experience. In Proceedings of the ACM-IEEE 2004 International Symposium on Empirical Software Engineering (ISESE 2004), Redondo Beach, CA, August 2004.

**C127** Roshanak Roshandel, Bradley Schmerl, **Nenad Medvidović**, David Garlan, and Dehua Zhang. Understanding Tradeoffs among Different Architectural Modeling Approaches. In Proceedings of the 4th Working IEEE/IFIP Conference on Software Architecture (WICSA-4), Oslo, Norway, June 2004.

**C128** Roshanak Roshandel and **Nenad Medvidović**. Toward Architecture-Based Reliability Estimation. In Proceedings of Twin Workshops on Architecting Dependable Systems (WADS 2004), Edinburgh, UK, May 25, 2004 and Florence, Italy, June 2004.

**C129** Marija Mikic-Rakic, Sam Malek, Nels Beckman, and **Nenad Medvidović**. Improving Availability of Distributed Event-Based Systems via Run-Time Monitoring and Analysis. In Proceedings of Twin Workshops on Architecting Dependable Systems (WADS 2004), Edinburgh, UK, May 25, 2004 and Florence, Italy, June 2004.

**C130** Nikunj Mehta, Ramakrishna Soma, and **Nenad Medvidović**. Style-Based Software Architectural Compositions as Domain-Specific Models. In Proceedings of the Workshop on Directions in Software Engineering Environments (WoDiSEE 2004), Edinburgh, UK, May 2004.

**C131** Marija Mikic-Rakic, Sam Malek, Nels Beckman, and **Nenad Medvidović**. A Tailorable Environment for Assessing the Quality of Deployment Architectures in Highly Distributed Settings. In Proceedings of the 2nd International Working Conference on Component Deployment (CD 2004), Edinburgh, UK, May 2004.

**C132** Marija Mikic-Rakic and **Nenad Medvidović**. Software Architectural Support for Disconnected Operation in Highly Distributed Environments. In Proceedings of the 7th International Symposium on Component Based Software Engineering (CBSE-7), Edinburgh, UK, May 2004.

**C133** Marija Mikic-Rakic and **Nenad Medvidović**. Support for Disconnected Operation via Architectural Self-Reconfiguration. In Proceedings of the First International Conference on Autonomic Computing (ICAC-04), New York, NY, May 2004.

**C134** **Nenad Medvidović**, Sam Malek, and Marija Mikic-Rakic. Software Architectures and Embedded Systems. In Proceedings of the Monterey Workshop on Software Engineering for Embedded Systems (SEES 2003), Chicago, IL, September 2003.

**C135** Andre van der Hoek, Ebru Dincel, and **Nenad Medvidović**. Using Service Utilization Metrics to Assess the Structure of Product Line Architectures. In Proceedings of the 9th International Software Metrics Symposium, Sydney, Australia, September 2003.

**C136** Nikunj R. Mehta and **Nenad Medvidović**. Composing Architectural Styles from Architectural Primitives. In Proceedings of the Joint 9th European Software Engineering Conference and 11th ACM Symposium on the Foundations of Software Engineering (ESEC/ FSE 2003), Helsinki, Finland, September 2003.

**C137** Roshanak Roshandel and **Nenad Medvidović**. Modeling Multiple Aspects of Software Components. In Proceedings of the Workshop on Specification and Verification of Component-Based Systems, Helsinki, Finland, September 2003.

**C138** Marija Mikic-Rakic and **Nenad Medvidović**. Adaptable Architectural Middleware for Programming-in-the-Small-and-Many. In Proceedings of the ACM/IFIP/USENIX International Middleware Conference (Middleware'03), Rio de Janeiro, Brazil, June 2003.

**C139** Marija Mikic-Rakic and **Nenad Medvidović**. A Connector-Aware Middleware for Distributed Deployment and Mobility. In Proceedings of the First International Workshop on Mobile Computing Middleware, Providence, RI, May 2003.

**C140** **Nenad Medvidović**, Alexander Egyed, and Paul Gruenbacher. Stemming Architectural Erosion by Coupling Architectural Discovery and Recovery. In Proceedings of the Second International Software Requirements to Architectures Workshop, Portland, OR, May 2003.

**C141** Marija Mikic-Rakic and **Nenad Medvidović**. Toward a Framework for Classifying Disconnected Operation Techniques. In Proceedings of the Second International Workshop on Software Architectures for Dependable Systems, Portland, OR, May 2003.

**C142** Nikunj Mehta and **Nenad Medvidović**. Understanding Software Connector Compatibilities Using A Connector Taxonomy. In Proceedings of the First Workshop on Software Design and Architecture (SoDA'02), Bangalore, India, December 2002.

**C143** Marija Mikic-Rakic, Nikunj Mehta, and **Nenad Medvidović**. Architectural Style Requirements for Self-Healing Systems. In Proceedings of the First International Workshop on Self-Healing Systems (WOSS'02), Charleston, SC, November 2002.

**C144** **Nenad Medvidović**, Nikunj Mehta, and Marija Mikic-Rakic. A Family of Software Architecture Implementation Frameworks. In Proceedings of the 2002 Working IEEE/IFIP Conference on Software Architectures (WICSA-3), Montreal, Canada, August 2002.

**C145** **Nenad Medvidović**. On the Role of Middleware in Architecture-Based Software Development. In Proceedings of the 14th International Conference on Software Engineering and Knowledge Engineering (SEKE), Ischia, Italy, July 2002.

Fast-tracked for journal publication as one of the best papers of the conference.

**C146** Marija Mikic-Rakic and **Nenad Medvidović**. Architecture-Level Support for Software Component Deployment in Resource Constrained Environments. In Proceedings of the IFIP/ACM Working Conference on Component Deployment, Berlin, Germany, June 2002.

**C147** **Nenad Medvidović** and Marija Mikic-Rakic. Programming-in-the-Many: A Software Engineering Paradigm for the 21st Century. In Proceedings of the Workshop on New Visions for Software Design and Productivity. Nashville, TN, December 2001.

**C148** Roshanak Roshandel and **Nenad Medvidović**. Coupling Static and Dynamic Semantics in an Architecture Description Language. In Proceedings of the Working Conference on Complex and Dynamic Systems Architecture (CDSA), Brisbane, Australia, December 2001.

**C149** Ebru Dincel, **Nenad Medvidović**, and Andre van der Hoek. Measuring Product Line Architectures. In Proceedings of the 4th International Workshop on Product Family Engineering (PFE-4), pages 346-352, Bilbao, Spain, October 2001.

**C150** Andre van der Hoek, Marija Mikic-Rakic, Roshanak Roshandel, and **Nenad Medvidović**. Taming Architectural Evolution. In Proceedings on the Joint 8th European Software Engineering Conference and 9th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001), Vienna, Austria, September 2001.

Fast-tracked for journal publication as one of the best papers of the conference.

**C151** Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidović**. Reconciling Software Requirements and Architectures: The CBSP Approach. In Proceedings of the 5th IEEE International Symposium on Requirements Engineering (RE'01), Toronto, Canada, August 2001.

**C152** Lei Ding and **Nenad Medvidović**. Focus: A Light-Weight, Incremental Approach to Software Architecture Recovery and Evolution. In Proceedings of the 2001 Working IEEE/IFIP Conference on Software Architectures (WICSA-2), Amsterdam, the Netherlands, August 2001.

**C153** **Nenad Medvidović**, Paul Gruenbacher, Alexander Egyed, and Barry W. Boehm. Software Model Connectors: Bridging Models across the Software Lifecycle. In Proceedings of the 13th International Conference on Software Engineering and Knowledge Engineering (SEKE 2001), Buenos Aires, Argentina, June 2001.

Fast-tracked for journal publication as one of the best papers of the conference.

**C154** Marija Rakic and **Nenad Medvidović**. Increasing the Confidence in Off-the-Shelf Components: A Software Connector-Based Approach. In Proceedings of the 2001 Symposium on Software Reusability (SSR 2001), Toronto, Canada, May 2001.

**C155** Alexander Egyed and **Nenad Medvidović**. Consistent Architectural Refinement and Evolution Using the Unified Modeling Language. In Proceedings of the Workshop on Describing Software Architecture with UML, Toronto, Canada, May 2001.

**C156** Alexander Egyed, Paul Gruenbacher, and **Nenad Medvidović**. Refinement and Evolution Issues in Bridging Requirements and Architecture - The CBSP Approach. In Proceedings of the First International Software Requirements to Architectures Workshop (STRAW 2001), Toronto, Canada, May 2001.

**C157** Marija Rakic and **Nenad Medvidović**. Runtime Support for Architecture-Level Configuration Management. In Proceedings of the Tenth International Workshop on Software Configuration Management (SCM-10), Toronto, Canada, May 2001.

**C158** **Nenad Medvidović** and Marija Rakic. Exploiting Software Architecture Implementation Infrastructure in Facilitating Component Mobility. In Proceedings of the Workshop on Software Engineering and Mobility, Toronto, Canada, May 2001.

**C159** Nicolas Rouquette, **Nenad Medvidović**, and David Garlan. Dependable Autonomous Systems = knowing well what to do + knowing how to do it well. In Proceedings of the NASA High Dependability Computing Consortium Workshop, NASA AMES, Moffet Field, CA, January 2001.

**C160** Rohit Khare, Michael Guntersdorfer, Peyman Oreizy, **Nenad Medvidović**, Richard N. Taylor. xADL: Enabling Architecture-Centric Tool Integration With XML. In Proceedings of the 34th Hawaii International Conference on System Sciences (HICSS-34), Maui, Hawaii, January 2001.

**C161** Nikunj R. Mehta, **Nenad Medvidović**, and Sandeep Phadke. Towards a Taxonomy of Software Connectors. In Proceedings of the 22nd International Conference on Software Engineering (ICSE 2000), Limerick, Ireland, June 2000.

**C162** Paul Gruenbacher, Alexander Egyed, and **Nenad Medvidović**. Dimensions of Concerns in Requirements Negotiation and Architecture Modeling. In Proceedings of the Workshop on Multi-Dimensional Separation of Concerns in Software Engineering, Limerick, Ireland, June 2000.

**C163** **Nenad Medvidović**, Rose F. Gamble, and David S. Rosenblum. Towards Software Multioperability: Bridging Heterogeneous Software Interoperability Platforms. In Proceedings of the Fourth International Software Architecture Workshop (ISAW-4), Limerick, Ireland, June 2000.

**C164** Alexander Egyed and **Nenad Medvidović**. A Formal Approach to Heterogeneous Software Modeling. In Proceedings of the 2000 Conference on the Fundamental Approaches to Software Engineering (FASE 2000), Berlin, Germany, March-April 2000.

**C165** Alexander Egyed, Nikunj R. Mehta, and **Nenad Medvidović**. Software Connectors and Refinement in Family Architectures. In Proceedings of the Third International Workshop on Software Architectures for Product Families (IW-SAPF3), Las Palmas de Gran Canaria, Spain, March 2000.

**C166** Alexander Egyed and **Nenad Medvidović**. Extending Architectural Representation in UML with View Integration. In Proceedings of the 2nd International Conference on The Unified Modeling Language (UML'99), Fort Collins, CO, October 1999.

**C167** Marwan Abi-Antoun and **Nenad Medvidović**. Enabling the Refinement of a Software Architecture into a Design. In Proceedings of the 2nd International Conference on The Unified Modeling Language (UML'99), Fort Collins, CO, October 1999.

**C168** **Nenad Medvidović**, Alexander Egyed, and David S. Rosenblum. Round-Trip Software Engineering Using UML: From Architecture to Design and Back. In Proceedings of the Second International Workshop on Object-Oriented Reengineering (WOOR'99), Toulouse, France, September 1999.

**C169** Eric M. Dashofy, **Nenad Medvidović**, and Richard N. Taylor. Using Off-the-Shelf Middleware to Implement Connectors in Distributed Software Architectures. In Proceedings of the 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

**C170** **Nenad Medvidović**, David S. Rosenblum, and Richard N. Taylor. A Language and Environment for Architecture-Based Software Development and Evolution. In Proceedings of the 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

Finalist for the ICSE'99 Most Influential Paper Award

**C171** **Nenad Medvidović** and David S. Rosenblum. Assessing the Suitability of a Standard Design Method for Modeling Software Architectures. In Proceedings of the First Working IFIP Conference on Software Architecture (WICSA-1), San Antonio, TX, February 1999.

**C172** **Nenad Medvidović** and Richard N. Taylor. Separating Fact from Fiction in Software Architecture. In Proceedings of the Third International Software Architecture Workshop (ISAW-3), Orlando, FL, November 1998.

**C173** **Nenad Medvidović**, Eric M. Dashofy, and Richard N. Taylor. Employing Off-the-Shelf Connector Technologies in C2-Style Architectures. In Proceedings of the California Software Symposium (CSS'98), Irvine, CA, October 1998.

**C174** Jason E. Robbins, **Nenad Medvidović**, David F. Redmiles, and David S. Rosenblum. Integrating Architecture Description Languages with a Standard Design Method. In Proceedings of the 20th International Conference on Software Engineering (ICSE'98), Kyoto, Japan, April 1998.

**C175** Peyman Oreizy, **Nenad Medvidović**, and Richard N. Taylor. Architecture-Based Runtime Software Evolution. In Proceedings of the 20th International Conference on Software Engineering (ICSE'98), Kyoto, Japan, April 1998.

Winner of the ICSE'98 Most Influential Paper Award, awarded at ICSE 2008

**C176** **Nenad Medvidović**, Richard N. Taylor, and David S. Rosenblum. An Architecture-Based Approach to Software Evolution. In Proceedings of the International Workshop on the Principles of Software Evolution (IWPSE-1), Kyoto, Japan, 1998.

**C177** Peyman Oreizy, **Nenad Medvidović**, Richard N. Taylor, and David S. Rosenblum. Software Architecture and Component Technologies: Bridging the Gap. In Proceedings of the Workshop on Compositional Software Architectures, Monterey, CA, January 1998.

**C178** **Nenad Medvidović** and David S. Rosenblum. Domains of Concern in Software Architectures and Architecture Description Languages. In Proceedings of the USENIX Conference on Domain-Specific Languages (DSL'97), Santa Barbara, CA, October 1997.

**C179** **Nenad Medvidović** and Richard N. Taylor. A Framework for Classifying and Comparing Architecture Description Languages. In Joint proceedings of the Sixth European Software Engineering Conference together and Fifth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC-FSE'97), Zurich, Switzerland, September 1997.

**C180** **Nenad Medvidović**, Peyman Oreizy, and Richard N. Taylor. Reuse of Off-the-Shelf Components in C2-Style Architectures. In Proceedings of the 1997 Symposium on Software Reusability (SSR'97), Boston, MA, May 1997. Also in Proceedings of the 1997 International Conference on Software Engineering (ICSE'97), Boston, MA, May 1997.

**C181** **Nenad Medvidović** and Richard N. Taylor. Reusing Off-the-Shelf Components to Develop a Family of Applications in the C2 Architectural Style. In Proceedings of the First International Workshop on Software Architectures for Product Families (IW-SAPF-1), Las Navas del Marques, Avila, Spain, November 1996.

**C182** **Nenad Medvidović**, Peyman Oreizy, Jason E. Robbins, and Richard N. Taylor. Using Object-Oriented Typing to Support Architectural Design in the C2 Style. In Proceedings of the Fourth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE4),San Francisco, CA, October 1996.

**C183** **Nenad Medvidović**. ADLs and Dynamic Architecture Changes. In Alexander L. Wolf, ed., Proceedings of the Second International Software Architecture Workshop (ISAW-2), San Francisco, CA, October 1996.

**C184** **Nenad Medvidović**, Richard N. Taylor, and E. James Whitehead, Jr. Formal Modeling of Software Architectures at Multiple Levels of Abstraction. In Proceedings of the California Software Symposium 1996, Los Angeles, CA, April 1996.

**C185** Richard N. Taylor, **Nenad Medvidović**, Kenneth M. Anderson, E. James Whitehead Jr. and Jason E. Robbins. A Component- and Message-Based Architectural Style for GUI Software. In Proceedings of the Seventeenth International Conference on Software Engineering (ICSE17),Seattle, WA, April 1995.

Fast-tracked journal publication as one of the best papers of the conference Finalist for the ICSE'95 Most Influential Paper Award

**C186** E. James Whitehead, Jr., Jason E. Robbins, **Nenad Medvidović**, and Richard N. Taylor. Software Architecture: Foundation of a Software Component Marketplace. In Proceedings of the First International Workshop on Architectures for Software Systems (ISAW-1), Seattle, WA, April 1995.

