**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SKYSONG INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00098-JRG |
| | § | |
| FORTINET, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## <u>ORDER</u>

Before the Court is Defendant Fortinet, Inc.'s ("Defendant") Unopposed Motion for Leave to Amend its Invalidity Contentions (the "Motion"). (Dkt. No. 108.) In the Motion, Defendant seeks "leave to amend its invalidity contentions under Local Patent Rule 3-6(b) to assert prior art [Defendant] recently obtained in discovery." (*Id*. at 1.) The Motion is unopposed. (*Id*.) Defendant further asserts it has been diligent in seeking this discovery and leave to amend, the amendments to its contentions are important, the amendment would not unfairly prejudice Plaintiff, and no continuance would be necessary in light of the amendments. (*Id*. at 3-6.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

**So ORDERED and SIGNED this 8th day of June, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE