IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SKYSONG INNOVATIONS, INC., *Plaintiff* | § | |
| v. | § | CASE NO. 2:25-cv-00098-JRG |
| FORTINET, INC., *Defendants* | § | |

**REPORT OF MEDIATION**

The above-captioned case was mediated in person by the undersigned on Wednesday, August 19, 2026, between Plaintiff and Defendant. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 19th day of August 2026.

*/ s / David Folsom*
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 19, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/ s / David Folsom*
David Folsom