## Refereed Book Chapters

**B1** **Nenad Medvidović** and Alessandro Orso. Software Analytics Under the Lamppost (or What Star Trek Teaches Us About the Importance of Asking the Right Questions). In T. Menzies, L. Williams, and T Zimmermann, eds., *Perspectives on Data Science for Software Engineering*, Morgan Kaufmann, July 2016.

**B2** Chris A. Mattmann, Daniel J. Crichton, Andrew F. Hart, Cameron Goodale, J. Steven Hughes, Sean Kelly, Luca Cinquini, Thomas H. Painter, Joseph Lazio, Duane Waliser, **Nenad Medvidović**, Jinwon Kim, and Peter Lean. Architecting Data-Intensive Systems. In B. Furht and A. Escalante, eds., *Handbook of Data Intensive Computing*, Springer Verlag, 2011.

**B3** Ivo Krka, George Edwards, Leslie Cheung, Leana Golubchik, and **Nenad Medvidović**. A Comprehensive Exploration of Challenges in Architecture-Based Reliability Estimation. In R. de Lemos, J.-C. Fabre, C. Gacek, F. Gadducci, and M. ter Beek, eds., *Architecting Dependable Systems VI*, Springer Verlag, December 2009.

**B4** Sam Malek, Nels Beckman, Marija Mikic-Rakic, and **Nenad Medvidović**. A Framework for Ensuring and Improving Dependability in Highly Distributed Systems. In R. de Lemos, et al., eds., *Architecting Dependable Systems III*, Springer Verlag, October 2005.

**B5** Paris Avgeriou, Nicolas Guelfi, and **Nenad Medvidović**. Software Architecture Description and UML. In N. J. Nunes, B. Selic, A. Rodrigues da Silva, eds., *UML Modeling Languages and Applications*, LNCS 3297, Springer Verlag, February 2005.

**B6** Roshanak Roshandel and **Nenad Medvidović**. Multi-View Software Component Modeling for Dependability. In R. de Lemos, C. Gacek, and A. Romanowski, eds., *Architecting Dependable Systems II*, Lecture Notes in Computer Science 3069, Springer Verlag, June 2004.

**B7** **Nenad Medvidović** and Nikunj Mehta. Java Beans and Software Architecture. In Hossein Bidgoli, ed., *The Internet Encyclopedia*, John Wiley & Sons, Inc., vol. 2, December 2003.

**B8** **Nenad Medvidović**, Marija Mikic-Rakic, and Nikunj Mehta. Improving Dependability of Component-Based Systems via Multi-Versioning Connectors. In R. de Lemos, et al., eds., *Architecting Dependable Systems*, Lecture Notes in Computer Science (LNCS 2677), Springer Verlag, August 2003.

## Invited, Weakly Refereed, and Non-Refereed Publications

**I1** **Nenad Medvidović**. Software Engineering Research Trends 1994-2024: Stepping Beyond the Lamppost. *IEEE Transactions on Software Engineering*, vol. 51, no. 3 (March 2025).

**I2** **Nenad Medvidović**, Richard N. Taylor, and Eric M. Dashofy. Software Architecture Description Revisited. *IEEE Transactions on Software Engineering*, vol. 51, no. 3 (March 2025).

**I3** Joshua Garcia, Mehdi Mirakhorli, Lu Xiao, Sam Malek, Rick Kazman, Yuanfang Cai, and **Nenad Medvidović**. SAIN: A Community-Wide Software Architecture Infrastructure. In Proceedings of the 45th IEEE/ACM International Conference on Software Engineering (ICSE 2023), Technical Briefing Track, Melbourne, Australia, May 2023.

**I4** Joshua Garcia, Mehdi Mirakhorli, Lu Xiao, Sam Malek, Rick Kazman, Yuanfang Cai, and **Nenad Medvidović**. SAIN: A Community-Wide Software Architecture Infrastructure. In Proceedings of the 45th IEEE/ACM International Conference on Software Engineering (ICSE 2023), Technical Briefing Track, Melbourne, Australia, May 2023.

**I5** **Nenad Medvidović**. Pains and Gains of Peer Reviewing in Software Engineering: A Journal-Centric Perspective. ACM SIGSOFT Software Engineering Notes, vol. 46, no. 3, July 2021.

**I6** Yixue Zhao and **Nenad Medvidović**. Mobile-App Analysis and Instrumentation Techniques Reimagined with DECREE. In Recognizing and Rewarding Open Science in Software Engineering (ROSE Festival), held at ICSE 2019, Montreal, Canada, May 2019.

**I7** **Nenad Medvidović**. Editorial: State of the Journal. IEEE Transactions on Software Engineering, vol. 45, no. 1, January 2019.

**I8** Hakan Erdogmus, **Nenad Medvidović**, and Frances Paulisch. 50 Years of Software Engineering. IEEE Software, vol. 25, no. 6, November/December 2018.

**I9** Arman Shahbazian, Yuriy Brun, and **Nenad Medvidović**. eQual: Search-Based Software Design Optimization Poster paper. In Proceedings of the 40th International Conference on Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018.

**I10** Barbora Buhnova, Antonio Vallecillo, **Nenad Medvidović**, Magnus Larsson, Javier López, Jorge Cuellar. Guest editorial to the Special Issue on Component-Based Software Engineering and Software Architecture. Science of Computer Programming, vol. 90, part B, September 2014.

**I11** **Nenad Medvidović** and Chris A. Mattmann. Leveraging Software Architecture to Reconcile the Promise and Reality of Grid Computing. Infosys Technology Roundtable, September 2009. http://www.infosys.com/newsletter/technology-roundtable/web.htm

**I12** Peyman Oreizy, **Nenad Medvidović**, and Richard N. Taylor. Runtime Software Adaptation: Framework, Approaches, and Styles. In Proceedings of the 30th International Conference on Software Engineering (ICSE 2008), follow-on to the Most Influential Paper of ICSE 1998, Leipzig, Germany, May 2008.

**I13** **Nenad Medvidović**. Foreword to Rogerio De Lemos, Cristina Gacek, and Alexander Romanovsky, eds., Architecting Dependable Systems, LNCS 4615, Springer Verlag, 2007.

**I14** Leslie Cheung, Leana Golubchik, **Nenad Medvidović**, and Gaurav Sukhatme. Identifying and Addressing Uncertainty in Architecture-Level Software Reliability Modeling. In Proceedings of the NSF Next Generation Software Program (NSFNGS) Workshop, Long Beach, CA, February 2007.

**I15** **Nenad Medvidović**. Moving Architectural Description from Under the Technology Lamppost. In Proceedings of the 32nd EUROMICRO Conference on Software Engineering and Advanced Applications, Dubrovnik, Croatia, August 2006.

**I13** David Woollard and **Nenad Medvidović**. High Performance Software Architectures: A Connector-Oriented Approach. In Proceedings of the Institute for Software Research Graduate Research Symposium, Irvine, CA, June 2006.

**I16** Somo Banerjee, Leslie Cheung, Leana Golubchik, **Nenad Medvidović**, Roshanak Roshandel, and Gaurav Sukhatme. Engineering Reliability into Hybrid Systems via Rich Design Models: Recent Results and Current Directions. In Proceedings of the NSF Next Generation Software Program (NSFNGS) Workshop, Rhodes Island, Greece, April 2006.

**I17** **Nenad Medvidović**. Software Architectures and Embedded Systems: A Match Made in Heaven? IEEE Software, September-October 2005.

**I18** **Nenad Medvidović** and Vladimir Jakobac. A Focused Approach to Architectural Recovery. In Proceedings of the 7th Ground System Architectures Workshop (GSAW 2003), Manhattan Beach, CA, March 2003.

**I19** **Nenad Medvidović**. Coupling Architectural Discovery and Recovery to Stem Architectural Erosion. Invited paper for the Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM), Dagstuhl, Germany, February 2003.

**I20** Andre van der Hoek, Ebru Dincel, and **Nenad Medvidović**. Using Service Utilization Metrics to Assess and Improve Product Line Architectures. In Proceedings of the 6th Ground System Architectures Workshop (GSAW 2002), El Segundo, CA, March 2002.

**I21** Roshanak Roshandel and **Nenad Medvidović**. Static and Dynamic Modeling of Software Architecture. In Proceedings of the 6th Ground System Architectures Workshop (GSAW 2002), El Segundo, CA, March 2002.

**I22** Nikunj R. Mehta, **Nenad Medvidović**, and Sandeep Phadke. Rich Software Interconnections. In Proceedings of the Fourth Ground System Architectures Workshop (GSAW 2000), El Segundo, CA, February 2000.

**I23** **Nenad Medvidović**. Modeling Software Architectures in UML. Invited paper for the Workshop on Software Architectures and the Unified Modeling Language, Rational Software Corporation, Denver, CO, April 1999.

**I24** **Nenad Medvidović**. An Approach to Architecture-Based Software Integration. In Proceedings of the Ground System Architectures Workshop (GSAW 99), El Segundo, CA, March 1999.

**I25** Richard N. Taylor, **Nenad Medvidović**, and Peyman Oreizy. Architectural Implications of Common Operator Interfaces. In Proceedings of the Ground System Architectures Workshop (GSAW 98), El Segundo, CA, February 1998.

**I26** Jeffrey J. Blevins, Deborah L. Dubrow, Nancy Eickelmann, Rebecca Grinter, **Nenad Medvidović**, Ronald Reimer, Jonathan Shaw, Clark S. Turner, and Gary Wong. Report on the Software Project Management Technical Research Review. In Proceedings of the California Software Symposium (CSS'95), Irvine, CA, March 1995.

## Non-Refereed Technical Reports

**N1** Youn Kyu Lee, Ruhollah Shemirani, Jae young Bang, Arman Shahbazian, Gholamreza Safi, and **Nenad Medvidović**. SEALANT: Preventing Inter-Application Attacks in Android. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2016-601, March 2016.

**N2** Duc M. Le, Pooyan Behnamghader, Joshua Garcia, Daniel Link, Arman Shahbazian, and **Nenad Medvidović**. An Empirical Study of Architectural Change in Open-Source Software Systems. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2014-509, December 2014.

**N3** Ivo Krka, Yuriy Brun, and **Nenad Medvidović**. Automatically Mining Specifications from Invocation Traces and Method Invariant. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2013-509, September 2013.

**N4** George Edwards and **Nenad Medvidović**. Model Interpreter Frameworks. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2009-514, July 2009.

**N5** Yuriy Brun, George Edwards, Jae Young Bang, and **Nenad Medvidović**, Online Reliability Improvement via Smart Redundancy in Systems with Faulty and Untrusted Participants. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2009- 510, May 2009.

**N6** Yuriy Brun and **Nenad Medvidović**. Preserving Privacy in Distributed Computation via Self-Assembly. USC Center for Systems and Software Engineering Technical Report, USC- CSSE-2008-819, September 2008.

**N7** Yuriy Brun and **Nenad Medvidović**. Discreetly Distributing Computation via Self-Assembly. USC Center for Systems and Software Engineering Technical Report, USC-CSSE-2007-714, April 2007.

**N8** David Woollard, Chris A. Mattmann, and **Nenad Medvidović**. Injecting Software Architectural Constraints into Legacy Scientific Applications. USC Center for Software Engineering Technical Report, USC-CSE-2007-701, January 2007.

**N9** Chiyoung Seo, Sam Malek, and **Nenad Medvidović**. An Energy Consumption Framework for Distributed Java-Based Software Systems. Technical Report USC-CSE-2006-604, Center for Software Engineering, University of Southern California, December 2006.

**N10** Sam Malek, Marija Mikic-Rakic, and **Nenad Medvidović**. A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems. Technical Report USC-CSE-2004-506, USC Center for Software Engineering, March 2004.

**N11** Nikunj Mehta and **Nenad Medvidović**. Checking Style Conformance of Software Architectural Compositions. Technical Report USC-CSE-2004-504, USC Center for Software Engineering, February 2004.

**N12** Nikunj Mehta and **Nenad Medvidović**. Composition of Style-Based Software Architectures from Architectural Primitives. Technical Report USC-CSE-2004-503, USC Center for Software Engineering, February 2004.

**N13** Nikunj Mehta and **Nenad Medvidović**. Toward Composition Of Style-Conformant Software Architectures. Technical Report USC-CSE-2004-500, USC Center for Software Engineering, January 2004.

**N14** Marija Mikic-Rakic, Sam Malek, and **Nenad Medvidović**. Improving Availability in Large, Distributed, Component-Based Systems via Redeployment. Technical Report USC-CSE- 2003-515, USC Center for Software Engineering, December 2003.

**N15** Nikunj Mehta and **Nenad Medvidović**. Concise Composition of Architectural Styles from Architectural Primitives. Technical Report USC-CSE-2003-510, USC Center for Software Engineering, October 2003

**N16** Roshanak Roshandel and **Nenad Medvidović**. Relating Software Component Models. Technical Report USC-CSE-2003-504, USC Center for Software Engineering, March 2003.

**N17** Nikunj R. Mehta and **Nenad Medvidović**. Distilling Software Architecture Primitives from Architectural Styles. Technical Report USC-CSE-2002-509, USC Center for Software Engineering, September 2002.

**N18** Marija Mikic-Rakic and **Nenad Medvidović**. Software Architecture-Based Development Support for Ubiquitous Systems. Technical Report USC-CSE-2002-508, USC Center for Software Engineering, September 2002.

**N19** Ebru Dincel, **Nenad Medvidović**, and Andre van der Hoek. An Example Product Line Architecture: The Library System. Technical Report USC-CSE-2002-507, USC Center for Software Engineering, September 2002.

**N20** Ebru Dincel, **Nenad Medvidović**, and Andre van der Hoek. An Example Product Line Architecture: Troops Deployment System. Technical Report USC-CSE-2002-506, USC Center for Software Engineering, September 2002.

**N21** Ebru Dincel, **Nenad Medvidović**, and Andre van der Hoek. An Example Product Line Architecture: Digital Library Projects. Technical Report USC-CSE-2002-505, USC Center for Software Engineering, September 2002.

**N22** Marija Mikic-Rakic, **Nenad Medvidović**, and Vladimir Jakobac. Middleware for Software Architecture-Based Development in Distributed, Mobile, and Resource-Constrained Environments. Technical Report USC-CSE-2002-501, USC Center for Software Engineering, February 2002.

**N23** **Nenad Medvidović** and Marija Mikic-Rakic. Architectural Support for Programming-in-the-Many. Technical Report USC-CSE-2001-506, USC Center for Software Engineering, September 2001.

**N24** Ebru Dincel, Roshanak Roshandel, and **Nenad Medvidović**. ADL-Independent Architectural Representation in XML. Technical Report USC-CSE-00-519, USC Center for Software Engineering, May 2000.

**N25** **Nenad Medvidović**. On the Role of Middleware in Architecture-Based Software Development. Available as Technical Report USC-CSE-00-517, USC Center for Software Engineering, April 2000.

**N26** **Nenad Medvidović**, Peyman Oreizy, Richard N. Taylor, Rohit Khare, and Michael Guntersdorfer. An Architecture-Centered Approach to Software Environment Integration. Technical Report USC-CSE-00-516, USC Center for Software Engineering, March 2000.

**N27** Nikunj R. Mehta, **Nenad Medvidović**, and Marija Rakic. Why Consider Implementation-Level Decisions in Software Architectures? Technical Report USC-CSE-00-514, USC Center for Software Engineering, February 2000.

**N28** Alexander Egyed, Paul Gruenbacher, and **Nenad Medvidović**. Refinement and Evolution Issues between Requirements and Product Line Architectures. Technical Report USC-CSE- 00-515, USC Center for Software Engineering, February 2000.

**N29** **Nenad Medvidović**, David S. Rosenblum, and Richard N. Taylor. A Type Theory for Software Architectures. Technical Report, UCI-ICS-98-14, Department of Information and Computer Science, University of California, Irvine, April 1998.

**N30** **Nenad Medvidović** and Richard N. Taylor. Reuse of Off-the-Shelf Constraint Solvers in C2-Style Architectures. Technical Report UCI-ICS-96-28, Department of Information and Computer Science, University of California, Irvine, July 1996.

**N31** **Nenad Medvidović**. Formal Definition of the Chiron-2 Software Architectural Style. Technical Report UCI-ICS-95-24, Department of Information and Computer Science, University of California, Irvine, August 1995.

**N32** Jason E. Robbins, E. James Whitehead Jr., **Nenad Medvidović**, and Richard N. Taylor. A Software Architecture Design Environment for Chiron-2 Style Architectures. Arcadia Technical Report UCI-95-01, University of California, Irvine, January 1995.

## 7 Research Support

**G1** National Science Foundation — Software and Hardware Foundations
Sole PI at USC; collaborative proposal with Georgia Institute of Technology and UC Irvine
A General Framework for Automated Test Transfer
Duration: 10/1/21 - 9/30/25
Grant Number: 2105871
Award Amount to USC: *$400,000*

**G2** Department of Homeland Security
Sole PI; subcontract to Rochester Institute of Technology
National Vulnerability Intelligence Platform
Duration: 1/1/23 - 10/1/23
Subcontract Amount: *$493,522*
Google Research
Sole PI
Automatic Program Patching and Synthesis
Duration: 5/1/22 - 12/31/23
Award Amount: *$50,000*

**G3** National Science Foundation — Community Infrastructure Planning
Sole PI at USC; lead institution on collaborative proposal with UC Irvine, Rochester Institute of Technology, University of Hawaii,
Drexel University, and Stevens Institute of Technology
Constructing a Community-Wide Software Architecture Infrastructure
Duration: 9/1/18 - 8/31/23
Grant Number: 1823354
Award Amount to USC: *$684,000*

**G4** National Science Foundation — Software and Hardware Foundations
Sole PI
Rooting Out Data- and Control-Flow Anomalies in Event-Based Systems Duration: 8/15/17 - 7/31/22
Grant Number: 1717963
Award Amount: *$500,000*

**G5** Office of Naval Research
Co-PI
Ensuring Security of Android Software via Tailorable Multi-Layer Customization
Co-PIs: Chao Wang, USC (lead PI)
William GJ Halfond, USC
Duration: 9/1/17 - 8/31/21
Grant Number: N00014-17-1-2896
Award Amount: *$1,082,320*

**G6** Google
Sole PI
Mining Architectural Information to Stem Technical Debt
Duration: 10/1/19 - 4/30/21
Award Amount: *$42,500*

**G7** National Science Foundation — Community Infrastructure Planning
Sole PI
Planning and Prototyping a Community-Wide Software Architecture Instrument
Duration: 8/1/16 - 7/31/19
Grant Number: 1629977
Award Amount: *$70,000*

**G8** Huawei Technologies
Sole PI
Advanced Support for Software Architecture Recovery and Maintenance
Duration: 2/15/18 - 2/14/19
Award Amount: *$200,000*

**G9** National Science Foundation — Software and Hardware Foundations
Sole PI
Techniques for Pruning Problem and Solution Spaces to Enable Methodical Exploration of Software Development Alternatives
Duration: 6/1/16 - 5/31/19
Grant Number: 1618231
Award Amount: *$500,000*

**G10** Huawei Technologies
Sole PI
Intelligent Support for Architecture-Based Forward- and Reverse-Engineering
Duration: 12/1/16 - 11/30/17
Award Amount: *$145,000*

**G11** Northrop Grumman
Sole PI
Parametric and Simulation Models Research and Calibration
Duration: 8/16/2014 - 5/15/2017
Award Amount: *$30,000*

**G12** National Science Foundation — Software and Hardware Foundations
Co-PI
Helping Developers Improve the Energy Consumption of Smartphone Applications
Co-PIs: William GJ Halfornd, USC (lead PI)
Ramesh Govindan, USC
Duration: 7/1/13 - 6/30/17
Grant Number: 1321141
Award Amount: *$500,000*

**G13** National Science Foundation — Software and Hardware Foundations
Sole PI
From Scenario-Based Software Requirements to Component-Level Behavior
Duration: 9/01/12 - 8/31/16
Grant Number: 1218115
Award Amount: *$500,000*

**G14** National Science Foundation — Software and Hardware Foundations
Sole PI
Automating the Detection of Architectural Degradation in Software Systems
Duration: 8/01/11 - 7/31/15
Grant Number: 1117593
Award Amount: *$300,000*

**G15** Defense Advanced Research Projects Agency (DARPA)
Lead PI
Testing Privacy-Preserving Distributed Systems on SAFERlab
Co-PIs: Yuriy Brun, University of Massachusetts
Sam Malek, George Mason University
Contract Number: N66001-11-C-4021
Duration: 11/1/13 - 2/28/15
Award Amount: *$300,000*

**G16** Intelligence Advanced Research Projects Activity (IARPA)
Lead PI
OpTile: Private Computing in the Open
Co-PIs: Yuriy Brun, University of Massachusetts
Sam Malek, George Mason University
Contract Number: N66001-13-1-2006
Duration: 9/27/13 - 9/26/14
Award Amount: *$300,000*

**G17** Northrop Grumman
Sole PI
Architectural Transformation of Legacy Systems to Future Systems
Duration: 1/1/14 - 5/15/14
Award Amount: *$30,000*

**G18** Northrop Grumman
Sole PI
Domain-Specific Modeling and Simulation in Collaborative Software Development Projects
Duration: 8/16/13 - 5/15/14
Award Amount: *$10,000*

**G19** Infosys Technologies Ltd.
Sole PI
CoDesign - A Collaborative Software Design Environment
Duration: 10/1/11 - 8/31/14
Award Amount: *$200,000*

**G20** Northrop Grumman
Sole PI
Domain-Specific Modeling and Simulation
Duration: 8/16/12 - 5/15/13
Award Amount: *$10,000*

**G21** Northrop Grumman
Sole PI
Exploring Design Alternatives in Software-Intensive Projects
Duration: 8/16/11 - 5/15/12
Award Amount: *$10,000*

**G22** National Science Foundation — Software and Hardware Foundations
Lead PI
Early Reliability Modeling and Prediction of Embedded Software Systems
Duration: 3/01/10 - 8/31/12
Co-PIs: Leana Golubchik, USC
Gaurav Sukhatme, USC
Grant Number: 0905665
Award Amount: *$210,000*

**G23** Stevens Institute of Technology — Systems Engineering Research Center
Sole PI
Requirements for Net-Centric Enterprises (RT-25)
Duration: 10/1/10 - 12/31/11
Award Amount: *$270,298*

**G24** National Science Foundation — Software for Real-World Systems
Sole PI at USC; collaborative proposal with UC Irvine
Recombinant Services - Recasting the Web for Continuously Evolving Systems
Duration: 9/15/08 - 8/31/11
Grant Number: 0820170
Award Amount to USC: *$193,670*

**G25** Office of Secretary of Defense — UAST
Sole PI; subcontract to MIT
A Prescriptive and Adaptive Testing Framework (PATFrame) for Unmanned and Autonomous Systems of Systems
Duration: 10/1/09 - 9/30/10
Subcontract Amount: *$128,649*

**G26** Infosys Technologies Ltd.
Sole PI
An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems
Duration: 9/1/08 - 12/31/10
Grant Number: 0208
Award Amount: *$200,000*

**G27** Jet Propulsion Laboratory — SURP
Co-PI
Reconfigurable Software for Recovering from Component Failures in Long Duration Missions
Co-PIs: Gaurav Sukhatme, USC (co-PI)
Duration: 9/1/09 - 5/31/10
Award Amount: *$75,000*

**G28** National Institutes of Health Co-PI
Mobile Device Biomonitoring to Prevent and Treat Obesity in Underserved Minority Youth
Duration: 8/1/08 - 7/31/10
Co-PIs: Donna Spruijt-Metz, USC (lead PI)
Murali Annavaram, USC
Urbashi Mitra, USC
Shrikanth Narayanan, USC
Gaurav Sukhatme, USC
Award Amount: *$948,348*

**G29** Robert Bosch Research and Technology Centers
Sole PI
Software Architectural Support for Embedded Systems
Duration: 3/1/06 - 5/31/09
Award Amount: *$470,000*

**G30** National Science Foundation — Information Technology Research
Sole PI
Software Architectural Support for Programming-in-the-Small-and-Many
Duration: 9/1/03 - 8/31/09
Grant Number: 0312780
Award Amount: *$448,000*

**G31** National Science Foundation — Computer Systems Research
Lead PI
Engineering Reliability into Hybrid Systems: A Compositional and Hierarchical Approach
Duration: 8/01/07 - 7/31/09
Co-PIs: Leana Golubchik, USC
Grant Number: 0720612
Award Amount: *$40,000*

**G32** U.S. Army
Co-PI
Future Combat Systems Software Definition, Design, Development, and Deployment
Duration: 1/1/08 - 12/31/08
Co-PIs: Barry Boehm (lead PI)
Award Amount: *$425,000*

**G33** IBM Real-Time Innovation
Sole PI
Prism-RT: A Java-Based Architectural Middleware Platform for Real-Time Embedded Systems
Duration: 12/1/2007 - 12/31/08
Award Amount: *$20,000*

**G34** National Science Foundation — Science of Design
Co-PI
Value-Based Science of Design
Duration: 12/15/04 - 11/30/08
Co-PIs: Barry W. Boehm, USC (lead PI)
Grant Number: 0438931
Award Amount: *$400,000*

**G35** National Science Foundation — Computer Systems Research
Lead PI
Engineering Reliability Into Hybrid Systems via Rich Design Models
Duration: 7/1/05 - 6/30/07
Co-PIs: Leana Golubchik, USC
Grant Number: 0509539
Award Amount: *$100,000*

**G36** National Science Foundation — Federal Cyber Service: Scholarship for Service
Co-PI
An Innovative Information Assurance and Security Technology Capacity Development and Outreach Program
Duration: 8/1/04 - 7/31/07
Co-PIs: Leana Golubchik, USC (lead PI)
B. Clifford Neuman, USC
Gerard Medioni, USC
Grant Number: 0417274
Award Amount: *$300,000*

**G37** Okawa Research Foundation
Sole PI
The GridLite DREAM: Bringing the Grid to Your Pocket
Duration: 10/1/05 - 9/30/06
Award Amount: *$10,000*

**G38** Boeing
Sole PI
C4ISR SADD Development Assistance (FCS)
Duration: 10/1/05 - 3/31/06
Award Amount: *$100,000*

**G39** Jet Propulsion Laboratory Sole PI
Software Connectors for Data Distribution
Duration: 7/1/05 - 8/31/05
Award Amount: *$18,144*

**G40** NASA High-Dependability Computing Consortium
Co-PI
Empirical Research on High Dependability Computing
Duration: 4/1/01 - 3/31/06
Co-PIs: Barry W. Boehm, USC (lead PI)
Award Amount: *$2,500,000*

**G41** National Science Foundation — CAREER
Sole PI
Architecture-Based Support for Software Application Families
Duration: 7/1/00 - 6/30/05
Grant Number: 9985441
Award Amount: *$241,000*

**G42** Boeing
Sole PI
Software Architecture-Based Development of Product Lines for the Tactical Radio Domain
Duration: 1/1/04 - 12/31/04
Award Amount: *$57,500*

**G43** Jet Propulsion Laboratory
Sole PI
Extensible Architectural Technology for Managing Complex Space Data Systems
Duration: 11/1/03 - 8/31/04
Contract Number: 579951
Award Amount: *$50,000*

**G44** Defense Advanced Research Projects Agency (DARPA)
Lead PI
Dynamic Assembly, Assessment, Assurance, and Adaptation via Heterogeneous Software Connectors
Duration: 7/1/00 - 10/31/03
Co-PIs: Barry W. Boehm, USC
Contract Number: F30602-00-2-0615
Award Amount: *$460,000*

**G45** Jet Propulsion Laboratory
Sole PI
Relating State-Based and Component/Connector-Based Architectural Styles
Duration: 8/1/00 - 8/31/03
Contract Number: 1219801
Award Amount: *$95,672*

**G46** U.S. Army Tank-Automotive and Armaments Command
Sole PI
COTS Components and Connectors
Duration: 9/1/01 - 3/31/03
Contract Number: 1400508
Award Amount: *$68,350*

**G47** Xerox Corporation
Sole PI
Architecting Application Families
Duration: 9/1/00 - 8/31/02
Award Amount: *$60,000*

**G48** Intel Corporation
Lead PI
Embedded Systems Lab: A Teaching and Research Facility
Award Date: July 2001, July 2002
Co-PIs: Gaurav Sukhatme, USC
Award Amount: *$95,000* (in equipment and cash)

**G49** Defense Advanced Research Projects Agency (DARPA)
Sole PI; subcontract to UC Irvine
Architecture-Centric Dynamic Adaptation of Deeply Networked Embedded Systems
Duration: 9/23/99 - 1/22/01
Contract Number: F30602-99-C-0174
Subcontract Amount: *$92,500*

# 8 Patents

07/2022 Latency Minimization in Mobile Applications
U.S. Patent 11,379,551

11/2020 SEALANT: Security for End-users of Android via Light-weight ANalysis Techniques
U.S. Patent 10,827,349

12/2012 Tile Architectural Style for Privacy-Preserved Distributed Computing
U.S. Patent 8,332,457

# 9 Teaching

## University of Southern California

### Courses Developed and Taught

**T1** CSCI 699 — Software Forensics
Ph.D.-level seminar
Spring 2020

**T2** CSCI 578 — Software Architectures
Graduate-level course, a core course for the M.S. specialization in Software Engineering
Spring 1999, 2000, 2001, 2002, 2004, 2005, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2015, 2016, 2017, 2018
Fall 2008, 2009, 2010, 2011, 2012, 2014; 2019, 2020

**T3** CSCI 310 — Software Engineering
Upper-division undergraduate course Spring 2021
Fall 2016, 2017

**T4** CSCI 589 — Software Engineering for Embedded Systems
Graduate-level course
Fall 2001, 2002, 2003, 2004, 2006, 2007, 2015

**T5** CSCI 499 — Modeling Software-Intensive Systems
Upper-division undergraduate / lower-division graduate seminar
Spring 2011

**T6** CSCI 377 — Introduction to Software Engineering
Upper-division undergraduate course
Fall 2004, 2006, 2007, 2008, 2009

**T7** CSCI 599 — Formal Methods in Software Architectures
Graduate seminar
Fall 2000

**T8** CSCI 599 — Current Issues in Software Architectures
Graduate seminar
Fall 1999

### Courses Developed

**T9** CSCI 568 — Requirements Engineering
Graduate-level course, a core course for the Certificate in Software Architecture

### Courses Taught

**T10** CSCI 591 — Computer Science Research Colloquium
M.S.-level research seminar series
Fall 2023

**T11** CSCI 477 — Design and Construction of Large Software Systems
Upper division undergraduate / lower-division graduate course
Spring 2003

## Other Universities

**T12** Mining Software Repositories for Architectural Knowledge
International Summer School on Software Engineering, Salerno, Italy
Graduate, half-day course
July 2017

**T13** Software Architecture and Robotics
LASER Summer School
Advanced graduate, one-week course
September 2017

**T14** Software Architectures
Universidad Politécnica de Madrid, Spain
Graduate, one-week course, part of European Master of Software Engineering program
March 2011

**T15** Advanced Software Architectures
Politecnico di Milano, Italy
Graduate course
July 2010
Two-week course, part of PoliMi's Ph.D. program

**T16** Software Architecture
University of Buenos Aires, Argentina
Graduate, one-week course
Part of UBA's Winter School
August 2009

**T17** NSEN 6111 — Software Architectures
Walden University, USA
Graduate online course
Co-taught with Richard N. Taylor and Eric Dashofy
Spring 2008

## Industry

**T18** Advanced Topics in Software Architecture
Samsung Electronics Co. Ltd., Suwon, South Korea
2-day professional development course
June 2013

**T19** Software Architecture
Samsung Electronics Co. Ltd., Suwon, South Korea
3-day professional development course
June 2013

**T20** Software Architecture
Infosys Technologies Ltd., Mysore, India
3-week professional development course
December 2009

**T21** Software Architectures
Jet Propulsion Laboratory, Pasadena, CA
10-week professional development course
Spring 2001, 2002; Summer 2001, 2002

## Teaching Assistantships

**T22** ICS 121 — Introduction to Software Engineering
Junior/senior-level undergraduate course (Summer 1994)
University of California, Irvine

**T23** ICS 141 — Programming Languages
Junior/senior-level undergraduate course (Spring 1994)
University of California, Irvine

**T24** ICS 52 — Systematic Software Construction
Sophomore-level undergraduate course (Fall 1993, Winter 1994)
University of California, Irvine

**T25** CSE 460/598 — Software Project Management and Development I
Senior-level undergraduate course (Fall 1992, Spring 1993, Summer 1993)
Arizona State University

# 10 Supervised Students

## Current Doctoral Students - Advisor

- Satyaki Das
  Start date: August 2021
- Syeda Tasnim Fabiha
  Start date: August 2022
- Abid Hassan
  Start date: August 2023
- Jincheng He
  Start date: August 2020
- Tuan Ngo
  Start date: August 2023
- Ghazal Rafiei
  Start date: August 2023

## Doctoral Students - Dissertation Committee Member

### Current

- Omer Faruk Akgul
- Yazeed Alabdulkarim
- Reem Alfayez
- Jade Hackett
- Greg Harris
- Yannan Li
- Sara Mohammadinejad
- Khiem Ngo
- Xin Qin
- Hao Shi
- Di Wu

### Graduated

- Marwan Abi-Antoun, CMU
- Negarsadat Abolhassani
- Mohammad-Mirza Aghatabar
- Abdulmajeed Alameer
- Mohamed Al Said
- Muhammad Ali Amer
- Jesper Andersson, Linkoping University, Sweden
- Pongtip Aroonvatanaporn
- Adi Azar
- Jongmoon Baik

- Sumita Barahmand
- Pooyan Behnamghader
- Jesal Bhuta
- Yue Chen
- Zhihao Chen
- Celia Chen
- Hugo Cheung
- Leslie Cheung
- Paul Chiou
- Kun Young Chung
- Jürgen Cito, University of Zurich
- Eric Dashofy, UC Irvine
- Shirin Ebrahimi-Taghizadeh
- Alexander Egyed
- Ragy Eleish
- Alessio Gambi, University of Lugano, Switzerland
- Jiaping Gui
- Shuai Hao
- Anandi Hira
- I-De Huang
- LiGuo Huang
- Shahdad Irajpour
- Jinwoo Kim
- Hasan Kitapci
- Yoon-Ju Lee
- Ding Li
- In-Young Ko
- Supannika Koolmanojwong
- Alexander Lam
- DeWitt Lattimer
- Joo H. Lee
- Keun Lee
- Qi Li
- Sonal Mahajan
- Ali Malik
- Muhammad Murtaza
- David Naffin
- Vu Nguyen
- Brandon Paulsen
- Luis Pedrosa

- Gustavo Perez
- Monvorath Phongpaibul
- Kan Qi
- Hitesh Sajnani, UC Irvine
- Selva Samuel, Carnegie Mellon University
- Aaron Schram, University of Colorado, Boulder
- Shideh Shahidi
- Doochul Shin
- Chungha Sung
- Giordano Tamburrelli, Politecnico di Milano, Italy
- Thomas Tan
- Shahzad Tiwana
- Marcos Vieira
- Sasha Volokh
- Mian Wan
- Jingbo Wang
- Dan Wu
- Ye Yang
- Jason Yap
- Zhaoxu Zhang

## Masters Students

### Graduated

- Ian Elston
- John Morse
- Marwan Abi-Antoun
- Raghbir Banwait
- Miheer Bhachech
- Ebru Dincel
- Lei Ding
- Luka Dojcilovic
- Brian D'Souza
- Eder Figueroa
- Prakash Gupta
- Sheryl John
- Himanshu Joshi
- Suhrid Karthik
- Armagan Kilic
- Vishal Kudchadkar
- Chenggang Li

- Mehrdad Mahdavi
- Sean McCleese
- Suhas Mehta
- Daye Nam
- Mahindra Pai
- Sandeep Phadke
- Aliasgar Rampurwala
- Tatsuhiko Tomita
- Vinaynathan Viswanathan
- Michael Wakerly
- Dongwoo Won
- David Woollard

### Undergraduate Students

#### Graduated

- Nels Beckman
- Morgan Brown
- Vanessa Carson
- Justin Chen (Columbia University)
- Charles DeBergh
- Kelly Dickson
- Eric Dong
- Joshua Garcia
- Kevin Jing
- Trevor Johns
- Yi (Nick) Kuang
- Jerry Lin
- Jacob Schaider
- Anita Singh
- Markus Snelder
- Paul Wat
- Yifeng Yu

## 11 Formal Presentations

### Keynote Presentations

**P1** *Software Archipelagos as Impediments to Scientific Progress*. Montenegrin Academy of Sciences and Arts, Podgorica, Montenegro, November 2022.

**P2** *Software Archipelagos as Impediments to Scientific Progress*. Central European Conference on Information and Intelligent Systems (CECIIS 2022), Dubrovnik, Croatia, September 2022.

**P3** *Mining Architectural Information to Stem Technical Debt*. International Workshop on Mining Software Repositories for Software Architecture (MSR4SA), held with the European Conference on Software Architecture, online, September 2021.

**P4** *Human Archipelagos Have Been Induced by COVID but Architectural Archipelagos Are All Our Own Doing*. IEEE 18th International Conference on Software Architecture (ICSA 2021), online, March 2021.

**P5** *Stemming Architectural Decay in Software Systems*. Fourth International conference on Tools and Methods of Program Analysis (TMPA-2017), Moscow, Russia, March 2017.

**P6** *Software Decay as a Big-Data Problem Viewed Through the Architectural Lens*. 2016 International Simulation Multi-Conference (AsiaSim / SCS AutumnSim 2016), Beijing, China, October 2016.

**P7** *Viewing Software Decay Through the Architectural Lens*. International Symposium on Software Engineering and Applications (SEA 2015), Marina del Rey, CA, October 2015.

**P8** *What Architecture Can Teach Us About When, Where, and Why Software Systems Decay*. 9th European Conference on Software Architecture (ECSA 2015), Dubrovnik/Cavtat, Croatia, September 2015.

**P9** *Adapting Our View of Software Adaptation: An Architectural Perspective.* 9th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2014), Hyderabad, India, June 2014.

**P10** *PhD Research: What, Where, Why, When, How*. INCOSE/CSER Systems Engineering and Architecting Doctoral Student Network (SEANET), University of Southern California, Los Angeles, CA, March 2014.

**P11** *When, Where, and Why Software Systems Decay and What We Can Do about It*. University of California Irvine (UCI) Institute for Software Research Forum, Irvine, CA, May 2013.

**P12** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. 11th Brazilian Symposium on Software Quality, Fortaleza, Brazil, June 2012.

**P13** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. 5th India Software Engineering Conference (ISEC 2012), Kanpur, India, February 2012.

**P14** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*. International Workshop on Software Architectures and Mobility (SAM 2008), Leipzig, Germany, May 2008.

**P15** *Moving Architectural Description from Under the Technology Lamppost*. Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P16** *Moving Architectural Description from Under the Technology Lamppost*. 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06), Dubrovnik, Croatia, August, 2006.

**P17** *From Dependable Architectures to Dependable Systems*. Workshop on Architecting Dependable Systems (WADS 2004) held in conjunction with the International Conference on Dependable Systems and Networks (DSN 2004), Florence, Italy, June 2004.

## Academic Conference Presentations

**P18** *Software Architecture and COVID: A Marriage of (In)Confenience*. New and Emerging Ideas Panel: Software Architecture in the COVID-19 Reality. IEEE 18th International Conference on Software Architecture (ICSA 2021), online, March 2021.

**P19** *Online Sports Betting Through the Prism of Software Engineering*. Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2020), November 2020.

**P20** *An Architectural Style for Solving Computationally Intensive Problems on Large Networks*. (with Yuriy Brun) 15th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2020), Seoul, South Korea, May 2020.

**P21** *ARCADE: A Workbench for Mining Architectural Information and Identifying Technical Debt*. Workshop on the National Java Repository Project, San Diego, CA, November 2019

**P22** *Mining Architectural Information to Stem Technical Debt*. Southern California Software Engineering Symposium, Irvine, CA, June 2016.

**P23** *Viewing Software Decay Through the Architectural Lens*. 2nd Latin American School on Software Engineering, Porto Alegre, Brazil, July 2016.

**P24** *An End-to-End Domain-Specific Modeling and Analysis Platform*. 8th International Workshop on Modeling in Software Engineering (MISE 2016), Austin, TX, May 2016.

**P25** *Extracting the Essence of Software Systems' Architectures Through Unstructured-Data Mining*. Mining and Modeling Unstructured Data in Software - Challenges for the Future, Shonan Village, Japan, March 2016.

**P26** *An Empirical Study of Architectural Decay in Software Systems.* 39th International Conference on Software Engineering (ICSE 2017) Warm-up Workshop, Maceio, Brazil, October 2014.

**P27** *An ARCADE for Architecture Analytics.* Dagstuhl Seminar on Software Development Analytics, Dagstuhl, Germany, June 2014.

**P28** *Component-Aware Triggered Scenarios.* Working IEEE/IFIP Conference on Software Architecture (WICSA 2014), Sydney, Australia, April 2014.

**P29** *When, Where, and Why Software Systems Decay and What We Can Do about It.* International Symposium to Commemorate the 45th Anniversary of the First Software Engineering Conference (SE@45), University of Southern California, Los Angeles, CA, October 2013.

**P30** *Platform Architectures.* Dagstuhl Seminar on Customizing Service Platforms, Dagstuhl, Germany, April 2013.

**P31** When, Where, and Why Do Software Systems' Architectures Decay? Workshop on Modularity and Software Architecture, Rio de Janeiro, Brazil, March 2013.

**P32** *Impact Analysis for Distributed Event-Based Systems.* 6th ACM International Conference on Distributed Event-Based Systems (DEBS 2012), Berlin, Germany, July 2012.

**P33** *The Impact of Architectural Design Decisions on Non-Functional Properties of Software Systems*. OOP 2010 - Software Engineering and Management Conference, Munich, Germany, January 2010.

**P34** *A Framework for Modeling Software Product Lines*. OOP 2010 - Software Engineering and Management Conference, Munich, Germany, January 2010.

**P35** *LVC Software Architecture Support for PATFrame*. International Test and Evaluation Association (ITEA) Live Virtual Constructive Conference, El Paso, TX, January 2010.

**P36** *The Anatomy and Physiology of the Grid Revisited*. IEEE/CSSE/ISR Workshop on Software Architecture Challenges for the 21st Century, Los Angeles, CA, June 2009.

**P37** *Center for Systems and Software Engineering Overview*. IEEE/CSSE/ISR Workshop on Software Architecture Challenges for the 21st Century, Los Angeles, CA, June 2009.

**P38** *Architecture-Based Software Development of Mobile and Embedded Systems*. 2nd International ICSE Warm-up Workshop (WUP 2009), Cape Town, South Africa, April 2009.

**P39** *Service-Oriented Architectures*. 13th Ground System Architectures Workshop (GSAW 2009), Torrance, CA, March 2009.

**P40** *Architecture and Mobile/Embedded Systems - An Uneasy Alliance or a Marriage Made in Heaven*. USC-CSSE Annual Research Review Executive Workshop, Los Angeles CA, March 2009.

**P41** *Software Architecture Modeling with Uncertainty*. AADL Workshop, Los Angeles, CA, February 2009.

**P42** *Architecture and Hardware/Software/System Engineering Integration*. USC-CSSE COCOMO Workshop, Los Angeles, CA, October 2008.

**P43** *Runtime Software Adaptation: Framework, Approaches, and Styles*. (with Peyman Oreizy and Richard N. Taylor) 30th International Conference on Software Engineering (ICSE 2008), Leipzig, Germany, May 2008.

**P44** *Estimating the Energy Consumption in Pervasive Java-Based Systems.* 6th IEEE International Conference on Pervasive Computing and Communications (PerCom 2008), Hong Kong, March 2008.

**P45** *An Introduction to Architecture-Level Reliability Analysis*. Tutorial, with Roshanak Roshandel, Working IEEE/IFIP Conference on Software Architecture (WICSA), Vancouver, Canada, February 2008.

**P46** *Software Architectures and Embedded Systems*. Korean Computer Scientists and Engineers Association in America, University of Southern California, Los Angeles, CA, December 2007.

**P47** *Improving a Distributed Software System's Quality of Service via Architecture-Driven Dynamic Redeployment*. Tutorial, Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P48** *Construction of Analytic Frameworks for Component-Based Architectures.* Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2007), Campinas, Brazil, August 2007.

**P49** *From Dependable Architectures to Dependable Systems*. USC-CSSE Annual Research Review, Los Angeles, CA, February 2007.

**P50** *A Classification of Disconnected Operation Techniques*. 32nd EUROMICRO Conference on Software Engineering and Advanced Applications (EUROMICRO'06), Dubrovnik, Croatia, August, 2006.

**P51** *Improving a Distributed Software System's Quality of Service via Redeployment*. Workshop on State of the Art in Software Engineering, Rutgers University, New Brunswick, NJ, June 2006.

**P52** *The GridLite DREAM: Bringing the Grid to Your Pocket*. Monterey Workshop, Laguna Beach, CA, September 22-23, 2005.

**P53** *A View from the Trenches*. ICSE 2005 New Software Engineering Faculty Symposium, St. Louis, MO, May 2005.

**P54** *Modeling Behavior in Compositions of Software Architectural Primitives*. 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004.

**P55** *Toward Architecture-Based Reliability Estimation*. Workshop on Architecting Dependable Systems (WADS 2004) held in conjunction with the International Conference on Dependable Systems and Networks (DSN 2004), Florence, Italy, June 2004.

**P56** *Style-Based Software Architectural Compositions as Domain-Specific Models*. Workshop on Directions in Software Engineering Environments (WoDiSEE 2004), Edinburgh, UK, May 2004.

**P57** *Software Architectures and Embedded Systems*. Monterey Workshop on Software Engineering for Embedded Systems: From Requirements to Implementation, Chicago, IL, September 2003.

**P58** *Coupling Architectural Discovery and Recovery to Stem Architectural Erosion*. Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM), Dagstuhl, Germany, February 2003.

**P59** *A Family of Software Architecture Implementation Frameworks*. 2002 Working IEEE/IFIP Conference on Software Architectures (WICSA-3), Montreal, Canada, August 2002.

**P60** *On the Role of Middleware in Architecture-Based Software Development*. 14th International Conference on Software Engineering and Knowledge Engineering (SEKE 2002), Ischia, Italy, July 2002.

**P61** *Architecture-Level Support for Software Component Deployment in Resource Constrained Environments*. IFIP/ACM Working Conference on Component Deployment (CD 2002), Berlin, Germany, June 2002.

**P62** *Focus: A Light-Weight, Incremental Approach to Software Architecture Recovery and Evolution.* 2001 Working IEEE/IFIP Conference on Software Architectures (WICSA-2), Amsterdam, the Netherlands, August 2001.

**P63** Software Model Connectors: Bridging Models across the Software Lifecycle. 13th International Conference on Software Engineering and Knowledge Engineering (SEKE 2001), Buenos Aires, Argentina, June 2001.

**P64** *What Young Faculty Members Still Want to Know.* ICSE 2001 New Software Engineering Faculty Symposium, Toronto, Canada, May 2001.

**P65** *Exploiting Software Architecture Implementation Infrastructure in Facilitating Component Mobility*. ICSE 2001 Workshop on Software Engineering and Mobility, Toronto, Canada, May 2001.

**P66** *xADL: Enabling Architecture-Centric Tool Integration With XML.* 34th Hawaii International Conference on System Sciences (HICSS-34), Maui, Hawaii, January 2001.

**P67** *Programming in the Small and Many: A Software Engineering Research Agenda for the 21st Century.* 2000 ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE-8), Wild Ideas and Fun Flames, San Diego, CA, November 2000.

**P68** *Towards Software Multioperability: Bridging Heterogeneous Software Interoperability Platforms.* Fourth International Software Architecture Workshop (ISAW-4), Limerick, Ireland, June 2000.

**P69** *Using Off-the-Shelf Middleware to Implement Connectors in Distributed Software Architectures.* 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

**P70** A Language and Environment for Architecture-Based Software Development and Evolution. 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999.

**P71** *Modeling Software Architectures in UML*. Workshop on Software Architectures and the Unified Modeling Language, Denver, CO, April 1999.

**P72** *An Approach to Architecture-Based Software Integration*. Ground System Architectures Workshop (GSAW 99), El Segundo, CA, March 1999.

**P73** *Assessing the Suitability of a Standard Design Method for Modeling Software Architectures*. First Working IFIP Conference on Software Architecture, San Antonio, TX, February 1999.

**P74** *A Comparative Analysis of Architecture Description Languages*. USC-CSE Annual Research Review, Los Angeles, CA, February 1999.

**P75** *Assessing UML's Suitability for Modeling Software Architectures*. USC-CSE Annual Research Review, Los Angeles, CA, February 1999.

**P76** *Employing Off-the-Shelf Connector Technologies in C2-Style Architectures*. California Software Symposium (CSS'98), Irvine, CA, October 1998.

**P77** *An Architecture-Based Approach to Software Evolution*. International Workshop on the Principles of Software Evolution, Kyoto, Japan, April 1998.

**P78** *Domains of Concern in Software Architectures and Architecture Description Languages.* USENIX Conference on Domain-Specific Languages, Santa Barbara, CA, October 1997.

**P79** *A Framework for Classifying and Comparing Architecture Description Languages.* Sixth European Software Engineering Conference together with the Fifth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE'97), Zurich, Switzerland, September 1997.

**P80** *Reuse of Off-the-Shelf Components in C2-Style Architectures.* 1997 Symposium on Software Reusability (SSR'97) and 1997 International Conference on Software Engineering (ICSE'97), joint session on Software Reuse, Boston, MA, May 1997.

**P81** *Reusing Off-the-Shelf Components to Develop a Family of Applications in the C2 Architectural Style.* First International Workshop on Development and Evolution of Software Architectures for Product Families, Las Navas del Marqués, Spain, November 1996.

**P82** *ADLs and Dynamic Architecture Changes.* Second International Software Architecture Workshop (ISAW-2), San Francisco, CA, October 1996.

**P83** *Using Object-Oriented Typing to Support Architectural Design in the C2 Style.* Fourth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE4), San Francisco, CA, October 1996.

**P84** *Formal Modeling of Software Architectures at Multiple Levels of Abstraction.* California Software Symposium, Los Angeles, CA, April 1996.

**P85** *A Component- and Message-Based Architectural Style for GUI Software.* Technology Presentation Track, 17th International Conference on Software Engineering (ICSE17), Seattle, WA, April 1995.

## University and Research Institute Presentations

**P86** *Mining Architectural Information to Stem Technical Debt*. Georgia Institute of Technology, Atlanta, GA, November 2019

**P87** *Mining Architectural Information to Stem Technical Debt*. University College London, UK, July 2019

**P88** *Loose Coupling in Mobile Systems: Challenges and Opportunities*. Harbin Institute of Technology, Harbin, China, April 2019.

**P89** *Mining Architectural Information to Stem Technical Debt*. Harbin Institute of Technology, Harbin, China, April 2019.

**P90** *Teaching CS and SE at USC*. Harbin Institute of Technology, Harbin, China, April 2019.

**P91** *Publishing Strategies for Top SE Venues*. Harbin Institute of Technology, Harbin, China, April 2019.

**P92** *Ph.D. Research: What, Where, Why, When, How*. Harbin Institute of Technology, Harbin, China, April 2019.

**P93** *Introduction to Software Architecture*. Faculty of Organizational Sciences, University of Belgrade, Serbia, March 2017.

**P94** *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies.* University of Massachusetts, Amherst, MA, November 2013.

**P95** *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies*. McGill University, Montreal, Canada, October 2013.

**P96** *When, Where, and Why Do Software Systems' Architectures Decay?* University of Lugano, Lugano, Switzerland, October 2012.

**P97** *When, Where, and Why Do Software Systems' Architectures Decay?* University of Arizona, Tucson, AZ, October 2012.

**P98** *Architectural Degradation - The Plague of Maturing Software Systems*. University of California Irvine Institute for Software Research Annual Research Review, Irvine, CA, May 2012.

**P99** *Overview of Software Engineering Research at USC*. Computer Science Department Annual Research Review, Los Angeles, CA, March 2012.

**P100** *A Framework for Maintaining a Distributed Software System's QoS*. Computer Science Department Annual Research Review, USC, Los Angeles, March 2010.

**P101** *Academic Career Work-Life Balance - A View from the Trenches*. University of Southern California, April 2011.

**P102** *Overview of Software Engineering Research at USC*. University of Southern California, Computer Science Research Day, March 2011.

**P103** *A Framework for Early Estimation of Software System Reliability*. University of California, San Diego, February 2011.

**P104** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* University College, London, UK, October 2010.

**P105** A Framework for Early Estimation of Software System Reliability. University of Zurich, Switzerland, September 2010.

**P106** *The Future of Software Architecture: Challenges and Opportunities*. Federal University of Bahia, Salvador, Brazil, August 2010.

**P107** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* Federal University of Rio de Janeiro, Brazil, August 2010.

**P108** Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance? Pontifícia Universidade Católica do Rio de Janeiro, August 2010.

**P109** *A Framework for Early Estimation of Software System Reliability*. Georgia Institute of Technology, Atlanta, GA, April 2010.

**P110** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*. Institute for Software Research, Distinguished Speaker Series, University of California, Irvine, February 2010.

**P111** *Improving a Distributed Software System's Quality of Service via Architecture-Driven Dynamic Redeployment*. Institute for Software Research Forum, University of California, Irvine, June 2007.

**P112** *Dynamic Software Architectures*. Jesper Andersson Dissertation Defense Opponent, Linkoping University, Sweden, April 2007.

**P113** *From Dependable Architectures to Dependable Systems*. USC-CSE Annual Research Review, Los Angeles, CA, February 2007.

**P114** *Moving Architectural Description from Under the Technology Lamppost*. USC Center for Systems and Software Engineering Convocation, October 2006.

**P115** *Endowing Legacy Applications with Software Architectural Capabilities*. University of Southern California - Information Sciences Institute, Marina del Rey, CA, October 2006.

**P116** *The Prism Project: Software Architectural Support for Highly Distributed Environments*. Bosch Research and Technology Center, Palo Alto, CA, January 2006.

**P117** *Coupling Architectural Discovery and Recovery to Stem Architectural Erosion*. USC-CSE Annual Research Review, Los Angeles, CA, March 2003.

**P118** *Exploiting Architectural Style, Connectors, and Types in Large-Scale Software Development and Evolution.* University of Texas, Austin, TX, April 2001.

**P119** *An Architecture-Based Approach to Developing Heterogeneous, Highly Distributed Software Systems.* University of Southern California - Information Sciences Institute, Marina del Rey, CA, February 2001.

**P120** *Programming in the Many: Software Engineering Paradigm for the 21st Century.* USC-CSE Annual Research Review, Los Angeles, CA, February 2001.

**P121** *An Architecture-Based Approach to Developing Heterogeneous, Highly Distributed Software Systems.* University of Washington, Seattle, WA, January 2001.

**P122** *From Programming in the Large to Programming in the Small and Many.* University of California, Santa Cruz, CA, October 2000.

**P123** *Exploiting Architectural Style, Connectors, and Types in Large-Scale Software Development and Evolution.* Rice University, Houston, TX, September 2000.

**P124** *SAAGE — An Environment for Software Architecture, Analysis, Generation, and Evolution*. USC-CSE Annual Research Review, Los Angeles, CA, February 2000.

**P125** *A Style-Based Approach to the Design and Evolution of Adaptable Software.* University of Texas, Austin, TX, November 1997.

## Professional Organization, Industry, and Funding Agency Presentations

**P126** *On Selecting Datasets for DL-based Vulnerability* Detection. 68th Meeting of the IFIP Working Group 2.4, online, November 2023.

**P127** *On Automated Mobile-App Test Generation and Transfer*. 66th Meeting of the IFIP Working Group 2.4, Salzburg, Austria, July 2022.

**P128** *Protection of Intellectual Property Through the Prism of Software Engineering*. Logate Institute Live Meetup, Podgorica Montenegro, online, May 2022.

**P129** *Classifying and Identifying Noise in Software Patches*. 64th Meeting of IFIP Working Group 2.4, online, May 2021.

**P130** *Events in Mobile Systems: A Blessing and a Curse*. 62nd Meeting of IFIP Working Group 2.4, Port Elizabeth, South Africa, January 2020.

**P131** *Architectural Decay in Open-Source Software*, Google, Irvine, CA, October 2019.

**P132** E*nsuring Security of Android Software via Tailorable Multi-Layer Customization*. Office of Naval Research (ONR) Total Platform Cyber Protection (TPCP) Program Annual Review, Boston, MA, June 2019.

**P133** *Mining Architectural Information to Stem Technical Debt*. Google, Los Angeles, CA, June 2019.

**P134** *Architectural Decay in Large Software Systems*. Google, Los Angeles, CA, November 2017.

**P135** *Correlating Implementation Issues with Architectural Decay in Large Software Systems*. Huawei Vision Forum, Santa Clara, CA, October 2017.

**P136** *Using Architecture Recovery to Stem Software System Decay*. Huawei Vision Forum, Santa Clara, CA, October 2016.

**P137** *Software Architecture Recovery, Event-Based App Analysis, and Mobile Security*. Huawei Technologies Site Visit, University of Southern California, Los Angeles, CA, June 2016.

**P138** *Correctness, Security, and Adaptation in Distributed Event-Based Systems*. Army Research Laboratories Site Visit, University of Southern California, Los Angeles, CA, April 2016.

**P139** *The Flame Project*. Infosys Site Visit, University of Southern California, Los Angeles, CA, February 2016.

**P140** *Architectural Decay in Software Systems: Symptoms, Causes, and Remedies*. United Technologies Research Center, Hartford, CT, October 2013.

**P141** *sTile: Securing the Insecure Cloud*. DARPA Site Visit, Information Sciences Institute, Marina del Rey, CA, May 2012.

**P142** *CoDesign - A Collaborative Software Design Environment*. Infosys Site Visit, Los Angeles, CA, May 2012.

**P143** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. Infosys, Mysore, India, March 2012.

**P144** *The Anatomy and Physiology of the Grid Revisited*. Infosys, Bangalore, India, March 2012.

**P145** *Software Architecture Challenges & Opportunities for the 21st Century: Dynamism, Mobility, Autonomy, Services, Grids & Clouds*. IBM Research, Delhi, India, February 2012.

**P146** *sTile: Securing the Insecure Cloud*. CIA, Washington, DC, November 2011.

**P147** *sTile: Securing the Insecure Cloud*. DARPA, Arlington, VA, June 2011.

**P148** *Desiderata and Challenges in Globally-Distributed Software Development*. Infosys Aurora, Las Vegas, NV, August 2011.

**P149** *Modern Software Architectural Challenges: Dynamism, Mobility, Services, Grids, and Clouds*. Aerospace Corporation, El Segundo, CA, November 2010.

**P150** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance?* Northrop Grumman, Los Angeles, CA, September 2010.

**P151** *Software Architecture and Mobility: A Perfect Marriage or an Uneasy Alliance*? Infosys, Bangalore, India, December 2009.

**P152** *Software Architecture Support for PATFrame*. PATFrame project kick-off meeting, Ft. Hood, TX, August 2009.

**P153** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys site visit, April 2009.

**P154** *Architecture and Hardware/Software/System Engineering Integration*. Lockheed Martin Site Visit, Los Angeles, CA, December 2008.

**P155** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys project progress meeting, August 2008.

**P156** *An Extensible Infrastructure for Collaborative Architecture-Based Development of Distributed Software-Intensive Systems*. Infosys project kick-off meeting, August 2008.

**P157** *Architecture-Based Modeling and Simulation*. Boeing Professor Day, Seal Beach, CA, February 2008.

**P158** *Overview of Software Architecture Research at USC*. Bosch Research and Technology Center, Palo Alto, CA, January 2007.

**P159** *Identifying and Addressing Uncertainty in Architecture-Level Software Reliability Modeling*. NSF Next Generation Software Program (NSFNGS) Workshop, Long Beach, CA, February 2007.

**P160** *Multi-Framework Programming via Software Architecture and Architectural Middleware*. DARPA Multi-Framework Programming Workshop, Menlo Park, CA, August 2007.

**P161** *Overview of Software Architecture Research at USC*. USC Computer Science Department Industrial Advisory Board Meeting, Los Angeles, CA, April 2006.

**P162** *Overview of Software Architecture Research at USC.* General Electric Site Visit, Los Angeles, CA, February 2006.

**P163** *Software Architecture for DREAM Environments*. Jet Propulsion Laboratory, Pasadena, CA, January 2005.

**P164** *DeSi - An Environment for Modeling, Analyzing, and Simulating Deployment Architectures*. Boeing, Anaheim, November 2004.

**P165** *Overview of Software Architecture Research at USC.* Northrop Grumman Site Visit, Los Angeles, CA, April 2004.

**P166** *Overview of Software Architecture Research at USC.* Microsoft Site Visit, Los Angeles, CA, March 2004.

**P167** *Overview of Software Architecture Research at USC.* Airbus Site Visit, Los Angeles, CA, February 2004.

**P168** *DeSi - A Tailorable Environment for Assessing the Quality of Distributed Software Architectures*. Jet Propulsion Laboratory, Pasadena, CA, January 2004.

**P169** *Overview of Software Engineering Research at USC.* Boeing Site Visit, Los Angeles, CA, November 2003.

**P170** *Software Architecture Research at USC-CSE: An Overview.* Jet Propulsion Laboratory Site Visit, Los Angeles, CA, September 2003.

**P171** *Software Architectures and Self-Healing Systems*. Boeing, Anaheim, CA, May 2003.

**P172** *Software Architectures and Self-Healing Systems*. Boeing-DARPA Future Combat Systems Meeting, Boeing, Anaheim, CA, September 2002.

**P173** *Software Connectors for Programming-in-the-Many.* Boeing, Seattle, WA, November 2001.

**P174** Software Architecture Collaboration between JPL and USC. Jet Propulsion Laboratory, Pasadena, CA, September 2001.

**P175** *Relating State-Based and Component/Connector-Based Architectural Styles: Technical Project Review*. Jet Propulsion Laboratory, Pasadena, CA, August 2001.

**P176** *Architectural Support for Programming-in-the-Many.* U.S. Army Tank-Automotive and Armaments Command (TACOM), Detroit, MI, July 2001.

**P177** *Software Architecture Research at USC: Programming in the Large and Many.* Xerox Corporation, El Segundo, CA, January 2001.

**P178** *From Programming in the Large to Programming in the Small and Many.* Microsoft USC Site Visit, Los Angeles, December 2000.

**P179** *Software Architecture at USC and JPL.* Jet Propulsion Laboratory, Pasadena, CA, October 2000.

**P180** *Programming in the Small, Large, and Many.* Xerox Corporation, El Segundo, CA, October 2000.

**P181** *Programming in the Small, Large, and Many.* Schlumberger Corporation, Houston, TX, September 2000.

**P182** *Dynamic Assembly, Assessment, Assurance, and Adaptation via Heterogeneous Software Connectors.* DARPA/ISO DASADA Project Kick-off Meeting, Santa Fe, NM, September 2000.

**P183** *UML and Software Architectures.* DARPA/ISO DASADA Project Kick-off Meeting, Santa Fe, NM, September 2000.

**P184** *An Approach to Architecture-Based Software Development and Evolution.* Jet Propulsion Laboratory, Pasadena, CA, May 2000.

**P185** *SAAGE — An Environment for Software Architecture, Analysis, Generation, and Evolution*. Lockheed Martin USC Site Visit, Los Angeles, CA, May 2000.

**P186** *On the Role of UML in Modeling Software Architectures.* Southern California Software Process Improvement Network, Long Beach, CA, April 2000.

**P187** *Software Architecture Research and Practice.* Jet Propulsion Laboratory, Pasadena, CA, April 2000.

**P188** *Architecture-Centric Dynamic Adaptation of Deeply Networked Embedded Systems.* DARPA/ITO RENES Project Kick-off Meeting, Arlington, VA, November 1999.

**P189** *Software Architecture Research and Practice.* NSF Software Engineering Strategies Workshop Briefing, National Science Foundation, Arlington, VA, September 1999.

**P190** *Assessing the Suitability of UML for Modeling Software Architectures.* Bay Area Round Table (BART), Palo Alto, CA, July 1999.

**P191** *A Classification and Comparison Framework for Software Architecture Description Languages.* Second DARPA EDCS Architecture/Generation Workshop, Santa Fe, NM, April 1997.

**P192** *Component-Based GUI Architecture.* Hughes Aircraft Corp., El Segundo, CA, January 1997.

**P193** *What's New with C2?* Arcadia Research Meeting, Portland, OR, August 1996.

**P194** *Chiron-2: A Component- and Message-Based Architectural Style for GUI Software.* Sun Microsystems Laboratories, Palo Alto, CA, June 1995.

**P195** *Chiron-2: A Component- and Message-Based Architectural Style for GUI Software.* Bay Area Round Table (BART), Palo Alto, CA, June 1995.

# 12 Professional Service

## Professional Organization and Journal Leadership

**S1** Editor-in-Chief, IEEE Transactions on Software Engineering (1/18 - 12/22)

**S2** Chair, ACM Software System Award Committee (7/21 - 6/22)

**S3** Deputy Chair, ACM Software System Award Committee (7/20 - 6/21)

**S4** Chair, Editor-in-Chief Search Committee, ACM Transactions on Autonomous and Adaptive Systems (6/20 - 9/20)

**S5** Chair, ACM Publications Board Task Force on Improving Peer-Review Incentives (1/19 - 7/20)

**S6** Chair, ACM SIGSOFT (7/15 - 6/18)

**S7** Chair, Committee on Capture/Streaming at ACM Conferences, ACM SIG Governing Board (10/16 - 6/18)

**S8** Chair, Steering Committee, ACM SIGSOFT Symposium on the Foundations of Software Engineering (7/15 - 9/17)

**S9** Chair, Steering Committee, International Conference on Software Engineering (11/13 - 10/15)

## Editorial Boards and Steering Committee Membership

**S10** Member, Joint ICSE/FSE/ASE Conference Consolidation Committee (7/20 - present)

**S11** Member, Executive Committee, ACM Special Interest Group on Software Engineering (SIGSOFT) (7/18 – 6/24)

**S12** Member, Steering Committee, International Conference on Software Engineering (5/08 - present)

**S13** Member, Steering Committee, ACM International Conference on the Foundations of Software Engineering (FSE)
(5/17 – 6/24)

**S14** Member, ICSE Journal-First Task Force (5/16 - 12/23)

**S15** Member, ACM SIG Governing Board (7/15 - 6/20)

**S16** Member, ACM Publications Board (7/18 - 6/20)

**S17** Guest Editor, IEEE Software, 50th Anniversary of Software Engineering (6/17 - 10/18)

**S18** Associate Editor, ACM Transactions on Software Engineering and Methodology (3/14 - 12/17)

**S19** Associate Editor, Journal of Software Engineering for Robotics (12/08 - 12/17)

**S20** Editorial Board Member, Journal of Software Engineering Research and Development (4/12 - 12/17)

**S21** Editorial Board Member, Springer Computing Journal (2/11 - present)

**S22** Editorial Board Member, Elsevier Journal of Systems and Software (1/11 - 12/17)

**S23** Editorial Board Member, Elsevier Information and Software Technology Journal (1/08 - 12/17)

**S24** Associate Editor, IEEE Transactions on Software Engineering (1/10 - 12/13)

**S25** Guest Editor, Elsevier Journal of Systems and Software, The Future of Software Engineering FOR/IN the Cloud (7/11 - 7/13)

**S26** Guest Editor, The Science of Computer Programming Journal Best Papers of the CompArch 2012 Conference (7/12 - 9/14)

**S27** Member, Steering Committee, Working IEEE/IFIP Conference on Software Architecture (1/05 - 2/08)

## Advisory Boards and Award Committees

**S28** Member, Graduate Program Review Committee, Computer Science, University of California Riverside (2024 - 2025)

**S29** Co-Chair, ICSE 2011 Most Influential Paper Award (3/19 - 5/21)

**S30** Member, ACM Software System Award Committee (9/18 - 7/20)

**S31** Member, Selection Committee, 2016 ACM SIGSOFT Impact Paper Award (12/16 - 5/17)

**S32** Member, Selection Committee, 2015 ACM SIGSOFT Impact Paper Award (12/15 - 5/16)

**S33** Member, Selection Committee, 2014 ACM SIGSOFT Outstanding Research Award (8/13 - 5/14)

**S34** Member, International Selection Committee, Bower Award for Achievement in Science (8/13 - 11/13)

**S35** Member, President's Advisory Board, Carnegie Mellon University - Silicon Valley (1/13 - 4/13)

## Conference/Workshop Chairmanship

**S36** Co-Chair, Computing Research Association (CRA) Affinity Group "AI's Disruption and Opportunity: Affirming the Identity of Computer Science", October-November 2025

**S37** General Co-Chair, 21st IEEE International Conference on Software Architecture (ICSA 2024), Hyderabad, India, 2024

**S38** Chair, Barry Boehm Memorial Symposium, Los Angeles, CA, September 2014

**S39** Co-Chair, ICSE Showcase, 45th International Conference on Software Engineering (ICSE 2023), Melbourne, Australia, May 2023

**S40** Co-Chair, Doctoral Symposium, 44th International Conference on Software Engineering (ICSE 2022), Pittsburgh, PA, May 2022

**S41** Co-Chair, 2nd International Workshop on Establishing the Community-Wide Infrastructure for Architecture-Based Software Engineering (ECASE 2019), Montreal, Canada, May 2019

**S42** Co-Chair, 50 Years of Software Engineering Track, 40th International Conference on Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018

**S43** Co-Chair, 2nd International Workshop on Infrastructures and Instruments For Software Architecture (REINFORCE), Urbana-Champaign, IL, November 2017

**S44** Co-Chair, 1st International Workshop on Establishing the Community-Wide Infrastructure for Architecture-Based Software Engineering (ECASE 2017), Buenos Aires, Argentina, May 2017

**S45** Program Co-Chair, Innovations in Software Engineering Conference (ISEC 2017), Jaipur, India, February 2017

**S46** Co-Chair, 1st Workshop on Infrastructures and Instruments For Software Architecture (REINFORCE), Los Angeles, CA, January 2017

**S47** Co-Chair, Workshops, 36th International Conference on Software Engineering (ICSE 2014), Hyderabad, India, June 2014

**S48** Chair, International Symposium to Commemorate the 45th Anniversary of the First Software Engineering Conference (SE@45), University of Southern California, Los Angeles, CA, October 2013

**S49** Program Co-Chair, 15th International ACM SIGSOFT Symposium on Component Based Software Engineering (CBSE-2012), Bertinoro, Italy, June 2012

**S50** Program Co-Chair, 33rd International Conference on Software Engineering (ICSE 2011), Honolulu, HI, May 2011

**S51** Program Co-Chair, Workshop on Software Engineering for Cloud Computing (SECLOUD 2011), Honolulu, HI, May 2011

**S52** Program Co-Chair, 3rd IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2009), San Francisco, CA, September 14-18, 2009

**S53** Workshop Co-Chair, IEEE/CSSE/ISE Workshop on Software Architecture Challenges for the 21st Century, Los Angeles, CA, June 2009

**S54** Program Co-Chair, 2nd International ICSE Warm-up Workshop (WUP 2009), Cape Town, South Africa, April 2009

**S55** Workshop Chair, USC-CSSE Annual Research Review and Executive Workshop, Los Angeles, CA, March 2009

**S56** Program Chair, Doctoral Symposium, 16th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 16), Atlanta, GA, November 2008

**S57** Program Chair, Special Session on Software Architecture for Pervasive Systems (SAPS), 34th Euromicro Conference in Parma, Italy, September 3-5, 2008

**S58** Program Co-Chair, 2005 Working IEEE/IFIP Conference on Software Architecture (WICSA 2005), Pittsburgh, PA, November 2005

**S59** Chair, Executive Workshop on Model-Driven Architecture, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2005

**S60** Chair, Workshops, 26th International Conference on Software Engineering (ICSE 2004), Edinburgh, UK, May 2004

**S61** Co-Chair, Tutorials, 9th European Software Engineering Conference and 11th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2003), Helsinki, Finland, September 2003

**S62** Chair, State-of-the-Art Track, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S63** Co-Chair, First International Workshop on Evaluating Software Architecture Solutions (WESAS), Irvine, CA, May 2000

## Conference/Workshop Organization

**S64** Session Co-Chair, Computing Research Association (CRA) Summit, Affinity Group Meeting, R1 Private Universities, San Francisco, CA, July 2025

**S65** Organizing Committee Member, First International Workshop on Bringing Architecture Design Thinking into Developers' Daily Activities (Bridge 2016), Austin, TX, May 2016

**S66** Organizing Committee Member, 39th International Conference on Software Engineering (ICSE 2017) Warm-up Workshop, Maceio, Brazil, October 2014

**S67** Technical Paper Session Chair, 22nd ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2014), Hong Kong, November 2014

**S68** Workshops Selection Committee Member, 8th Joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011), Szeged, Hungary, September 2011

**S69** Technical Paper Session Chair, 12th European Software Engineering Conference and 17th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2009), Amsterdam, the Netherlands, August 2009

**S70** Student Volunteer Coordinator, 30th International Conference on Software Engineering (ICSE 2008), Leipzig, Germany, May 2008

**S71** Technical Paper Session Chair, Working IEEE/IFIP Conference on Software Architecture (WICSA 2008), Vancouver, Canada, February 2008

**S72** E-Publicity Chair, 29th International Conference on Software Engineering (ICSE 2007), Minneapolis, MN, May 2007

**S73** Session Chair, USC Center for Systems and Software Engineering Convocation, Los Angeles, CA, October 2006

**S74** Panelist, New Software Engineering Faculty Symposium (NSEFS 05), 27th International Conference on Software Engineering (ICSE 2005), St. Louis, MO, May 2005

**S75** Technical Paper Session Chair, 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004

**S76** Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2004

**S77** Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2003

**S78** Session Chair, Dagstuhl Workshop on Software Architecture Recovery and Modeling (SWARM), Dagstuhl, Germany, February 2003

**S79** Chair, Tutorials, The Third Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S80** Technical Paper Session Chair, The Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S81** Technical Paper Session Chair, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S82** Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2002

**S83** Technical Paper Session Chair, Eighth European Software Engineering Conference and Ninth ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001), Vienna, Austria, September 2001

**S84** Technical Paper Session Chair, 23rd International Conference on Software Engineering (ICSE 2001), Toronto, Canada, May 2001

**S85** Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2001

**S86** Technical Paper Session Chair, Eighth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE8), San Diego, CA, November 2000

**S87** Session Organizer and Chair, Annual Research Review, Center for Software Engineering, University of Southern California, Los Angeles, CA, March 2000

**S88** Organizing Committee Member, NSF Workshop on Software Engineering Research Strategies, Los Angeles, CA, August 1999

**S89** Student Volunteer Coordinator, 21st International Conference on Software Engineering (ICSE'99), Los Angeles, CA, May 1999

**S90** Co-Chair, DARPA/ITO EDCS Workshop on Architecture Description Language Toolkits, San Diego, CA, October 1998

**S91** Chair, DARPA/ITO EDCS Workshop on the UML, Austin, TX, November 1997

**S92** Webmaster, 1997 International Conference on Software Engineering (ICSE'97), Boston, MA, May 1997

## Program Committee Membership

**S93** Program Committee Member, 45th International Conference on Software Engineering (ICSE 2023), Melbourne, Australia, May 2023

**S94** Program Committee Member, 44th International Conference on Software Engineering (ICSE 2022), Pittsburgh, PA, May 2022

**S95** Program Committee Member, 5th IEEE International Conference on Software Architecture (ICSA 2021), Stuttgart, Germany, March 2021

**S96** Program Committee Member, Journal-First Track, International Conference on Software Engineering (ICSE 2020), Seoul, South Korea, May 2020

**S97** Program Committee Member, 4th IEEE International Conference on Software Architecture (ICSA 2020), Salvador, Brazil, March 2020

**S98** Program Committee Member, ACM SIGSOFT Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2019), Tallinn, Estonia, August 2019

**S99** Program Committee Member, Journal-First Track, International Conference on Software Engineering (ICSE 2019), Montreal, Canada, May 2019

**S100** Program Committee Member, ACM SIGSOFT Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2018), Lake Buena Vista, FL, November 2018

**S101** Program Committee Member, 40th International Conference on Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018

**S102** Program Committee Member, International Workshop on Software Fairness (FairWare 2018), Gothenburg, Sweden, May 2018

**S103** Program Committee Member, 2nd IEEE International Conference on Software Architecture (ICSA 2018), Seattle, WA, April 2018

**S104** Program Committee Member, Innovations in Software Engineering Conference (ISEC 2018), Hyderabad, India, February 2018

**S105** Symposium Committee Member, Doctoral Symposium, 11th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2017), Paderborn, Germany, September 2017

**S106** Symposium Committee Member, Doctoral Symposium, 39th International Conference on Software Engineering (ICSE 2017), Buenos Aires, Argentina, May 2017

**S107** Program Board Member, 39th International Conference on Software Engineering (ICSE 2017), Buenos Aires, Argentina, May 2017

**S108** Symposium Committee Member, Doctoral Symposium, 39th International Conference on Software Engineering (ICSE 2017), Buenos Aires, Argentina, May 2017

**S109** Program Committee Member, 1st IEEE International Conference on Software Architecture (ICSA 2017), Gothenburg, Sweden, April 2017

**S110** Mentoring Committee Member, 24th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2016), Seattle, WA, November 2016

**S111** Program Committee Member, 11th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2016), Austin, TX, May 2016

**S112** Program Committee Member, Joint 13th Working IEEE/IFIP Conference on Software Architecture (WICSA), 19th International ACM SIGSOFT Symposium on Component-Based Software Engineering (CBSE), and 12th International ACM SIGSOFT Conference on the Quality of Software Architectures (QoSA), Venice, Italy, April 2016

**S113** Program Committee Member, 9th Annual India Software Engineering Conference (ISEC 2016), Goa, India, February 2016

**S114** Program Board Member, 38th International Conference on Software Engineering (ICSE 2016), Austin, TX, May 2016

**S115** Program Committee Member, 5th International Workshop on the Twin Peaks of Requirements and Architecture, Florence, Italy, May 2015

**S116** Symposium Committee Member, Doctoral Symposium, 37th International Conference on Software Engineering (ICSE 2015), Florence, Italy, May 2015

**S117** Program Committee Member, Technical Briefings, 37th International Conference on Software Engineering (ICSE 2015), Florence, Italy, May 2015

**S118** Program Committee Member, 22nd ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2014), Hong Kong, November 2014

**S119** Program Committee Member, 8th European Conference on Software Architecture (ECSA 2014), Vienna, Austria, August 2014

**S120** Expert Reviewer Panel Member, 28th IEEE/ACM International Conference on Automated Software Engineering (ASE 2013), Palo Alto, CA, November 2013

**S121** Program Committee Member, 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013), Saint Petersburg, Russia, August 2013

**S122** Symposium Committee Member, Doctoral Symposium, 9th joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2013), St. Petersburg, Russia, August 2013

**S123** Program Committee Member, 7th European Conference on Software Architecture (ECSA 2013), Montpelier, France, July 2013

**S124** Program Committee Member, 7th ACM International Conference on Distributed Event-Based Systems (DEBS 2013), Arlington, TX, June-July 2013

**S125** Program Committee Member, 16th International ACM SIGSOFT Symposium on Component-Based Software Engineering, Vancouver, Canada, June 2013

**S126** Program Committee Member, 4th International ACM SIGSOFT Symposium on Architecting Critical Systems (ISARCS), Vancouver, Canada, June 2013

**S127** Program Committee Member, 33rd International Conference on Software Engineering - New Ideas and Emerging Results Track, San Francisco, CA, May 2013

**S128** Program Committee Member, 2nd International Workshop on the Twin Peaks of Requirements and Architecture, San Francisco, CA, May 2013

**S129** Program Committee Member, 1st International Workshop on the Twin Peaks of Requirements and Architecture, Chicago, IL, September 2012

**S130** Program Committee Member, 6th ACM International Conference on Distributed Event-Based Systems, Berlin, Germany, July 2012

**S131** Program Committee Member, 7th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2012), Zurich, Switzerland, June 2012

**S132** Program Committee Member, 3rd International Workshop on Software Engineering for Sensor Network Applications, Zurich, Switzerland, June 2012

**S133** Mentoring Committee Member, 34th International Conference on Software Engineering (ICSE 2012), Zurich, Switzerland, June 2012

**S134** Program Committee Member, 22nd IEEE International Symposium on Software Reliability Engineering, Hiroshima, Japan, November-December 2011

**S135** Program Committee Member, 9th IEEE International Conference on Software Engineering and Formal Methods, Montevideo, Uruguay, November 2011

**S136** Expert Reviewer Panel Member, 26th IEEE/ACM International Conference on Automated Software Engineering (ASE 2011), Lawrence, KS, November 2011

**S137** Workshops Committee Member, The joint meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011), Szeged, Hungary, September 2011

**S138** Program Committee Member, 5th Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS), Sao Paulo, Brazil, September 2011

**S139** Program Committee Member, 9th IEEE/IFIP Working Conference on Software Architecture (WICSA), Boulder, CO, June 2011

**S140** Program Committee Member, 6th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Honolulu, HI, May 2011

**S141** Program Committee Member, IEEE Globecom 2010 Workshop on Pervasive Group Communications (PerGroup), Miami, FL, December 2010

**S142** Program Committee Member, 18th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 2010), Santa Fe, NM, November 2010

**S143** Program Committee Member, International Symposium on Architecting Critical Systems (ISARCS 2010), Prague, Czech Republic, June 2010

**S144** Program Committee Member, 32nd International Conference on Software Engineering, Cape Town, South Africa, May 2010

**S145** Program Committee Member, 5th International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Cape Town, South Africa, May 2010

**S146** Program Committee Member, Workshop on Flexible Modeling Tools (FlexiTools), Cape Town, South Africa, May 2010

**S147** Program Committee Member, Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS), Cape Town, South Africa, May 2010

**S148** Expert Panel Member, 24th IEEE/ACM International Conference on Automated Software Engineering (ASE 2008), Auckland, New Zealand, November 2009

**S149** Program Committee Member, 8th Working IEEE/IFIP Conference on Software Architecture (WICSA) and 3rd European Conference on Software Architecture (ECSA), Cambridge, UK, September 2009

**S150** Program Committee Member, 12th European Software Engineering Conference and 17th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2009), Amsterdam, the Netherlands, August 2009

**S151** Program Committee Member, 8th International Workshop on the Foundations of Coordination Languages and Software Architectures (FOCLASA'09), Rhodes, Grece, July 2009

**S152** Program Committee Member, DSN 2009 Workshop on Architecting Dependable Systems (WADS 2007), Lisbon, Portugal, June 2009

**S153** Program Committee Member, 5th International Conference on the Quality of Software Architecture (QoSA 2009), East Stroudsburg, PA, June 2009

**S154** Program Committee Member, 6th International Conference on Autonomic Computing (ICAC), Barcelona, Spain, June 2009

**S155** Program Committee Member, 4th International Workshop on UML and AADL, Potsdam, Germany, June 2009

**S156** Program Committee Member, 31st International Conference on Software Engineering, Vancouver, Canada, May 2009

**S157** Program Committee Member, 4th International Conference on the Quality of Software Architectures (QoSA 2008), Karlsruhe, Germany, October 2008

**S158** Program Committee Member, 11th International Symposium on Component-Based Software Engineering (CBSE 2008), Karlsruhe, Germany, October 2008

**S159** Program Committee Member, 23rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2008), L'Aquila, Italy, September 2008

**S160** Program Committee Member, 2nd Brazilian Symposium on Software Components, Architectures, and Reuse (SBCARS 2008), Porto Alegre, Brazil, August 2008

**S161** Program Committee Member, 7th International Workshop on the Foundations of Coordination Languages and Software Architectures (FOCLASA'08), Reykjavik, Iceland, July 2008

**S162** Program Committee Member, DSN 2008 Workshop on Architecting Dependable Systems (WADS 2007), Anchorage, AK, June 2008

**S163** Program Committee Member, 30th International Conference on Software Engineering, Leipzig, Germany, May 2008

**S164** Symposium Committee Member, Doctoral Symposium, 30th International Conference on Software Engineering, Leipzig, Germany, May 2008

**S165** Program Committee Member, 3rd International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2008), Leipzig, Germany, May 2008

**S166** Program Committee Member, International Workshop on Software Architectures and Mobility (SAM 2008), Leipzig, Germany, May 2008

**S167** Program Committee Member, 22nd IEEE/ACM International Conference on Automated Software Engineering, Atlanta, GA, November 2007

**S168** Program Committee Member, International Workshop on the Engineering of Software Services for Pervasive Environments (ESSPE), Dubrovnik, Croatia, September 2007

**S169** Program Committee Member, 10th International Symposium on Component-Based Software Engineering (CBSE 2007), Boston, MA, July 2007

**S170** Program Committee Member, 3rd International Conference on the Quality of Software Architectures (QoSA 2007), Boston, MA, July 2007

**S171** Program Committee Member, First IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2007), Boston, MA, July 2007

**S172** Program Committee Member, DSN 2007 Workshop on Architecting Dependable Systems (WADS 2007), Edinburgh, UK, June 2007

**S173** Program Committee Member, 2nd International Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2007), Minneapolis, MN, May 2007

**S174** Program Committee Member, 2nd Workshop on Sharing and Reusing Architectural Knowledge - Architecture Rationale and Design Intent (SHARK/ADI), Minneapolis, MN, May 2007

**S175** Tutorials Committee Member, 29th International Conference on Software Engineering (ICSE 2007), Minneapolis, MN, May 2007

**S176** Program Committee Member, Workshop on Tools, Operating Systems and Programming Models for Developing Reliable Systems (TOPMoDelS), Long Beach, CA, March 2007

**S177** Program Committee Member, 6th International Workshop on Software and Performance (WOSP 2007), Buenos Aires, Argentina, February 2007

**S178** Program Committee Member, 6th Working IEEE/IFIP Conference on Software Architecture, Mumbai, India, January 2007

**S179** Program Committee Member, 14th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 14), Portland, OR, November 2006

**S180** Symposium Committee Member, Doctoral Symposium, 14th ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE 14), Portland, OR, November 2006

**S181** Expert Reviewer Panel Member, 21st IEEE/ACM International Conference on Automated Software Engineering (ASE 2006), Tokyo, Japan, September 2006

**S182** Doctoral Symposium Committee Member, 21st IEEE/ACM International Conference on Automated Software Engineering (ASE 2006), Tokyo, Japan, September 2006

**S183** Program Committee Member, 9th International Symposium on Component-Based Software Engineering (CBSE 2006), Västerås, Sweden, June/July 2006

**S184** Program Committee Member, ICSE 2006 Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS), Shanghai, China, May 2006

**S185** Tutorials Committee Member, 28th International Conference on Software Engineering (ICSE 2006), Shanghai, China, May 2006

**S186** Program Committee Member, 20th IEEE International Conference on Automated Software Engineering (ASE 2005), Long Beach, CA, November 2005

**S187** Program Committee Member, 10th European Software Engineering Conference and 13th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2005), Lisbon, Portugal, September 2005

**S188** Program Committee Member, 9th International Software Product Line Conference (SPLC- EUROPE 2005), Rennes, France, September 2005

**S189** Program Committee Member, 5th International Workshop on Software Engineering and Middleware (SEM 2005), Lisbon, Portugal, 5-6 September 2005

**S190** Program Committee Member, Workshop on Architecture-Centric Evolution (ACE 2005), Glasgow, UK, July 2005

**S191** Program Committee Member, 4th International Workshop on Architecting Dependable Systems (WADS 2004), St. Louis, MO, May 2005

**S192** Program Committee Member, 8th International Symposium on Component-Based Software Engineering (CBSE8), St. Louis, MO, May 2005

**S193** Program Committee Member, Workshop on Software Composition (SC 2005), Edinburgh, UK, April 2005

**S194** Program Committee Member, Hawaii International Conference on System Sciences, Mini- Track on Strategic Software Engineering, Hawaii, January 2005

**S195** Program Committee Member, 2004 Workshop on Self-Managed Systems, Newport Beach, CA, November 2004

**S196** Program Co-Chair, Workshop on Software Architecture Description & UML, Lisbon, Portugal, October 2004

**S197** Program Committee Member, 19th IEEE International Conference on Automated Software Engineering (ASE 2004), Linz, Austria, September 2004

**S198** Program Committee Member, 4th IEEE/IFIP Working Conference on Software Architecture (WICSA-4), Oslo, Norway, June 2004

**S199** Program Committee Member, Workshop on Capturing Experience in Software Architecture Best Practices, Oslo, Norway, June 2004

**S200** Program Committee Member, Twin Workshops on Architecting Dependable Systems (WADS 2004), Edinburgh, UK, May 2004 and Florence, Italy, June 2004

**S201** Program Committee Member, 2nd International Working Conference on Component Deployment (CD 2004), Edinburgh, UK, May 2004

**S202** Program Committee Member, 7th International Symposium on Component-Based Software Engineering (CBSE7), Edinburgh, UK, May 2004

**S203** Program Committee Member, International Workshop on Incorporating COTS into Software Systems: Tools and Techniques (IWICSS), Redondo Beach, CA, February 2004

**S204** Program Committee Member, 10th Working Conference on Reverse Engineering (WCRE 2003), Victoria, BC, Canada, November 2003

**S205** Program Committee Member, 5th International Workshop on Product Family Engineering (PFE-5), Siena, Italy, November 2003

**S206** Program Committee Member, 2nd International Workshop on Architecting Dependable Systems (WADS 2003), Portland, OR, May 2003

**S207** Program Committee Member, Conference on Generative and Component-Based Software Engineering (GCSE), Pittsburgh, PA, October 2002

**S208** Program Committee Member, The Working IEEE/IFIP Conference on Software Architecture (WICSA-3), Montreal, Canada, August 2002

**S209** Program Committee Member, 2nd Software Product Line Conference (SPLC-2), San Diego, CA, August 2002

**S210** Program Committee Member, International Workshop on Mobile Teamwork, Vienna, Austria, July 2002

**S211** Program Committee Member, ECOOP 2002 Workshop on Concrete Communication Abstractions Of The Next 701 Distributed Object Systems, Malaga, Spain, June 2002

**S212** Program Committee Member, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S213** Symposium Committee Member, Doctoral Symposium, 24th International Conference on Software Engineering (ICSE 2002), Orlando, FL, May 2002

**S214** Program Committee Member, 1st International Workshop on Architecting Dependable Systems (WADS 2002), Orlando, FL, May 2002

**S215** Program Committee Member, 4th International Workshop on Product Family Engineering (PFE-4), Bilbao, Spain, October 2001

**S216** Program Committee Member, 8th European Software Engineering Conference and 9th ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2001), Vienna, Austria, September 2001

**S217** Program Committee Member, The Second Working IEEE/IFIP Conference on Software Architecture (WICSA-2), Amsterdam, The Netherlands, August 2001

**S218** Program Committee Member, 23rd International Conference on Software Engineering (ICSE 2001), Toronto, Canada, May 2001

**S219** Program Committee Member, Second International Workshop on Engineering Distributed Objects (EDO 2000), Davis, CA, November 2000

**S220** Program Committee Member, Eighth ACM SIGSOFT Symposium on the Foundations of Software Engineering (FSE8), San Diego, CA, November 2000

**S221** Program Committee Member, Fourth International Software Architecture Workshop (ISAW-4), Limerick, Ireland, June 2000

**S222** Program Committee Member, Third International Workshop on Software Architectures for Product Families (IW-SAPF-3), Las Palmas de Gran Canaria, Spain, March 2000

## Referee and Reviewer Service

**S214** Journal of Empirical Software Engineering 2017

**S223** National Science Foundation, Review Panel 1/2000, 10/2003, 11/2013, 1/2016, 3/2018, 10/2021, 10/2024

**S224** ACM Transactions on Autonomous and Adaptive Systems 2015

**S225** ACM Transactions on Software Engineering and Methodology 1998, 1999, 2001-2013

**S226** IEEE Transactions on Software Engineering 1997- 2001, 2003-2009, 2025

**S227** Elsevier Information and Software Technology Journal 2007, 2008, 2011, 2014-2016

**S228** Journal of Software Engineering for Robotics 2009

**S229** Architecting Dependable Systems VI, LNCS, Springer Verlag 2009

**S230** IEEE Software 2008

**S231** IEEE Transactions on Industrial Informatics 2008

**S232** Journal of Systems and Software 2005, 2006, 2007, 2008, 2011, 2015

**S233** University of Wisconsin-Milwaukee, Research Growth Initiative 2006

**S234** Journal of Automated Software Engineering 1999, 2000, 2005

**S235** 28th International Conference on Software Engineering, Outside Reviewer 2005

**S236** Architecting Dependable Systems III, LNCS, Springer Verlag 2005

**S237** Architecting Dependable Systems II, LNCS, Springer Verlag 2004

**S238** IEEE Transactions on Parallel and Distributed Systems 2003, 2004

**S239** National Science Foundation, Proposal Reviewer (PASI) 2/2011

**S240** IEEE Computer, Special Issue on Handheld Computing 2003

**S241** Architecting Dependable Systems, LNCS, Springer Verlag 2003

**S242** International Journal on Software Maintenance and Evolution 2002

**S243** Science Foundation Ireland 2002

**S244** IEE Proceedings - Software Engineering 1998

**S245** Conference on User Interface Software and Technology, Outside Reviewer 1996

**S246** 19th International Conference on Software Engineering, Outside Reviewer 1997

### Other

**S247** Member, IFIP Working Group 2.4 – Software Implementation Technologies (2020 - present)

**S248** Participant, IFIP Working Group 2.10 - Software Architecture (2002 - 2007)

## 13 University Service

**S249** Chair, Thomas Lord Department of Computer Science, USC (7/22 – present)

**S250** Vice-Chair for Tenure Affairs, Department of Computer Science, USC (7/21 – 6/22)

**S251** Chair, Diversity, Equity, and Inclusion (DEI) Committee, Computer Science Department, USC (2/21 – 6/22)

**S252** Chair, Hiring Committee, Computer Science Department, USC (10/21 – 5/22)

**S253** Chair, Hiring Committee, Computer Science Department, USC (10/20 - 5/21)

**S254** Member, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (1/20 - 3/21)

**S255** Appointments, Promotions, and Tenure (APT) Committee, Viterbi School of Engineering, USC (8/20 - 7/21)

**S256** APT Executive Committee, Viterbi School of Engineering, USC (8/20 - 7/21)

**S257** Area Lead, Computer Systems Area, Computer Science Department, USC (8/19 - 8/20)

**S258** Member, Faculty Hiring Committee - Software Engineering, Computer Science Department, USC (12/19 - 5/20)

**S259** Member, Faculty Hiring Committee - Programming Languages, Computer Science Department, USC (12/19 - 5/20)

**S260** Chair, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (12/19 - 3/20)

**S261** Member, Research Ethics Committee, University of Southern California (2/19 - 5/20)

**S262** Committee on Academic Policies and Procedures, University of Southern California (8/17 - 8/21)

**S263** Chair, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (8/19 - 1/20)

**S264** Member, Hiring Committee, Computer Science Department, USC (10/18 - 5/19)

**S265** Member, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (12/18 - 5/19)

**S266** Chair, Teaching Faculty Merit Review Committee, Computer Science Department, USC (1/18 - 5/18)

**S267** Chair, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (8/17 - 12/17)

**S268** Member, Joint-Appointment Review Committee, Computer Science Department, USC (9/17 - 11/17)

**S269** Member, Ad-Hoc Promotion and Tenure Committee, Computer Science Department, USC (3/17 - 5/17)

**S270** Chair, Faculty Hiring Committee - Programming Languages, Computer Science Department, USC (12/16 - 5/17)

**S271** Member, Merit Review Committee, Computer Science Department, USC (2/17 - 3/17)

**S272** Chair, Merit Review Process Committee, Computer Science Department, USC (8/16 - 2/17)

**S273** Chair, Merit Review Committee, Computer Science Department, USC (2/16 - 3/16)

**S274** Chair, Research Faculty Promotion Committee Computer Science Department, USC (1/16 – present)

**S275** Chair, Research Faculty Promotion Committee, Computer Science Department, USC (11/15 - 11/16)

**S276** Chair, Faculty Hiring Committee - Software Engineering, Computer Science Department, USC (12/15 - 5/16)

**S277** Chair, Faculty Hiring Committee - Programming Languages, Computer Science Department, USC (12/15 - 5/16)

**S278** Chair, Ad-Hoc Promotion and Tenure Committee, Computer Science Department USC (3/15 - 5/16)

**S279** Ad-Hoc Promotion Committee, Computer Science Department, USC (5/15 - 5/16)

**S280** Associate Chair for Ph.D. Affairs, Computer Science Department, USC (7/11 - 6/15)

**S281** Chair, PhD Program Reboot Committee, Computer Science Department, USC (8/13 - 6/15)

**S282** Chair, Ph.D. Admissions Committee, Computer Science Department, USC (7/11 - 6/15)

**S283** Ph.D. Council, Viterbi School of Engineering, USC (1/12 - 6/15)

**S284** Research Committee, Viterbi School of Engineering, USC (7/12 - 8/13)

**S285** Transformative Faculty Hiring Committee, Computer Science Department, USC (6/12 - 5/13)

**S286** Director, Center for Systems & Software Engineering, Viterbi School of Engineering USC (1/09 - 2/13)

**S287** Joint Faculty Appointment Committee, Computer Science Department, USC (11/12 - 12/12)

**S288** Department Chair Search Committee, Computer Science Department, USC (9/11 - 5/12)

**S289** Chair Performance Evaluation Committee, Computer Science Department, USC (3/12 - 5/12)

**S290** Department Ranking Committee, Computer Science Department (2/12 - 5/12)

**S291** Engineering Faculty Council (EFC), Viterbi School of Engineering, USC (1/02 - 5/05, 8/06 - 5/10)

**S292** New Building Faculty Advisory Committee, Viterbi School of Engineering, USC (1/10 - 3/14)

**S293** EFC Academic Senate Alternate, USC (8/08 - 8/09)

**S294** Appointments, Promotions, and Tenure (APT) Committee, Viterbi School of Engineering, USC (8/08 - 5/10)

**S295** Ph.D. Admissions Committee, Computer Science Department, USC (8/04 - 5/05, 8/07 - 8/15)

**S296** Ph.D. Fellowships Committee, Computer Science Department, USC (8/07 - 8/15)

**S297** Group Leader, Software Systems and Engineering, Computer Science Department, USC (8/08 - 8/10)

**S298** Chair, Faculty Hiring Committee, Computer Science Department, USC (8/08 - 5/09)

**S299** Chair's Advisory Committee, Computer Science Department, USC (8/07 - 7/08)

**S300** Merit Review Committee, Computer Science Department, USC (2000, 2004, 2008, 2010)

**S301** Provost/Academic Senate Committee on Information Services, USC (8/06 - 5/08)

**S302** Dean/EFC Standing Committee on Best Practices, USC (1/08 - 8/08)

**S303** Dean/EFC Standing Committee on Faculty Recruitment and Retention, Viterbi School of Engineering, USC (8/07 - 8/08)

**S304** EFC Research Committee, Viterbi School of Engineering, USC (1/07 - 8/07, 1/10 - 5/10)

**S305** Chair, Interaction Group, Computer Science Department, USC (8/06 - 8/07)

**S306** Chair, EFC Merit Review Committee, Viterbi School of Engineering, USC (8/06 - 8/08)

**S307** Qualifying Exam Timeline Committee, Computer Science Department, USC (4/06 - 5/07)

**S308** M.S. Program Review Committee, Computer Science Department, USC (12/03 - 5/05)

**S309** Research Faculty Hiring Committee, Computer Science Department, USC (2002, 2003, 2006, 2007, 2008)

**S310** Dean's Evaluation Committee, School of Engineering, USC (11/04 - 1/05)

**S311** M.S. Program Review Committee, School of Engineering, USC (9/03 - 12/03)

**S312** Faculty Hiring Committee, Computer Science Department, USC (2001, 2004)

**S313** Interview Panel, Trustee Scholarship, School of Engineering, USC (3/02, 3/04)

**S314** EFC Committee on Research Faculty Rights and Responsibilities, School of Engineering, USC (11/02 - 5/03)

**S315** Chair, Computer Systems Group, Computer Science Department, USC (12/99 - 5/02)

**S316** College of Engineering Commencement Marshal, USC (2000, 2002)

**S317** Industrial Liaison Committee, Computer Science Department, USC (2000)

## 14 Professional Associations

- Association for Computing Machinery (ACM)
- ACM Special Interest Group on Software Engineering (SIGSOFT)
- Institute of Electrical and Electronics Engineers (IEEE)
- IEEE Computer Society (CS)

## 15 Consulting

- 2010 - present  Expert witness in multiple legal matters involving software technology
- 2/11 - present  Aerospace Corporation, El Segundo, CA
- 6/00 - 6/03  Jet Propulsion Laboratory (JPL), Pasadena, CA

# APPENDIX B

**NENAD MEDVIDOVIĆ** **LITIGATION-RELATED EXPERIENCE (I was retained by the underlined parties)**

---

1. **Wapp Tech Limited Partnership et al vs. Apple Inc. et al.** (retained by Capital One)
   Type of Matter: Patent infringement
   Services Provided: Declaration
   Law Firm Latham & Watkins LLP

2. **Cyandia, Inc. vs. SAP America, Inc., and SAP SE**
   Type of Matter: Patent infringement
   Services Provided: Expert report, deposition
   Law Firm: Herbert, Smith, Freehills, Kramer (US) LLP (formerly Kramer Levin Naftalis & Frankel LLP)

3. **BrowserKey, LLC vs. Charles Schwab Corp. and Charles Schwab & Co., Inc.**
   Type of Matter: Patent infringement
   Services Provided: Declarations
   Law Firm: Greenberg Traurig LLP

4. **Headwater Research, LLC vs. AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp.**
   Type of Matter: Patent infringement
   Services Provided: Expert report, deposition; case settled
   Law Firm: McKool Smith

5. **NTECH Properties, Inc. vs. ByteDance Ltd. et al.**
   Type of Matter: Patent infringement
   Services Provided: Preliminary document review
   Law Firm: Kramer Levin Naftalis & Frankel LLP

6. **AlmondNet, Inc. and Intent IQ, LLC vs. Viant Technology LLC**
   Type of Matter: Patent infringement
   Services Provided: Preliminary document review
   Law Firm: Fish & Richardson P.C.

7. **Giesecke & Devrient GmbH vs. United States**
   Type of Matter: Patent infringement
   Services Provided: Document, source code review
   Law Firm: Baker & McKenzie LLP

8. **Dorsata, Inc. vs. AthenaHealth Group, Inc. and Unified Women's Healthcare, L.P.**
   Type of Matter: Trade secret
   Services Provided: Expert report; case settled
   Law Firm: Nixon Peabody LLP

9. **Equifax Fair Credit Reporting Act Litigation**
Type of Matter: Class action
Services Provided: Preliminary document review
Law Firm: Gibbs Law Group LLP

10. **Video Solutions Pte. Ltd. vs. Cisco Systems, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Barnes & Thornburg LLP

11. **Mobile Data Technologies LLC vs. Meta Platforms, Inc. et al.**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declaration, deposition
Law Firm: Bochner PLLC

12. **Quantum Imaging LLC vs. Sony Interactive Entertainment Inc., Sony Interactive Entertainment LLC, and Bluepoint Games, Inc.**
Type of Matter: Patent infringement
Services Provided: Declarations, deposition
Law Firm: Spencer Fane LLP; Bochner PLLC

13. **Acceleration Bay, LLC vs. Amazon Web Services, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

14. **Dynapass IP Holdings LLC vs. Charles Schwab Corp. and Charles Schwab Bank, SSB**
Type of Matter: Patent infringement
Services Provided: Expert report; case settled
Law Firm: Greenberg Traurig LLP

15. **OpenText Corp. / Webroot, Inc. vs. Sophos Ltd.; CrowdStrike, Inc.; TrendMicro, Inc.; Forcepoint, LLC; Kasperksy Total Security, and related entities**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declarations, deposition
Law Firm: King & Spalding LLP

16. **K.Mizra, LLC vs. Cisco Systems, Inc.**
Type of Matter: Patent Infringement
Services Provided: Expert report, deposition; case settled
Law Firm: Sheridan Ross PC

17. **IPA Technologies, Inc. vs. Microsoft Corp.**
Type of Matter: Patent infringement
Services Provided: Expert reports (infringement and validity), depositions, trial testimony
Law Firm: Skiermont Derby LLP

18. **Finjan, Inc. vs. Eset, LLC**
    Type of Matter: Patent infringement
    Services Provided: Expert report, deposition
    Law Firm: Fish & Richardson P.C.

19. **Certain Computer Network Security Equipment & Systems: Centripetal Networks, Inc. vs. Keysight Technologies, Inc. (ITC)**
    Type of Matter: Patent infringement, domestic industry
    Services Provided: Declaration, expert report, deposition, ALJ trial testimony
    Law Firm: Kramer Levin Naftalis & Frankel LLP

20. **Sunstone Information Defense, Inc. vs. International Business Machines Corp.**
    Type of Matter: Patent Infringement
    Services Provided: Expert report, deposition, trial testimony
    Law Firm: Dickinson Wright PLLC

21. **RF Cyber Corp. vs. Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.**
    Type of Matter: Patent Infringement
    Services Provided: Expert reports (invalidity and non-infringement), depositions; case settled
    Law Firm: Greenberg Traurig LLP

22. **CA, Inc. and Avago Technologies International Sales Pte., Ltd. vs. Netflix, Inc.**
    Type of Matter: Patent Infringement
    Services Provided: Declaration, expert reports (infringement and validity), deposition
    Law Firm: Holland & Knight LLP

23. **Kadima Ventures, LLC vs. ShiftPixy, Inc. and ShiftPixy, Inc. vs. Kadima Ventures, LLC**
    Type of Matter: Breach of contract
    Services Provided: Expert report, deposition, bench trial testimony
    Law Firm: Osborn Maledon

24. **K. Mizra, LLC**
    Type of Matter: Inter-partes patent reexamination
    Services Provided: Declarations, depositions
    Law Firm: Folio Law Group, PLLC

25. **Freshub, Inc. and Freshub, Ltd. vs. Amazon, Inc., Amazon Digital Services, LLC, Prime Now, LLC, and Whole Foods Market, Inc.**
    Type of Matter: Patent infringement
    Services Provided: Declaration, expert report, deposition, trial testimony
    Law Firm: Kramer Levin Naftalis & Frankel LLP

26. **IPA Technologies, Inc. vs. Amazon.com, Inc., Amazon Digital Services, LLC**
    Type of Matter: Patent infringement
    Services Provided: Expert reports (infringement and validity), depositions
    Law Firm: Skiermont Derby LLP

**27. Ericsson, Inc. vs. <u>Samsung Electronics Co., Ltd.</u>**
Type of Matter: Patent Infringement
Services Provided: Preliminary document analysis; case settled
Law Firm: Kirkland & Ellis LLP

**28. Kevin Halpern vs. <u>Uber Technologies, Inc., et al.</u>**
Type of Matter: Trade Secret
Services Provided: None to date
Law Firm: Durie Tangri LLP

**29. <u>Finjan, Inc.</u> vs. Palo Alto Networks, Inc.**
Type of Matter: Patent infringement
Services Provided: Preliminary document review
Law Firm: Fish & Richardson, P.C.

**30. Sound View Innovations, LLC vs. <u>Delta Air Lines, Inc.</u>**
Type of Matter: Patent infringement
Services Provided: Document, source code analysis; case dismissed
Law Firm: King & Spalding LLP

**31. <u>Finjan, Inc.</u> vs. SonicWall, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Fish & Richardson, P.C.

**32. <u>Finjan, Inc.</u> vs. Rapid7, Inc. and Rapid7, LLC**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Fish & Richardson, P.C.

**33. <u>Finjan, Inc.</u> vs. Qualys, Inc.**
Type of Matter: Patent infringement
Services Provided: Technology tutorial in court, expert report, deposition
Law Firm: Fish & Richardson, P.C.

**34. <u>Centripetal Networks, Inc.</u> vs. Cisco Systems, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, bench trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**35. Uniloc 2017, LLC vs. <u>Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.</u>**
Type of Matter: Patent infringement
Services Provided: Claim construction declaration, expert report, deposition; case settled
Law Firm: Greenberg Traurig LLP

36. **Finjan, Inc. vs. Cisco Systems, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Fish & Richardson, P.C.

37. **IPA Technologies, Inc.**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declaration, deposition
Law Firm: Skiermont Derby LLP

38. **Air Crash of N51RX**
Type of Matter: Arbitration
Services Provided: Expert report, deposition; case settled
Law Firm: Stepp & Sullivan, PC

39. **CUPP Cybersecurity, LLC**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declaration, deposition
Law Firm: Kramer Levin Naftalis & Frankel LLP

40. **Roku, Inc.**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declaration
Law Firm: Haynes and Boone, LLP

41. **Finjan, Inc. vs. Bitdefender, Inc. and Bitdefender, SRL**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition; case settled
Law Firm: Kramer Levin Naftalis & Frankel LLP

42. **Finjan, Inc. vs. Juniper Networks, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report
Law Firm: Kramer Levin Naftalis & Frankel LLP

43. **Uniloc USA, Inc. and Uniloc Luxembourg, S.A. vs. Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.**
Type of Matter: Patent infringement (invalidity and non-infringement)
Services Provided: Expert reports, deposition; complaint withdrawn
Law Firm: Greenberg Traurig LLP

44. **Finjan, Inc. vs. Eset, LLC**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Kramer Levin Naftalis & Frankel LLP

**45. CUPP Cybersecurity, LLC vs. Trend Micro, Inc.**
Type of Matter: Patent infringement
Services Provided: Claim construction declaration, deposition
Law Firm: Kramer Levin Naftalis & Frankel LLP

**46. Centripetal Networks, Inc. vs. Keysight Technologies, Inc. and IXIA**
Type of Matter: Patent infringement
Services Provided: Declaration, expert report, deposition, jury trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**47. SmarTEN, LLC vs. Samsung Electronics America, Inc.**
Type of Matter: Patent infringement
Services Provided: Preliminary document analysis; case dismissed
Law Firm: Covington & Burling LLP

**48. Finjan, Inc. vs. Blue Coat Systems, Inc. II**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, jury trial testimony, jury re-trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**49. Apple, Inc.**
Type of Matter: Inter-partes patent reexamination
Services Provided: Declaration
Law Firm: Haynes and Boone, LLP

**50. Complete Entertainment Resources, LLC d/b/a Songkick vs. Live Nation Entertainment, Inc., and Ticketmaster, LLC**
Type of Matter: Trade Secret
Services Provided: Source code review
Law Firm: Latham & Watkins LLP

**51. Finjan, Inc. vs. Proofpoint, Inc. and Armorize Technologies, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert Report, technology tutorial in court, deposition
Law Firm: Kramer Levin Naftalis & Frankel LLP

**52. Finjan, Inc. vs. Sophos, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, jury trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**53. Front Row Technologies, LLC, vs. NBA Media Ventures, LLC; GBTV, LLC; Mercury Radio Arts, Inc.; Premiere Radio Networks, Inc.; & MLB Advanced Media, L.P.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition
Law Firm: Shore Chan DePumpo LLP

**54. Cascades Computer Innovations, LLC vs. Motorola Mobility, LLC and Samsung Electronics Co., LTD**

Type of Matter: Patent infringement (invalidity and non-infringement)
Services Provided: Expert report, deposition, jury trial testimony, jury re-trial testimony
Law Firm: Kirkland & Ellis LLP

**55. Acceleration Bay, LLC vs. Activision Blizzard, Inc.; Electronic Arts, Inc; Take-Two Interactive Software, Inc.; Rockstar Games, Inc.; & 2K Sports, Inc.**

Type of Matter: Patent infringement
Services Provided: Expert report, deposition, trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**56. Finjan, Inc. vs. Symantec Corp.**

Type of Matter: Patent infringement
Services Provided: Declaration, technology tutorial in court, expert report, deposition
Law Firm: Kramer Levin Naftalis & Frankel LLP

**57. Finjan, Inc. vs. Blue Coat Systems, Inc.**

Type of Matter: Patent infringement
Services Provided: Declaration, deposition, technology tutorial in court, jury trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**58. Cascades Computer Innovations, LLC vs. HTC Corp. and LG Electronics, Inc.**

Type of Matter: Patent infringement (invalidity)
Services Provided: Expert report, deposition; case settled
Law Firm: Wilson Sonsini Goodrich & Rosati LLP

**59. Intellectual Ventures, LLC vs. AT&T Mobility, LLC; New Cingular Wireles Services, Inc.; SBC Internet Services, Inc.; Wayport, Inc.; T-Mobile USA, Inc.; Nextel Operations, Inc.; Sprint Spectrum L.P.; U.S. Cellular Corp.**

Type of Matter: Patent infringement
Services Provided: Review of public documents
Law Firm: Dechert LLP

**60. Enterprise Systems Technologies vs. Samsung Electronics Co., LTD**

Type of Matter: Patent infringement
Services Provided: Expert report, deposition; case settled
Law Firm: Covington & Burling LLP

**61. Axure Software Solutions, Inc. vs. iRise, Inc.**

Type of Matter: Patent infringement
Services Provided: Expert report; case settled
Law Firm: Haynes and Boone, LLP

**62. Nokia Corp. vs. HTC Corp. and HTC America, Inc.**
Type of Matter: Patent infringement
Services Provided: Document review, code review; case settled
Law Firm: Desmarais LLP

**63. Finjan, Inc.**
Type of Matter: Ex parte patent reexamination
Services Provided: Testified at USPTO
Law Firm: Kramer Levin Naftalis & Frankel LLP

**64. Flash Point Technology, Inc., vs. ZTE Corp. and ZTE (USA), Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, ITC trial testimony
Law Firm: Goodwin Procter LLP

**65. Finjan, Inc. vs. Symantec Corp.**
Type of Matter: Patent infringement and (partially) validity
Services Provided: Expert report, deposition, jury trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**66. Finjan, Inc. vs. Websense, Inc.**
Type of Matter: Patent infringement
Services Provided: Expert report, deposition, jury trial testimony
Law Firm: Kramer Levin Naftalis & Frankel LLP

**67. M86 Security, Inc.**
Type of Matter: Inter partes patent reexamination
Services Provided: Declaration
Law Firm: Kramer Levin Naftalis & Frankel LLP

**68. j2 Global Communications, Inc. vs. Easylink Services Int'l Corp.**
Type of Matter: Patent infringement
Services Provided: Document review; case suspended
Law Firm: King & Spalding LLP (until 10/12) & Perkins Coie LLP (after 10/12)

**69. Gabriel Technologies Corp. vs. Qualcomm Inc., Snaptrack, Inc., and Norman Krasner**
Type of Matter: Trade secret
Services Provided: Expert report, deposition; case on appeal after court ruling
Law Firm: Hughes Hubbard & Reed LLP

**70. Marla Tidenberg and others vs. Bidz.com, Inc.**
Type of Matter: Class action
Services Provided: Expert report; case settled after source code review
Law Firm: Gordon & Rees LLP